FILED

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

2023 Jan-18 PM 05:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court

for the

## NORTHERN DISTRICT OF ALABAMA

2023 JAN 17 P 2 51

|  |  |
|---|---|
| *Plaintiff,*<br>*(Write your full name. No more than one plaintiff may be named in a pro se complaint)* | } |
| AnthoNeria McElroy | } |
| v. | } |
| Jefferson County Commission Workforce Department | } |
|  | } |
|  | } |
|  | } |
| *Defendant(s),*<br>*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)* | } |

Case No.: 2:23cv 62-BMB
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes    ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff**

Name                              AnthoNeria McElroy

Street Address              717 Terry Lane

City and County            Irondale

State and Zip Code       Al 35210

Telephone Number       (205) 729-3583

E-mail Address *(if known)*   mtoni52@hotmail.com

☐    **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

Date    1/17/23

Participant Signature

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

**II.     Basis for Jurisdiction**

    **B.     The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *Cal Market* |
| Job or Title *(if known)* | *Chief Executive Officer* |
| Street Address | *716 Richard Arrington Blvd No Ste 260* |
| City and County | *Birmingham/Jefferson* |
| State and Zip Code | *AL 35203* |
| Telephone Number | *(205) 731-2880* |
| E-mail Address *(if known)* | *marketc @jccal.org* |

Defendant No. 2

| | |
|---|---|
| Name | *Daren A. Lanier* |
| Job or Title *(if known)* | *Deputy County Manager* |
| Street Address | *716 Richard Arrington Blvd. No.* |
| City and County | *Birmingham / Jefferson* |
| State and Zip Code | *AL 35203* |
| Telephone Number | *(205) 731-2880* |
| E-mail Address *(if known)* | *lanierd @jccal.org* |

Defendant No. 3

| | |
|---|---|
| Name | *Frederick L. Hamilton* |
| Job or Title *(if known)* | *CEcD/EOFP Director* |
| Street Address | *716 Richard Arrington Blvd No.* |
| City and County | *Birmingham/Jefferson* |
| State and Zip Code | *AL 35203-0115* |
| Telephone Number | *(205) 325-5785* |
| E-mail Address *(if known)* | *frederickhamilton @jccal.org* |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

| | |
|---|---|
| Name | Keith A. Strother |
| Job or Title *(if known)* | Economic Development Manager |
| Street Address | 3216 4th Ave So |
| City and County | Birmingham/Jefferson |
| State and Zip Code | AL 35222 |
| Telephone Number | (205) 244-8507 |
| E-mail Address *(if known)* | StrotherK @ jccal.org |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Jefferson County Commission |
| Street Address | 716 Richard Arrington Blvd. NO |
| City and County | Birmingham /Jefferson |
| State and Zip Code | AL 35203 |
| Telephone Number | (205) 244-8915 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Continuation of defendants from page 3

Defendant No. 5

Name _LaWANZA Webb_

Job Title (if known) _WIOA Program Manager/Grant Administrator_

Street Address _3216 4th Ave So_

City and County _Birmingham/Jefferson_

State and Zip Code _Alabama 35 222_

Telephone Number _(205) 244-8522_

Email Address (if known) _LAWANZA.Webb@Jccal.org_

Defendant No. 6

Name _Pamela Mapp_

Job Title (if known) _Supervisor, Jefferson County WIOA Youth_

Street Address _3216 4th Ave. So._

City and County _Birmingham/Jefferson_

State and Zip Code _Al 35222_

Telephone Number _(205) 244-8516_

Email Address (if known) _Mappp@jccal.org_

Defendant No. 7

Name _P. Nigel Roberts_

Job Title (if known) _Interim Director of Workforce (No longer work here)_

Street Address _3216 4th Ave So_

City and County _Birmingham/Jefferson_

State and Zip Code _AL 35222_

Telephone Number _(205) 244-8524_

Email Address (if known) _roberts@jccali.org_

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me

☐   Termination of my employment

☐   Failure to promote me

☐   Failure to accommodate my disability

☒   Unequal terms and conditions of my employment

☒   Retaliation

☐   Other acts *(specify)*:  hostile environment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

11/9/22

Around 11/2/22

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me

☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race          _____

☐    color         _____

☒    gender/sex    _____

☐    religion      _____

☐    national origin _____

☒    age *(year of birth)*  _____
                    *(only when asserting a claim of age discrimination)*

☐    disability or perceived disability *(specify disability)*_____

E.    The facts of my case are as follows. Attach additional pages if needed. _____

11/9/22 - Accused of insubordination (2) Violation
of Company policy
9/22/22 - Insubordination
9/13/21 - Written warning
9/14/21 - Insubordination
9/28/21 - Conduct unbecoming a classified
employee
10/20/21 - failure to obtain the participate
IEP

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Page **5** of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

_____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter

☒    issued a Notice of Right to Sue letter, which I received on *(date)*: _____

_____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed

☐    less than 60 days have elapsed

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Embarrassment, damage to my reputation, stress which enhanced my Rheutoid Arthlities Visit, to psychiatrist, So visit + stress caused damage to my vehicle, I would like to stop work get out of department + be paid up for the next two years so I can get to retirement

## VI.   Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _1 | 17 | 2023_

Signature of Plaintiff: _A. Me_

Printed Name of Plaintiff: _Anthonella MeElroy_

### B.   For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

Page 7 of 7



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Birmingham District Office**
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 651-7033
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Ms. Anthoneria Mcelroy
717 Terry Lane
Irondale, AL 35210

Re: Ms. Anthoneria Mcelroy v. COMMUNITY SERVICES AND WORKFORCE
    DEVELOPMENT (JEFFERSON CO.)
    EEOC Charge Number: 846-2020-28362

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by

I hope this information is helpful. If you have questions,
by telephone at (205) 651-7027 or email at GLENDA.M

Sincer

10/18/2022                                    C

Enclosure

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 651-7033
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/27/2022

**To:** Ms. Anthoneria Mcelroy
717 Terry Lane
Irondale, AL 35210
Charge No: 846-2020-28362

EEOC Representative and email:      GLENDA MULDROW
Glenda Muldrow
Glenda.Muldrow@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 846-2020-28362.

On behalf of the Commission.

*for James C Love Sr*

September 27, 2022

Bradley Anderson
District Director

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 651-7033
Website: www.eeoc.gov

# DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Ms. Anthoneria Mcelroy
717 Terry Lane
Irondale, AL 35210

Re: Ms. Anthoneria Mcelroy v. COMMUNITY SERVICES AND WORKFORCE
    DEVELOPMENT (JEFFERSON CO.)
    EEOC Charge Number: 846-2020-28362

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed
Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected
thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a
decision regarding the above-referenced charge and advised you to download a copy of the
decision document from the Portal. Our records indicate you have not downloaded the Notice from
the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party
must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing
a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact GLENDA MULDROW
by telephone at (205) 651-7027 or email at GLENDA.MULDROW@EEOC.GOV.

Sincerely,

10/18/2022                               GLENDA MULDROW
                                         Equal Opportunity Investigator

Enclosure



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Birmingham District Office**
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
(205) 651-7033
Website:



## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/27/2022

**To:** Ms. Anthoneria Mcelroy
717 Terry Lane
Irondale, AL 35210

Charge No: 846-2020-28362

EEOC Representative and email:   GLENDA MULDROW
Glenda Muldrow
Glenda.Muldrow@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 846-2020-28362.

On behalf of the Commission,

for James C Love Sr
Bradley Anderson
District Director

September 27, 2022

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 846-2020-28362 to the District Director at Bradley Anderson, 1130 22nd Street South Suite 2000 Birmingham, AL 35205.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal_login.

## Addressing charge of my not being able to do my job

### Amount of training Time/ insubordinations charge addressed

1. Jessica Norman, administrative clerk who was transferred from WIOA with the two other administrative clerks, along with Administrative Analyst because mismanagement of the WIOA program, emailed me inviting me to observe as she did an eligibility process. July 19, 2022, 11:01 AM.  Although she extended this courtesy option to Sonya King, Ms. King did not attend. I managed only to observe approximately 1 ½ hours because of lunchtime.
2. LaWanza emailed staff a 178-page instructor's guide. July 25, 2022, 9:54. Document included Table of Contents in addition to the 178 pages. It was labeled by each section that Ms. Webb was to teach: Activity, Overview, Details and user guide. The first 5 pages of document is included.
3. LaWanza Webb emailed a 24-page PowerPoint slide printout. Ms. Webb did not present the information she only emailed the slides. July 25, 2022, 10:03 AM.
4. LaWanza Webb emailed and placed on employees' calendar concerning the training that staff would receive on August 25, 2022, from 9:30 – 11 AM. However, due to computers had not been readied for the training, it took at least 30 minutes before training begun.
5. The last training before I was disciplined took place during a team staff meeting. Out team staff meeting usually last anywhere for 15 minutes to sometimes as much 30 minutes which was seldom. Ms. Webb went over the eligibility training about 10 minutes maybe. When she asked staff if they had any questions, I responded that I had some. She agreed to meet with me the following Wednesday September 7,2022. However, when I went to her office she was not there. In fact, I went to her office at least 5 times that day but she was no where to be found. During the meeting where I was told that I was being written up because of my work performance, Ms. Webb stated that she was not in the office on that day because she teleworked on that day. I thought this strange since her door was open each time, I visited her office.

In total, we had received only approximately 1 hour and 10 minutes of training.

Ironically, Keith Strother who was also my supervisor, stated on my appraisal "Ms. McElroy is relatively new. She is still learning her new responsibilities and therefore it is difficult to properly appraise her performance. The next appraisal should me more responsive."  Note this is a seven-month period as appose to 2 months' period. Let me emphasize I was not trained within the seven months just as I had not been trained in the two months' period.

## Concerning the AWSP files which initiated the insubordination charge

Received an email from Sonya King thanking me for working on the above files. August 29, 2022, email

Only one was done because we did not get the necessary documents (TABE TEST)

When we received the TABE Test, I went to the file cabinet to pull the other two clients that I had been assigned. I looked for them elsewhere as well and discovered later when I looked into the Alabama data base, they had already been done by someone else.

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, January 9, 2023 4:41 PM |
| **To:** | Toni McElroy; McElroy, Anthoneria |
| **Subject:** | FW: AWSP Eligibility |
| **Attachments:** | St. Vincent's_Team Assigments_08262022.xlsx |

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Sunday, August 28, 2022 8:46 AM
**To:** King, Sonya <kings@jccal.org>; Jackson, Loretta <Loretta.Jackson@jccal.org>; McElroy, Anthoneria <mcelroya@jccal.org>; Bloxom, Lyntrel <Lyntrel.Bloxom@jccal.org>; Mayfield, Monica <mayfieldm@jccal.org>; Blue, Tammy L. <Bluet@jccal.org>; Cooper, Terree <coopert@jccal.org>
**Subject:** Re: AWSP Eligibility

Team,

Attached you will find the updated AWSP Eligibility list.  The instructions below still apply.

Thanks,

LaWanza

**From:** Webb, LaWanza
**Sent:** Wednesday, August 17, 2022 1:36 PM
**To:** King, Sonya <kings@jccal.org>; Jackson, Loretta <Loretta.Jackson@jccal.org>; McElroy, Anthoneria <mcelroya@jccal.org>; Bloxom, Lyntrel <Lyntrel.Bloxom@jccal.org>; Mayfield, Monica <mayfieldm@jccal.org>; Blue, Tammy L. <Bluet@jccal.org>; Cooper, Terree <coopert@jccal.org>
**Subject:** AWSP Eligibility

Team,

Below you will find a list of clients that will need eligibility. A few weeks ago Sonya provided you all with instructions for keying AWSP clients. By August 31, 2022 the clients below will need to be co-enrolled. I will need you all to start registering your assigned clients asap. Once eligibility is completed, which includes entering Code 102 and a case note, the file should be placed in Sonya's mailbox (located in the copier room behind Monica's cubicle) for review.  Sonya will review the file for errors, enter the remaining codes, and case notes.  If anything is entered incorrectly, Sonya will fix what she can.  If the error requires contacting Donna Rowe to correct, you to contact Donna Rowe.

Below are the names of those whose CIFs have been provided to Wagner-Peyser to enter thus far.  The 46 trainees will TABE on either August 19th or August 26th.  Half of the trainee files should be ready for data entry on Monday, August 22nd once TABE scores are received.  The other half will be ready on Monday, August 29.

### Names of first batch of St. Vincent's AWSP Incumbent Worker Trainees

| | |
|---|---|
| 1. L███████y | Sonya King |
| 2. Q████████ | Loretta Jackson |

1

| | |
|---|---|
| 3. ████████████ y | Anthoneria McElroy |
| 4. ████████████ | Lyntrel Bloxom |
| 5. ████████ | Monica Mayfield |
| 6. ████████████on | Tammy Blue |
| 7. Andrea ██████████ | Terree Cooper |
| 8. ████████████ | Sonya King |
| 9. Mic███████ | Loretta Jackson |
| 10. Noah ████ | Anthoneria McElroy |
| 11. ████████████ | Lyntrel Bloxom |
| 12. ████████ | Monica Mayfield |
| 13. ████████in | Tammy Blue |
| 14. Carlie Heath█ | Terree Cooper |
| 15. C██████████ | Sonya King |
| 16. ████████████ | Loretta Jackson |
| 17. ████████ | Anthoneria McElroy |
| 18. Ka██████ry | Lyntrel Bloxom |
| 19. Ka█████████ | Monica Mayfield |
| 20. Ka████████ | Tammy Blue |

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, January 9, 2023 4:40 PM |
| **To:** | McElroy, Anthoneria |
| **Subject:** | FW: Review of your AWSP files |

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Monday, August 29, 2022 8:42 AM
**To:** King, Sonya <kings@jccal.org>; McElroy, Anthoneria <mc
**Cc:** Strother, Keith <strotherk@jccal.org>; Roberts, Nigel <rol
**Subject:** Re: Review of your AWSP files

*Goes with
Insubordination
charge*

Thank you Sonya and Ms. McElroy.


LaWanza

**From:** King, Sonya <kings@jccal.org>
**Sent:** Monday, August 29, 2022 8:28:31 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>
**Subject:** Review of your AWSP files

Hi Toni:

I hope you had a great weekend.

I did not have an opportunity to finish my conversation with you on 8/26/2022 but wanted to thank you for submitting two of the AWSP files LaWanza assigned to you.

Please note all AWSP clients must be Basic Skills Deficient (BSD) in either Math or Reading.  When the TABE scores are entered, Alabamaworks will note whether the client is BSD or not on the TABE data entry screen.  Upon review of your assigned participant files, I found BSD was not reflected in Alabamaworks (AW) and all required documents are were uploaded in Alabamaworks.  Can you please make the necessary corrections?

For your convenience, I have attached Donna Rowe's step-by-step instructions and other pertinent information shared with all Workforce Planners on 8/9/2022.  If I can assist you in any way, please do not hesitate to contact me.

**Noah Glenn-State ID:  2979964**
1. Once data is entered on all 11 screens, go back to the Eligibility Summary screen.  If it does not have ADULT BSD, LI highlighted, there is a data entry error.  Revisit each screen to find and correct the error.

2. If the client is BSD, this should be noted as a Barrier on screen 8 of 11

3. Though income is not considered for AWSP, something must be marked for Family Income Verification. Please mark "Pay Stubs" instead of DW Eligible Only as this may confuse an auditor. Incumbent workers are currently employed.

4. Print, sign, date, and scan the WIOA Application into AW

5. Sign your name at the bottom of the CIF, date, and scan into AW

6. On screen 11 of 11, mark Non WIOA Grant as YES and click ADD Reimagine Workforce Preparation (RWP)

## Kayla Gray State ID: 2980125

1. Once data is entered on all 11 screens, go back to the Eligibility Summary. If it does not have ADULT BSD, LI highlighted, there is a data entry error. Revisit each screen to find and correct the error.

2. If the client is BSD, this should be noted as a Barrier on screen 8 of 11

3. Though income is not considered for AWSP, something must be marked for Family Income Verification. Please mark "Pay Stubs" instead of DW Eligible Only as this may confuse an auditor.

4. Print, sign, date, and scan the WIOA Application into AW

5. Sign your name at the bottom of the CIF, date, and scan into AW

6. On screen 11 of 11, mark Non WIOA Grant as YES and click ADD Reimagine Workforce Preparation (RWP)

**Sonya King, MPA**
**Workforce Planner**
Jefferson County Commission

Central Alabama Partnership for Training & Employment
Alabama Career Center-Birmingham
3216 4th Avenue South
Birmingham, AL 35222
Phone: 205-244-8513 Office
         205-569-8409 Cell
Email:   Sonya.King@jccal.org

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, January 9, 2023 12:50 PM |
| **To:** | Toni McElroy; McElroy, Anthoneria |
| **Subject:** | FW: Eligibility |

**From:** Norman, Jessica <Jessica.Norman@JCCAL.ORG>
**Sent:** Tuesday, July 19, 2022 11:01 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>
**Subject:** Eligibility

Good Morning Ms. Toni

Just letting you know I am about to do eligibility on a client if you want to sit in on it. I have already told Sonya and Loretta as well. Just an FYI

Thanks,

*Jessica Norman*
Administrative Clerk
Community Services & Workforce Development
3216 Fourth Avenue South
Birmingham, AL 35222
**P:** 205-244-8520 (County ext. 9212)
**F:** Not Available
**E:** normanj@jccal.org

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | Webb, LaWanza |
| **Sent:** | Monday, July 25, 2022 9:54 AM |
| **To:** | Jackson, Loretta; Bloxom, Lyntrel; Blue, Tammy L.; McElroy, Anthoneria; King, Sonya; Cooper, Terree; Mapp, Pamela |
| **Cc:** | Strother, Keith; Roberts, Nigel |
| **Subject:** | Alabama_Works_Training_Instructor_Guide_V2.3 |
| **Attachments:** | Alabama_Works_Training_Instructor_Guide_V2.3.docx |

Good morning Team,

Although you all received this information in program year 2020, I want to ensure everyone has the training material. This will be the material we will use this week for staff training.

Thanks,

LaWanza



# Table of Contents

Day 1: Labor Exchange Services for Individuals and Employers ...................................................................3

Day 2:  Labor Exchange Services for Employers and Staff (WP Case Management).........................................28

Day 3:  WIOA Case Management .....................................................................................................................66

    WIOA Youth Case Management................................................................................................................101

Day 4: TAA Case Management...........................................................................  ...........................................128

Day 5: Reports, Communication Tools, and other Staff Resources .................................  ...............................155

TRaening



## Day 1: Labor Exchange Services for Individuals and Employers

|  | Alabama Works!<br>Training Instructor Guide<br><br>Day 1: Individual and Employer Services<br>8:30 AM – 4:30 PM<br>https://train-app-vos01000000.geosolinc.com/ | | | |
|---|---|---|---|---|
| **Item** | **Activity** | **Overview** | **Details** | **User Guide** |
| **Introduction, Guest Services, Initial Staff Login** | | | | |
| 1 ☐ | Perform Welcome / Opening Introductions | Lay out ground rules, review agenda, participant introductions, etc. | 1. Introduce yourself to the class; explain the purpose of training is to prepare field staff for deployment of the new Alabama Works system, whose "Go Live" date is scheduled for Monday, Mar 16, 2020.<br>2. Share class start/stop times and breaks (see below).<br> ✓ Training begins at 8:30 AM and ends at 4:30 PM (Monday – Thursday)<br> ✓ Friday's training is 8:30 AM to 3:00 PM<br> ✓ Morning break from 10:00 AM to 10:15 AM<br> ✓ Lunch from 11:45 AM to 1:00 PM<br> ✓ Afternoon break from 2:30 PM to 2:45 PM<br><br>*Trainers should monitor the class to make certain that everyone returns from break following the above schedule.*<br>3. Locate facility resources, such as bathrooms and vending machines. | |



| Item | Activity | Overview | Details | User Guide |
|------|----------|----------|---------|------------|
| | | | 4. Allow each participant to introduce themselves. (It really helps break the ice!) Ask for the training participant's:<br>✓ Name<br>✓ Chief title/responsibility<br>✓ Duration as field staff member<br>5. Ensure participants have proper training materials (training agenda, system registration templates, and Staff Quick Reference doc).<br>✓ Review each handout, especially the agenda.<br>6. Explain that training participants may also review system user guides under *Staff Online Resources* component.<br>7. Use the introduction to help promote excitement and to set reasonable expectations. Explain the following:<br>✓ This is a big system; don't expect to be an expert overnight.<br>✓ Training will occur in the Training site, which is a practice site.<br>✓ Staff may continue to use their staff logins in this site to practice and prepare for Go Live.<br>✓ Classroom training for staff will focus on primary system features that most staff will utilize; specialized staff training will focus on additional resources.<br>✓ Explain that trainers cannot address policy-related questions; Alabama policy-makers, who should be present in class, are the policy go-tos. Also, explain that Alabama is still writing policy and may not be able to answer all policy-related questions at this time.<br>✓ Don't wander ahead to explore system; stay together.<br>✓ Neighborly help is always welcome, should someone get lost or require additional assistance.<br>✓ Encourage participants to relax and enjoy training!<br><br>*[Est. Time: 25 mins]* | |



| Item | Activity | Overview | Details | User Guide |
|------|----------|----------|---------|------------|
| 2 | Provide System Overview | Explain what training participants can expect, both in training and after Go Live. | Explain the following:<br>1. The Alabama Works system (aka, Virtual OneStop), will replace the state's former system(s) for labor exchange, case management, fiscal tracking, and federal reporting.<br>2. The Alabama Works system is a web-based system. Users only need a Web browser and an Internet connection to use it.<br>3. The system accommodates self-service modes for job seekers and employers, as well as staff-assisted modes for job seekers and employers.<br>4. Staff privileges determine the extent to which staff can utilize system features, and the degree to which staff can manage customer profile data.  *(For example, the ability to view and edit a customer's 9-digit SSN, to view the entire SSN, to view just the last 4 digits, to view a random selection of SSN numbers, or have no access to a customer's SSN at all.)*<br>5. In the Training environment, staff training participants will have high privileges; in the LIVE system, staff may not necessarily have those same privileges.<br>6. Data entry occurs in real-time, with some exceptions.<br>*[Est. Time: 5 mins]* | |
| 3 | Identify Home Page Features and Guest Access | Features and functions exist for both system-registered users and non-registered users (guests).<br>Home page options also enable users to conduct system registration, retrieve their forgotten login credentials, and flip the site to Spanish.<br>*[Location: Home page]* | Identify and explain the following:<br>1. Individuals and employers enter their username and password and click **SIGN IN** to perform system login.<br>2. Individuals and employers create these credentials during system registration.<br>3. Staff users don't complete system registration.  The system administrator creates and manages staff accounts, staff logins, and staff privileges.<br>4. To manually perform system registration, individuals and employers click the **Not Registered Yet?** *link*, select their user type, and follow the Registration Wizard prompts.<br>*The class will perform individual and employer system* | Staff User Guide Chapter 1 |

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | Webb, LaWanza |
| **Sent:** | Monday, July 25, 2022 10:03 AM |
| **To:** | Mapp, Pamela; Bloxom, Lyntrel; Jackson, Loretta; Blue, Tammy L.; McElroy, Anthoneria; King, Sonya; Mayfield, Monica; Cooper, Terree |
| **Cc:** | Strother, Keith; Roberts, Nigel |
| **Subject:** | AlabamaWorks Training Material |
| **Attachments:** | PowerPoint.pdf |

Team,

Attached  you will find additional AlabamaWorks training material.

LaWanza

# ALABAMAWORKS

Clarifications for entering data into AlabamaWorks

i

# INDEX

- Cover-AlabamaWorks
- Slide 2-Index
- Slide 3-Youth Services
- Slide 4-Additional Youth Services
- Slide 5-Conversion Youth Services
- Slide 6-Conversion Youth Services
- Slide 7-Adult/DW Services
- Slide 8-Additional Adult/DW Services
- Slide 9-No Provider Information
- Slide 10-Incorrect Youth Eligibility
- Slide 11-Income Chart
- Slide 12-Priority of Service

- Slide 13-Co-Enrolled TAA Clients
- Slide 14-Create Activity/Enrollment/Service
- Slide 15-Training Justification Approval
- Slide 16-TABE Test
- Slide 17-Assessments Folder
- Slide 18-Assessments Folder
- Slide 19-Manage case Assignment
- Slide 20-Manage Case Assignment
- Slide 21-Follow-Ups
- Slide 22-Follow-Ups
- Slide 23-Transferred Enrollments from AJL
- Slide 24-General

# YOUTH SERVICES

- New **Youth Clients** must be enrolled in the services below to be counted in performance:

- Youth Career Service = 412-Objective Assessment
- Youth Career Service = 413-Develop Service Strategies (IEP/ISS)
- Any of the 14 Youth Elements  (ITA, OJT or Youth provider services)

*Select Career Center Services as the provider for Youth Career Center Services*

# ADDITIONAL YOUTH SERVICES

- **ITA** = 416-Occupational Skills Training - Approved Provider
- **OJT** = 428-Youth On-the-Job Training
- **WORK EXPERIENCE OR W.B.L.** = 425-Work Experience Paid
- **STAND-ALONE** = 430-Youth Occupational Skills Training - Non-Approved Providers
- **OTHER** = Specific services will substitute for the old "Other" Service [See list of service codes for youth]

*See Service Code list for complete list of youth services*

# Conversion Youth Services

ACTION NEEDED FOR ACTIVE CLIENTS:

• Youth Service 495:   Work Experience – Conversion
> Enter today's date as Conversion Service End Date with "Successful Completion" reason. Click "finish' to save.

> Create new Youth Service # 425 (Work Experience – Paid) with same start/end dates as converted Work Experience.
> Go to Closure Tab and click "Finish".

# Conversion Youth Services

ACTION NEEDED FOR ACTIVE CLIENTS:

- Youth Service # 497:  Conversion Youth Training
  - Enter today's date as Conversion Service End Date with "Successful
  - Completion".  Click "Finish" and save.

  - Create Youth Service that denotes what service the participant is receiving from the Youth Provider.  This could be 1 service or numerous services – depends on the Provider's contract.
  - Enter the same start/end dates that appear on the conversion service.
  - Go to Closure Tab and click "Finish".

# ADULT/DW SERVICES

Services listed below replace <u>Individualized Career Services</u> for **New Adult/DW Clients**:

- 102-Initial Assessment
- 203-Objective Assessment
- 204-Interest and Aptitude Testing
- 205-Develop Service Strategies (IEP/ISS)

*Select Career Center Services as the provider for these Career Center Services*

# ADDITIONAL ADULT/DW SERVICES

- **ITA** = 300-Occupational Skills Training – Approved Provider (ETPL/ITA)
- **OJT** = 301-On-The-Job Training
- **STAND-ALONE** = *328-Occupational Skills Training – Non Approv Provider (No ITA)

  *Use 328 Service Code only for Stand-Alone Occupational Training

*See Service Code list for complete list of services*

# "NO PROVIDER INFORMATION"

ACTION NEEDED FOR ACTIVE ITA, OJT, and Occupational Skills Training CLIENTS with "No Provider Information":

Add the <u>provider's information</u> for <u>active</u> **300-ITA**, **301-OJT** or **328-Occupational Skills Training Services: Services**

- Training Services without Carryovers - Click on the "W" for Wizard in the Actions column and click **Next** to enter provider and course information
- Continue to Closure Tab and click "Finish"
- Training Services with Carryovers - Only Link Provider to active Carryover Service

# INCORRECT YOUTH ELIGIBILITY

The WIOA Eligibility Summary should correct itself after the Barriers and Education Section is updated.

- Click on the Pencil under WIOA and select the Barriers Section – Complete the required missing or blank information and Click Next to save changes
- Click on the Pencil under WIOA and select the Education Section – Complete the required missing or blank information and Click Next to save changes
- Click Eligibility Summary to view updated Youth Eligibility

# INCOME CHART

- The 70% LLSIL income chart in VOS has an old date which GeoSolutions is working on getting corrected
- Additional Income Chart levels will also be added

**Income Level Guidelines**
Effective Date: 7/5/2011

| Family Size | Poverty | Income |
|---|---|---|
| 1 | 10890* | 10215 |
| 2 | 14710 | 16738 |
| 3 | 18530 | 22973 |
| 4 | 22350 | 28360 |
| 5 | 26170 | 33468 |
| 6 | 29990 | 39143 |
| 7 | 33810 | 44818 |
| 8 | 37630 | 50493 |
| For each additional person in a family above eight, add | 3820 per person | 5675 per person |

# PRIORITY OF SERVICE

- Indicator for priority of service will be recorded under the <u>Miscellaneous Section</u> in the WIOA Application. (See screenprint)

- Show Yes for Adult Priority and Verify.  For now this is where to record the Adults who are under the 200% Income Chart.  Additional income charts will be loaded to the new system later.



# CO-ENROLLED CLIENTS IN TRADE ADJUSTMENT ASSISTANCE (TAA)

The AlabamaWorks System will capture all performance for TAA, WP and WIOA programs simultaneously.

WIOA Services for <u>Active</u> and <u>New</u> TAA Clients enrolled in new system
- 102-Initial Assessment
- 203-Objective Assessment
- 204-Interest and Aptitude Testing
- 205-Develop Service Strategies (IEP/ISS/EDP)
- 312-Enrolled in Other Federal Training [Only add the 312 Service if client is enrolled in TAA Training and Select <u>WIOA or Non-WIOA Partner – Trade Adjustment Act (TAA)]</u>

**Co-Enroll active TAA Clients into WIOA if WIOA Eligibility was completed**

# CREATE ACTIVITY/ENROLLMENT/SERVICE

Always check the WIOA or Non-WIOA Partner Program box on the
<u>General Information Tab</u> for all Services with the exception of the 312-
Enrolled in Other Federal Training Service

<u>**Enrollment Information**</u>

**Grant:**                                None Selected ▾

**WIOA or Non-WIOA Partner**   ☑   Yes, service is a WIOA or Non-WIOA Partner Program.
**Program:**

**\* Select Partner:**                WIOA Title I Workforce Development         ▾

**\* Activity Code:**

[ Select Activity Code ]

# APPROVAL FOR TRAINING JUSTIFICATION

Training Justification must be completed prior to enter a Training Service [ITA, OJT, and Stand-Alone Occupational Skills Training]

- Method of approval may be upon the Career Center's Discretion
- A suggestion is to use the system's Communication Center and send a message to the staff person with the privilege to approve the Training Justification

# TABE TEST

- Youth TABE Tests/Scores:

- Enter Reading/Math TABE scores:

- Click on:      Educational functioning Level for Measurable Skills Gain on the Programs Screen

# ASSESSMENTS FOLDER

- You may be able to use the Assessments Folder to record the **TABE Locator** by selecting **Basic Skills Assessment** [See example below]

ALABAMA WORKS!

**Use this form to enter, change, or view test scores.**

*For help click the information icon.*

** indicates required fields.*

**Basic Skills Assessment**

| | |
|---|---|
| **Individual Name:** | [redacted] |
| ***Assessment Date:** | 05/14/2020 |
| ***Local Workforce Investment Area/Board:** | [redacted] |
| **Reading Test Given:** | Test of Adult Basic Education (TABE) |
| **Specify:** | TABE-Locator - D14 |
| **Reading Score Type:** | Not Applicable |
| **Reading Test Result:** | 0 Format: 99.9 Grade Equivalent, 9999 Raw Score |
| **Reading Test Version:** | |
| **Math Test Given:** | Test of Adult Basic Education (TABE) |
| **Specify:** | TABE-Locator - D10 |
| **Math Score Type:** | Not Applicable |
| **Math Test Result:** | 0 Format: 99.9 Grade Equivalent, 9999 Raw Score |
| **Math Test Version:** | |

# ASSESSMENTS FOLDER

- Other Assessments such as My Next Move, MoneySmart, NorthStar Digital Literacy and others may be recorded under **Other Assessments**

# Manage Case Assignment

• Instructions for assigning multiple clients to your caseload at once:

1. On left menu under **Services for Workforce Staff**
2. **SELECT** - Manage Case Assignment  & Click on Individual Case Assignment on flyout menu
3. **SELECT** - Individual Assignment
4. **COMPLETE-Individual Search** (A) Program (B) LWIA/Region (C) Application Status (D) Case Status [choose <u>unassigned</u> to assign your cases]

**SEE SCREENPRINTS ON NEXT SLIDE**

# Manage Case Assignment



**Please select from the Individual Case Assignment options listed below.**

**Manage Groups**
Select this option to create, edit, or delete groups.

**Staff Group Assignment**
Select this option to assign staff members to case management groups.

**Individual Assignment**
Select this option to assign individuals to a primary case manager or to a case management group.

**Individual Case Un-Assign**
Select this option to remove one staff member's assigned cases.

**Temporary Assignment**
Select this option to temporarily assign one staff member's cases to another staff member.

**Case Re-assignment**
Select this option to re-assign one staff member's cases to another staff member.

**Group Reassignment**
Select this option to move cases from one group to another.

**View Case Load**
Select this option to view the case load for a staff member or group.

**Case Assignment History**
View Case Assignment History.

**View Case Assignment Groups**
Select this option to view a list of staff members and the Case Assignment Groups to which each staff member is assigned.

## Individual Search

| | |
|---|---|
| *Program: | Title I - Workforce Development (WIOA) ▼ |
| *LWIA/Region: | None Selected ▼ |
| Office Location: | Select an LWIA/Region |
| First Name: | |
| Last Name: | |
| Last 4 digits of SSN: | |
| Application Status: | ○ Active ○ Exited ◉ All |
| Case Status: | ○ Assigned ◉ Unassigned ○ All |

# FOLLOW-UPS

**Step 1**

Record Follow-Up in <u>Case Notes</u> until Soft Exit has occurred

**Step 2**

- After the Soft Exit has occurred, the WIOA Follow-Up Section will become available

- Record a Quarterly Follow-Up in each of the four quarters

# FOLLOW-UP SERVICES

**Follow-Up Services** [These are actual staff-assisted "in person" services provided to the individual after exit]

- Add Follow-Up Services in the Activities Section if client received actual services [Not a contact]
- All FollowUp Services start with an "F" for Follow-Up
- <u>F11-Other Follow Up Service, not classified</u> should only be used if service being provided is not listed in Service Codes

# ENROLLMENTS TRANSFERRED FROM AJL

- ACTION NEEDED

- It is vital that case managers review their caseloads to make sure all information transferred completely and correctly to VOS from Alaworks/AJL
- Also, make sure Eligibility is correct
- Correct any information in new system that did not transfer correctly for active and exited enrollments with start dates of 7-1-18 - Present

# GENERAL

- An electronic Individual Employment Plan (IEP/ISS/EDP) can be created in VOS and printed for files
- Youth Providers will have access to the new system to enter Case Notes at a later time
- Youth Providers will continue providing a paper ISS to Career Centers
- Regular Contact with Client on Caseload will not be recorded as a service - Monthly contacts with clients should be entered in case notes
- New services in VOS that represent the old <u>Individualized Career Service</u> and <u>Youth Career Service</u> do not have to be kept open/active during the entire enrollment process.  The services can be closed on the same day if completed
- Create Closure for individuals that have completed all services

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | Webb, LaWanza |
| **Sent:** | Wednesday, August 24, 2022 11:24 AM |
| **To:** | Workforce Staff |
| **Subject:** | AlabamaWorks Eligibility Training |

Good morning Team,

Tomorrow, August 25, 2022 at 9:30, all staff will receive eligibility training. Please bring a few client state ID's with you. This training is mandatory and all must attend. Bring paper and something to write with as well. We will meet in the training room.

LaWanza

# Attachment 10

## Roberts, Nigel

| | |
|---|---|
| **From:** | Roberts, Nigel |
| **Sent:** | Monday, October 14, 2019 1:57 PM |
| **To:** | Sullen, Benjamin |
| **Subject:** | FW: |

e-mail below

**From:** Roberts, Nigel
**Sent:** Monday, October 14, 2019 10:18 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Strother, Keith <strotherk@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:**

Toni,

As per our meeting on Thursday, October 9, 2019. The following is a recap of our meeting.

**Training** - Over the next 30 days, training will be provided for the following:

- Business Service Representative (BSR) Training
- Excel Training

If you have additional training needs, please inform Pamela Mapp, Supervisor.

**Work Plan** – In an effort to get you caught up with your work task. We will start with the following:

- You have been granted permission to work overtime on Saturday, October 12th to catch up on the 15 contacts that need to be entered.

- I am directing you to allocate every Friday to making sure all contacts and contracts have been entered

- Develop a daily work plan/timeline to outline your desk time to complete contract and contact, meeting with business clients and program clients. As discussed, there will be distractions as part of what we do.

**Other** - Our discussion also included the following:
- All staff must follow the structure of CAPTE's organizational chart
- Work with supervisor to review work before submitting to State. The goal is to cut down on the errors and number of staffs communicating with State staff.
- Submit questions and/or concerns to Pamela Mapp as your direct supervisor
- Starting Tuesday, October 15th we will start having weekly Business Services staff meeting.
- As part of our discussion, you expressed your competitiveness, expectations and commitment to success. From that conversation, we agreed that you would focus on your performance and allow supervisors and I handle the performance of peers.

I hope that our conversations and the above small steps with assist you. Let's continue to strive for excellence and remember the people we work daily to help.

1

**DISCIPLINARY ISSUES**

Employee: <u>Anthoneria McElroy</u>

Date: <u>September 16, 2020</u>

| *Issues* | *Supporting Documentation* |
|---|---|
| 1. On numerous occasions Ms. McElroy has had verbal altercations with multiple administrative staff, senior staff and state staff. This situation has become so toxic that a few staff members have expressed that they would prefer not to deal with Ms. McElroy at all. | April 1 & 15, 2020<br>June 19, 2020<br>July 8, 16, 22, 2020<br>Sept 9, 2020 |
| 2. Ms. McElroy has not submitted her weekly reports to her direct supervisors consistently as instructed, nor has she updated her weekly reports on the share drive or submitted her weekly reports as instructed this program year. The reports and invoices that Ms. McElroy submits to Heather Hall (State) are consistently loaded with errors and the spreadsheets are damaged each month. In a day Heather and Ms. McElroy, go back and forth via email between 10 to 15 times due to Ms. McElroy's inability to properly submit an accurate report or use excel. These emails usually go back and forth 4 to 5 times per week. Heather will most times call (LaWanza Webb or Pam Mapp) to explain what needs to be done, because Ms. McElroy just can't seem to understand what she needs done. Heather Hall is another state employee that has been upset by Ms. McElroy's behavior and has complained. | April 3, 6, 7, 8, 9, 10, 14, 17, 30, 2020<br>May 5, 18, 21, 2020<br>June 11, 17, 18, 19, 24, 25, 29, 30, 2020<br>July 1, 8, 13, 15, 20, 21, 22, 24, 27, 29, 2020<br>Aug 6, 7, 10, 11, 12, 18, 20,24, 20, 31, 2020<br>Sept 3, 8, 9, 10, 22, 24, 25, 28, 29, 2020<br>Oct 1, 2, 5, 7, 8, 9, 2020 |
| 3. Ms. McElroy sent her supervisor Pam Mapp an email stating that she did not know that she was to have scanned all of her files into AJL before the states system was converted. That would be impossible as Ms. McElroy received multiple email instructions concerning this scanning and was in attendance at all staff meetings in 2019 discussing the conversion and scanning process. It appears that Ms. | Sept 30, 2019<br>April 22, 2020<br>April 24, 2020<br>September 10, 2020 |

1

| | | |
|---|---|---|
| | McElroy ~~has~~ simply decided to not scan her files into the system. Now we must figure out a way to enter all Ms. McElroy's, 2019 files that are now exited into the state's new system. This may be an issue and an audit finding for CAPTE. | |
| 4. | Ms. McElroy was also instructed to give all of her files to her immediate supervisor Pam Mapp prior to submitting her contracts to the state. Ms. McElroy instead has bypassed Ms. Mapp and submitted all contracts to the state and enrolled an estimated 40 or so clients into OJT training without approval. Because of Ms. McElroy's difficulty in processing her work; on April 15, 2020, Ms. McElroy was emailed the steps she should take to process her OJT clients and providers. Ms. McElroy has not followed any of those steps and has ignored the directions and mandate given to her. | April 22 & 23, 2020<br>August 14, 20, 2020<br>September 10, 17, 24, 2020<br>October 10, 2020 |
| 5. | On August 27, 2020, Ms. McElroy was emailed a new OJT eligibility process due to issues she consistently had with the eligibility staff. Ms. McElroy on September 9, 2020, ignored the process and began assigning client appointments. Her reason given was "It was a habit". | Aug 27, 2020<br>Sept 9, 29, 2020 |
| 6. | Ms. McElroy has directly ignored direct orders, procedures and protocol on more than one occasion. Ms. McElroy was instructed by supervisor (LaWanza Webb) to not come on the floor with eligibility staff, due to issues she keeps having with different eligibility staff members. Ms. McElroy has ignored that order and still comes on the floor. On two occasions Ms. McElroy's supervisor Pam Mapp instructed Ms. McElroy to take a file to a staff member and she refuse, telling Ms. Mapp to take the file. | July 8 & 22, 2020 |
| 7. | On multiple occasions Ms. McElroy has insisted that she did not read, does not understand the directions or see an email sent by her direct supervisors. However, whenever she has stated that she did not see an email the read receipts say | May 14, 20, 2020<br>June 24, 2020<br>Aug 7, 2020 |

| | | |
|---|---|---|
| | otherwise. Usually the emails that Ms. McElroy insists that she did not see or understand are emails directing her to complete a task that she either ends up submitting late or not at all. | |
| 8. | Ms. McElroy took sick leave every Friday to avoid required staff meetings. | May 20, 22, 2020<br>July 23, 2020 |
| 9. | Ms. McElroy continues to receive complaints from multiple providers due to non-payment, untimely payments, mishandling of paperwork, lack of professionalism, and having to sign and resign the same forms over and over again because of errors she's made on the forms. | June 18 & 22, 2020 |
| 10. | Given a June 26, 2020 date to catch up her files and turn in to her supervisor P. Mapp. Ms. McElroy did not meet the deadline. | June 19, 20 |
| 11. | St. Vincent's Hospital Email requesting that Ms. McElroy be removed as their BSR. | Sept. 10, 20 |
| 12. | Heather Hall  LaWanza Webb and Pam Mapp discussed with Ms. McElroy the various emails from Ms. Hall which continued to request correction of errors. Ms. McElroy on multiple occasions removed formulas from the State spreadsheet. Ms. McElroy was instructed to cease the cut and paste she used on the spreadsheets.  With continued incidents of misaligning spreadsheets, Ms. McElroy was sent an email to cease. A write up was processed for Ms. McElroy because she failed to comply with instructions.  Upon HR's review of the write up on Ms. McElroy, a PIP was suggested and implemented.  Because the need for corrections persisted, this and other matters that were addressed in the write up was addressed in the PIP as suggested by HR. | |
| 13. | Ms. McElroy was placed under a PIP. *(From March 9, 2021 summary submitted to HR)* Ms. McElroy continues to submit work with inaccuracies and errors (file | January 21, 2021 |

| | |
|---|---|
| documents; employer contracts & invoices), paperwork with illegible entries (client IEP) and fails to follow instructions regarding the processing of her work and OJT clients, which are the routine work assignments for the position of Workforce Planner/Business Service Representative;(emails of). | |
| 14. The quality of Ms. McElroy's work shows little improvement; with multiple emails back and forth daily in order to correctly process a single client or invoice. She has been unable to process the work of a BSR according to the instructions that have been provided. | February 2, 21— 6 emails |
| 15. Ms. McElroy continued to submit files with inaccuracies and errors (file documents; employer contracts & invoices; paperwork with illegible entries (client IEP) and fails to follow instructions regarding the processing of her work and OJT clients. (*excerpt from PIP summary provided to HR* - Ms. McElroy only completed 1 file of the 50 incomplete participant files and due to her lack of progress and failure to comply during the PIP, completed zero employer files Even with re-training, Ms. McElroy failed to follow procedures and protocols for file development and data entry.  The quality of Ms. McElroy's work showed little improvement and she was unable to process the work of a BSR according to the instructions provided.} | March 5, 2021, |
| 16. While under the PIP, Ms. McElroy was to have completed all files, updated the information in the State database and scanned the files into the State database (she completed 1 file).  Ms. McElroy is still trying to complete participant and employer files.  Although file construction is the same for each file, Ms. McElroy must still be provided instructions on how to complete each file. Ms. McElroy continues to need the same instructions over and over again. Presently, Ms. McElroy continues to slowly work on participant files and is | March 9, 2021 - to present |

4

| | |
|---|---|
| working on the employer files her supervisor created for her.  She is attempting to obtain missing documents that she should have had in the files prior to the employer going under contract, prior to the participant working for the employer and definitely prior to any invoices being paid with federal funds.  Where she was already confused, she is doubly confused now because the paperwork and the database changed.  She now has to try to remember how to complete files in 2 different ways and then to get the information into the new system.  She is also having to work with State of Alabama staff to re-open her files because the system shut them down because she failed to keep the files active. Her lack of work could severely impact CAPTE's performance under federal and state data validation.  Had a monitor visited for data validation, they would have found that she had zero employer files available for review and that her participant files were incomplete. | |
| 17. Suspension | Aug. 11, 2021 |
| 18. Toni was asked to provide an updated list of the files that she had and their completion status by 10 am so that we could prepare for the group session (Heather, LaWanza, Toni and Pam) to complete her files by the State mandate of the 29th.  The response was received 9/21 because Toni advised that she again had problems with her computer and receiving emails. Toni has had many issues in trying to use her desktop and laptop. She has been shown where the drives are so that she could locate various documents on the computer. She has been shown how to use various components of Word and Excel. She was also instructed to utilize the DevelopU courses to assist in her computer learning. | Sept. 20, 21 |
| 19. Because of the various issues with Toni's files, missing signatures, missing | Sept. 29, 2021 |

5

| | |
|---|---|
| documents, not being uploaded, etc., the review could not be completed. Of the files remaining, I compiled a list and gave it and the files to Toni for completion by 9/29, the State deadline. On the 29th Toni sent a message advising that she would not be in; as a result, Toni did not complete her files by the deadline.  Note, that these are the same files that were to have been completed during her PIP, but Toni's behavior led to the completion of a single file, for which I assisted her in its completion. And these are same files on which we were working prior to her FMLA and since.  In Toni's absence, LaWanza had the admins to upload the files as they were.  The files were then given back to Toni upon her return to make the noted corrections and to complete the files. | |
| 20. Disciplinary Actions prior to suspension | Jan. 1, 19,  Sept. 16, 20,  May 26, 21 |
| 21. Disciplinary Actions after suspension | Aug. 12, 21, Sept 13, 21,  Sept. 14, 21,  Sept 20, 21,  Sept. 21, 21,  Sept. 21, 21,  Sept. 28, 21 |
| 22. Toni was advised that she would need to complete 5 files per day.  From the 27th forward Toni was to have notified me daily of the files completed; sometimes she, sometimes she did not.  When she did, it was some days 1 file, some days 2 or 3 files. As she completed files, I reviewed them.  If the files were complete, I signed off and she filed them with the completed files.  If not, they continued to go back and forth between us until complete. | Oct. 26, 21 |
| 23. Toni was notified that all of her files must be completed by October 22.  The files were not completed. On October 26, noon, Toni was asked to provide a list of all the files that remain incomplete by 2pm. | October 18, 21 |
| 24. Supervisor P. Mapp asked Toni if she had completed all of her files.  She advised that I see November 22, 5:02 and 5:12 emails. The emails she reference were emails asking the completion of her | December 9, 21 |

| | |
|---|---|
| PY2018 files.  A correct response to the question was not received.  Since her response appeared to be advising that her files had been completed by November 22, I collected her files for a final review.  It would be pointless to continue the back and forth of these files with Toni.  Since the training Toni received from the beginning of her placement as a BSR, she was provided ongoing training in both participant and employer file composition and system file management.  Toni was also retrained in these areas during her PIP. | |
| 25. Supervisor P. Mapp questioned Toni about the information noted on the 1/28 weekly report on which she noted that she placed a job order and interviewed participants.  Toni was questioned as to who and why since she has not been instructed to resume active BSR duties.  Toni advised that since I was included on the email she sent out to everyone on the CAPTE email list (150+/-) advertising the position at Burrell and McCants that I should have known.  As a collaborative contact point, Toni frequently shares email requests on behalf of the requestor, to the Collaborative or as she states, the CAPTE email list.  Contrary to her statement, inclusion on the list would not have alerted me that she was resuming active BSR duties.  She further stated that my asking her was "continued harassment and requested a meeting with those above me.  Keith advised Toni, that the question was not harassment, and she should answer it.  An answer was not received.  The combative behavior Toni demonstrated during her PIP and during the weekly meetings which included HR staff and the Deputy Director, did not and has not ceased.

Note, that for the employers that Toni placed under contract for federal funds, she had not made a single file. I made them for her using the host of documents | January 1, 22 |

| | |
|---|---|
| she had collected and with the assistance of Heather Hall.  For those employer files that could not be completed, Toni had to work with the employer to get the files completed.  Asking a PY18 -PY20 employer in 2021 and 2022 for documents that should have been collected at the start of their paperwork, did not leave CAPTE in a positive favorable position with that employer. | |
| 26. Barged into a state meeting that she was not invited to and confronted BSR supervisor Heather Hall. | February 16, 2022 |
| 27. Entered Sonya Kings office and confronted her about being at work on her off day. | February 16, 2022 |
| **28. Dates of formal OJT training sessions - Ms. McElroy received one on one training, attended multiple On the Job Training (OJT) group training sessions and attended multiple training conferences.** | **March 5 -9, 2016**<br>**February 28 – March 2, 2018**<br>**June 12 -14, 2018**<br>**February 19 -21, 2019**<br>**August 19 – 21, 2019**<br>**September 7 – 11, 2019** |
| 29. Ms. McElroy received re-training in all the processes associated with her position and received written instructions on the performance of her duties via PIP. | January 25 – March 5, 2021 |

# NOTICE TO EMPLOYEE
# OF DISCIPLINARY ACTION
## (FOR CLASSIFIED EMPLOYEES)

TO:     ANTHONERIA McELROY, WORKFORCE PLANNER

FROM:   COUNTY MANAGER TONY PETELOS, APPOINTING AUTHORITY

DATE:   AUGUST 11, 2021

You are hereby notified that the following disciplinary action has been taken against you:

### FIVE (5) DAYS SUSPENSION WITHOUT PAY

The effective date of the action is **AUGUST 12, 13, 16, 17 and 18, 2021.**  The cause of the action is:

### SEE ATTACHMENT

In making the foregoing decision, your entire work record with Jefferson County has been considered.

_____
(Appointing Authority)

---

## NOTICE OF SERVICE

A copy of the foregoing was delivered by (U.S. Mail) (hand) to the above named employee on _____ (date) at ___4:20___ (time).  *EMAILED*

_____
(Signature of Deliverer)

---

## NOTICE OF RIGHT TO APPEAL

**Notice:**   You have the right to appeal certain disciplinary action taken against you, including termination, suspension or demotion, within ten (10) calendar days after receipt of the notice of disciplinary action. Your appeal must be in writing and must be filed with the Jefferson County Personnel Board. You must comply with all the requirements of Personnel Board Rule 12.4 in order to perfect your appeal.

Notice to Employee Anthoneria McElroy
of Disciplinary Action
August 11, 2021
Page 1 of 2

## ATTACHMENT

*Violation of Personnel Board Rule 12.2(c), conduct unbecoming a classified employee; Rule 12.2(g), incompetence or inefficiency; Rule 12.2(h), insubordination; Rule 12.2(j), neglect of duty; Rule 12.2(l), failure to comply with instructions made and given by a superior officer or a supervisor; and, Rule 12.2(p), any other legitimate and non-discriminatory reason that constitutes good cause for disciplinary action, is reasonably specific, is consistent with the Act and these Rules, and is not motivated by any non-work related preference or animus for or against any person.*

In that on or about July 19, 2021, you were directed by Heather Hall to resubmit May's time and attendance sheet instead of June's due to mistakes and misrepresentations. Also, you were insubordinate on this date as you were asked to provide a "copy of a directive" to Ms. Webb, and you replied that you would do so if time demanded it and refused to provide the directive given to you by Ms. Webb.

On or around June of 2020, your work performance declined significantly, e.g., your work would have to be fixed for backdating agreements and inserting wrong information on disclosure forms. You have failed to complete the justification for OJT on a contract and have continued to backdate contracts such as the St. Vincent's contract.

Further, you have demonstrated a lack of understanding of MOU's as specified in the OJT guide as well as a lack of understanding of the payment system for the OJT program. On or about September, 2020, your office was contacted by Ascension (part of St. Vincent's Hospital healthcare career programs) because you were submitting contracts late and you were requesting contracts back due to your errors which was impacting the start date of their participants. It was discovered that you had a lack of understanding of Microsoft Excel, which led to two in house staff trainings.

Finally, in January, 2021, after continuous performance problems, you were placed on a PIP. You were provided supplemental training, e.g. file ordering, Alabama Works, OJT and ITA Guidelines. Immediately after this training was complete, you continue to submit files with inaccuracies and errors, and fail to follow instructions regarding the processing of your work and OJT clients.

Notice to Employee Anthoneria McElroy
of Disciplinary Action
August 11, 2021
Page 2 of 2

You are advised that in deciding what discipline was awarded, the Appointing Authority considered your entire work history with Jefferson County, Alabama, including, but not limited to, the following.

1.   All prior disciplinary actions.
2.   Performance evaluations.
3.   All reprimands and records of counseling.
4.   Your leave and attendance record.
5.   The recommendation of your supervisors.
6.   Any other aggravating or mitigating factors.

Notice to Employee Anthoneria McElroy
of Disciplinary Action
August 11, 2021
Page 1 of 2

## ATTACHMENT

*Violation of Personnel Board Rule 12.2(c), conduct unbecoming a classified employee; Rule 12.2(g), incompetence or inefficiency; Rule 12.2(h), insubordination; Rule 12.2(j), neglect of duty; Rule 12.2(l), failure to comply with instructions made and given by a superior officer or a supervisor; and, Rule 12.2(p), any other legitimate and non-discriminatory reason that constitutes good cause for disciplinary action, is reasonably specific, is consistent with the Act and these Rules, and is not motivated by any non-work related preference or animus for or against any person.*

In that on or about July 19, 2021, you were directed by Heather Hall to resubmit May's time and attendance sheet instead of June's due to mistakes and misrepresentations. Also, you were insubordinate on this date as you were asked to provide a "copy of a directive" to Ms. Webb, and you replied that you would do so if time demanded it and refused to provide the directive given to you by Ms. Webb.

On or around June of 2020, your work performance declined significantly, e.g., your work would have to be fixed for backdating agreements and inserting wrong information on disclosure forms. You have failed to complete the justification for OJT on a contract and have continued to backdate contracts such as the St. Vincent's contract.

Further, you have demonstrated a lack of understanding of MOU's as specified in the OJT guide as well as a lack of understanding of the payment system for the OJT program. On or about September, 2020, your office was contacted by Ascension (part of St. Vincent's Hospital healthcare career programs) because you were submitting contracts late and you were requesting contracts back due to your errors which was impacting the start date of their participants. It was discovered that you had a lack of understanding of Microsoft Excel, which led to two in house staff trainings.

Finally, in January, 2021, after continuous performance problems, you were placed on a PIP. You were provided supplemental training, e.g. file ordering, Alabama Works, OJT and ITA Guidelines. Immediately after this training was complete, you continue to submit files with inaccuracies and errors, and fail to follow instructions regarding the processing of your work and OJT clients.

Notice to Employee Anthoneria McElroy
of Disciplinary Action
August 11, 2021
Page 2 of 2

You are advised that in deciding what discipline was awarded, the Appointing Authority considered your entire work history with Jefferson County, Alabama, including, but not limited to, the following.

1. All prior disciplinary actions.
2. Performance evaluations.
3. All reprimands and records of counseling.
4. Your leave and attendance record.
5. The recommendation of your supervisors.
6. Any other aggravating or mitigating factors.

## Memorandum

**To: Don Carrol, Assistant County Attorney**

**From: Frederick L. Hamilton**

**Subject: Ms. Anthoneria McElroy (Poor Work Performance)**

**Date: July 21, 2021**

I am writing this memorandum in reference to the poor performance of Ms. McElroy who is a Workforce Planner who works with the OJT program for the Workforce Development Division of the Department. Her position is equivalent to a BSR working for Wagner Peyser in the Birmingham Career Center. She has worked in this capacity for several years and has received formal and informal training as presented below:

1. Alabama Department of Commerce      March 5 -9, 2016
2. Alabama Department of Commerce      February 28 – March 2, 2018
3. Alabama Department of Commerce      June 12 -14, 2018
4. Alabama Department of Commerce      February 19 -21, 2019
5. Alabama Department of Commerce      August 19 – 21, 2019
6. Alabama Department of Commerce      September 7 – 11, 2019

The CAPTE Board hired Heather Hall as the BSR supervisor for the On the Job Training (OJT) program and she is part of Ms. McElroy's oversight with Pamela Mapp and LaWanza Webb providing her supervision.

On or around June of 2020, Ms. McElroy work performance declined significantly with Ms. Hall having to have her worked fixed for backdating agreements; inserting wrong information; on the Disclosure Forms, etc.

Ms. McElroy failed to complete the justification for OJT on a contract and continued backdating contract as can be seen for St. Vincent.

Ms. McElroy demonstrate her lack of understanding of MOUs as specified in the OJT Guide. She further demonstrates a lack of understanding the payment system for the OJT program (see attachment A).

On or around September 2020, Ms. Cassie Perry with Ascension, which is a part of St. Vincent Hospital healthcare careers program contacted management at Workforce about the challenges they were having problems with Ms. McElroy work to include receiving contracts late and Ms. McElroy asking for the contracts back due to errors, which impacted the start date of their participants. In addition, on September 22, Ms. McElroy demonstrated her lack of understanding Excel (see attachment B).

This led to the staff doing two (2) in house trainings pertaining to the OJT program.

Due to continued performance problems, Ms. McElroy was placed under a Performance Improvement Plan (PIP) on January 21, 2021 in conjunction with the assistance of the county's HR Department and the training was as follows:

1. Week 1: Microsoft Excel training; Getting Started with Excel; cells and tables; and inserting and manipulating data.
2. Week 2: On the Job Training Trainees; file composition; OJT Employers; labor exchange services for individuals and employers; training agreement management; completion of error free submission; Alabama Works training; labor exchange services for employers and staff; and WIOA case management.
3. Week 3: DevelopU training on appropriate work behaviors to assist in working well with others and review of OJT training guideline manual.
4. Week 4: Continuation of DevelopU training and meeting with Pamela Mapp and LaWanza Webb on proper setup and maintenance of existing client/employer files.

Supplemental training was provided to Ms. McElroy during the PIP period of training to include the following:

1. File ordering                                    February 10, 2021 (Pam Mapp and LaWanza Webb)
2. AlabamaWorks Training                  February 16, 2021 (Heather Hall)
3. OJT Training                                     February 24, 2021 (Sonja King)
4. ITA Guidelines and Alabama Works June 25, 2021          (Alabama Commerce)

Immediately after the training was complete, Ms. McElroy continued to submit files with inaccuracies and errors (file documents; employer contracts & invoices; paperwork with illegible entries (client IEP) and fails to follow instructions regarding the processing of her work and OJT clients (see attachment C).

As recent as July 19, 2021, Heather Hall wrote Ms. McElroy stating she needed to resubmit May's Time and Attendance sheet instead of June.

Also, on the 19th of July, Ms. McElroy was asked to provide Ms. Webb with a copy of a directive and was told she would do so if an appropriate times demand it, as well as stating she does not wish to share it with anyone at this time (see attachment D).  This is clearly insubordination.

Therefore, I would like to request formal disciplinary for Ms. McElroy for incompetence and insubordinations.

**Attachment A**

2-6-19

(205) 244-8522 - Office
(205) 441-4522 - Cell
Lawanza.webb@iccsi.org

From: McElroy, Anthoneria <mcelroya@iccal.org>
Sent: Thursday, June 18, 2020 10:06 AM
To: Hall, Heather S <Heather.Hall@alcc.alabama.gov>
Cc: Webb, LaWanza <webbl@iccal.org>; Mapp, Pamela <mappp@iccal.org>
Subject: RE: St. Vincent's Adult contract t

Heather,

I submitted you the contract on Friday which was the 12th. I did nefrot get any signatures because you stated that we are
to send everything to you before signatures.

From: Hall, Heather S <Heather.Hall@alcc.alabama.gov>
Sent: Wednesday, June 17, 2020 3:50 PM
To: McElroy, Anthoneria <mcelroya@iccal.org>
Cc: Webb, LaWanza <webbl@iccal.org>; Mapp, Pamela <mappp@iccal.org>
Subject: RE: St. Vincent's Adult contract

Hey Toni,
I am listing the following under the assumption that these trainees have NOT already started working. If they have, then
we will not be able to do this agreement.

On the agreement, you will need to fix the following:
1. Dates on the entire package are listed as the 15th. We cannot back date agreements ( i know this has been done
   in the past due to different circumstances- but it has been reiterated several times, that this is not allowable and
   should not be happening. The agreement must be dated for either the same day as the signature date or after
   the signature date- and that should not be before today as no approval has been granted yet. You will need to
   change all dates to today or later- I suggest moving the date a couple days out to ensure everything gets signed
   and submitted prior to their start.
2. At the bottom of the contract page, the title of the signor is incomplete.
3. On the Disclosure Statement, in the box you have labeled DOL, please change it to ADOL and include the
   agreement number of the current contract in the first box, the date that that contract began, and the total
   contract amount in the amount box.
4. On the Disclosure Statement, in the box you have labeled Jerimiah...., I'm not sure what all the stuff is in the
   date box, but it shouldn't be there. You will need to fix that and add the amounts in amount box.
5. On the insurance page, (from the excel file) the signor's title is incomplete- CPD...
6. On the Beason- Hammon, the title is for the signor is also incomplete.
Let me know if you have questions. I'm happy to help. 😊

Best Regards,
*Heather Hall*
Alabama Career Center System
Alabaster Area Career Center
CAPTE BSR Supervisor
109 Plaza Circle Alabaster, Alabama 35007
Phone: 205-663-2542 *852413
Click here for info on the WIOA On-the-Job Training Program

2

26-A

**To:** Webb, LaWanza <webbl@iccal.org>
**Subject:** RE: St. Vincent's CAPTE OTJ Training

LaWanza,

I told you and Pam several times about my computer problem. I will address everything next week.

**From:** Webb, LaWanza <webbl@iccal.org>
**Sent:** Friday, June 19, 2020 12:35 PM
**To:** McElroy, Anthoneria <mcelrova@iccal.org>
**Cc:** Mapp, Pamela <mappp@iccal.org>
**Subject:** Re: St. Vincent's CAPTE OTJ Training

Toni,

Why wasn't the justification done? These types of issues can't happen. This places us and the provider in a predicament. As you know, we are not allowed to backdate any contracts. A few weeks ago I asked you what issues you were having with your computer and gave you a time and date to respond. You did not.

Pam and I will set up a meeting to met with you next week, to address this issue as well as others that you are still experiencing. Pleae bring your laptop and cell phone to the meeting, so we can troubleshoot any issues with them. Until then, make sure you get all of your contracts caught up, entered into AlabamaWorks and submitted to Pam for approval, no later than Friday, June 26, 2020 @ 2pm.

As I mentioned yesterday in our email, you are ok'd to come into the office and work today. For the next two weeks, I am giving you permission to work on Fridays. This will help you to catch up and get Heather everything she has requested.

If you need any assistance, get with your immediate supervisor Pam Mapp.

Thanks,

LaWanza

Sent from my T-Mobile 4G LTE Device

**From:** Sarah Hewitt <sarah.hewitt2@ascension.org>
**Sent:** Friday, June 19, 2020, 10:09 AM
**To:** Heather.Hall@alcc.alabama.gov
**Cc:** Mapp, Pamela; Webb, LaWanza; Callie Addison; Cassie Perry; McElroy, Anthoneria
**Subject:** St. Vincent's CAPTE OTJ Training

Ms. Hall,
   Good Morning. I am reaching out to you about our New Hire On-The-Job Training agreement with the CAPTE program. Our partnership with the CAPTE On-The-Job Training program started with St. Vincent's Jeremiah's Hope Academy that provides training for patient care techs, surgical techs, medical assistants, and mental health techs. We started our nursing partnership with the CAPTE program to provide OTJ training for our new graduate acute care RNs in January of this year. We recognized that new graduate nurses were lacking and unprepared in a lot of skills upon graduating from nursing school that were causing them to not be prepared for safe patient care. So far, our relationship has been very positive. We are currently in the process of training 10 new graduate nurses on our medical surgical floors and so far we have a 100% retention rate

## Mapp, Pamela

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Monday, August 24, 2020 1:53 PM |
| **To:** | McElroy, Anthoneria |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: MOU? |

I'm not sure what training you are referring to, but for our current purposes, you should always refer to your OJT Guide you received in the training we went to in February. The E-verify registration MOU from Homeland Security does need to be a complete document. The self-done MOU from the employer that you sent earlier is not needed or required. I hope this helps you.

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, August 24, 2020 12:01 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: MOU?

When I was initially trained I was told to get the MOU in its entirety but only send the first page and the two signature pages with the other contract documents. Of course, we shred the rest.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Monday, August 24, 2020 11:50 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: MOU?

What is the purpose of the MOU? Our guidelines do not include a MOU for OJT contracts.

Be sure he understands we have to follow Federal & ADOL guidelines listed below.
1. Complete/correct E-verify
2. Current Certificate of Insurance
3. W-9 & Vendor Request Form
4. And lastly, ADOL OJT contract Package approved and submitted prior to start dates.

Bless your heart... I'm sorry he is having difficulty with the E-Verify, but we can't move forward without it. And the MOU isn't a work around for meeting all of the employer eligibility requirements for the program. Once he gets his paperwork in order and submits all of them to you, you can take the next step and prepare a contract provided he has a participant he wants to hire. If he can't get you the required documents, you can't write a contract.

Best Regards,
Heather Hall

1

## Mapp, Pamela

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Tuesday, August 25, 2020 2:20 PM |
| **To:** | McElroy, Anthoneria |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: Employer payment voucher |
| **Attachments:** | STAARS Registration Information.pdf; OJT Tax questions.pdf |

Hey Toni. I have attached two sheets from our OJT manual (you already have these) that address your questions. To my knowledge, the only way an employer can track their payments is through the STAARS portal. Also, they should be getting a copy of every invoice they sign and that has the invoiced amount on it. (**Be sure your employers are keeping a file on each contract that includes everything associated with the contract, because they can be audited at any time.) And as far as the tax question goes, OJT funds are a grant but must be included in gross income. The employer should always consult their tax preparer with any and all tax questions. I hope this helps you.

Warmest Regards,
*Heather Hall*
Alabama Career Center System
Alabaster Area Career Center
CAPTE BSR Supervisor
109 Plaza Circle Alabaster, Alabama 35007
Phone: 205-663-2542 *852413
Work Cell: 334-549-1065 NEW

 A proud partner of the
americanjobcenter 
network

*An Equal Opportunity Employer/ Program*
*Auxiliary aids and services are available upon request to individuals with disabilities*
*Dial 711 for TTY accessibility*

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Tuesday, August 25, 2020 2:06 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** Employer payment voucher

Hey Heather,

Prior to the employers getting a check, do they receive a payment voucher first to let them know how much they will be getting? Also, do employers have to pay taxes on the OJT funds?

1

*Toni McElroy*, Workforce Planner/Business Service Representative (BSR)
Jefferson County Community Services & Workforce Development
3216 4th Avenue South
Birmingham, AL 35222
Phone: (205)244-8519 Fax: (205)323-7148
Cell: (205) 542-9421
Email: mcelroya@jccal.org

**Mapp, Pamela**

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Tuesday, September 22, 2020 1:16 PM |
| **To:** | McElroy, Anthoneria |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: excel malfunction |

That's because you aren't supposed to type there. Go to your Training time sheet and change your invoice number and dates and other time information. All of that information will carry over to the invoice page for you. The only thing you should ever type on the invoice page is boxes 15, 17, 18, & 19. (The employer's title, your name, your title, and your phone number)

Warmest Regards,
*Heather Hall*
Alabama Career Center System
Alabaster Area Career Center
CAPTE BSR Supervisor
109 Plaza Circle Alabaster, Alabama 35007
Phone: 205-663-2542 *852413
Work Cell: 334-549-1065 NEW



*An Equal Opportunity Employer/ Program*
*Auxiliary aids and services are available upon request to individuals with disabilities*
*Dial 711 for TTY accessibility*

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Tuesday, September 22, 2020 1:08 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** excel malfunction

Heather,

The excel sheet will not allow me to change the date nor the Number on the invoice.

*Tord McElroy, Workforce Planner/Business Service Representative (BSR)*

1

**Attachment B**

**Mapp, Pamela**

| | |
|---|---|
| **From:** | Cassie Perry <cassie.perry@ascension.org> |
| **Sent:** | Wednesday, September 9, 2020 7:54 AM |
| **To:** | Mapp, Pamela |
| **Subject:** | Re: [EXTERNAL] Re: Contact |

Hello,
We are so appreciative of the partnership St Vincent's has with CAPTE. Although we are still early in the program, our nurse residency program has been extremely successful and well received thus far.
I do have some concerns about our current representative and wanted to discuss with you or whoever she report to. If this is you, could you call me at your convenience? If you are not the correct person to speak with regarding our rep, could you tell me who to contact?
Thank you,

**Cassie Perry, MSN, RN, MA**

Market Director, Ascension Alabama
Clinical Professional Development

**t:** 205-939-7837 **f:** 205-930-2060
cassie.perry@ascension.org
Click **HERE** to access the Education Request Form.

On Tue, Sep 8, 2020 at 5:50 PM Webb, LaWanza <webbl@jccal.org> wrote:
Hi Cassie,

That would be Ms. Pamela Mapp. I am copying her on this email.

Thanks,

LaWanza

LaWanza Webb, MBA, JD
Jefferson County Community Services and Workforce Development
CAPTE Programs Manager
3216 4th Avenue South
Birmingham, Alabama 35222
(O)205-244-8522
(C)205-441-4522
Lawanza.webb@jccal.org

**From:** Cassie Perry <cassie.perry@ascension.org>
**Sent:** Tuesday, September 8, 2020 4:40:52 PM
**To:** Webb, LaWanza <webbl@jccal.org>
**Subject:** Contact

Hi LaWanza,
I had a few things I wanted to discuss with the supervisor of OJT. I thought that was you but wanted to make sure I was correct.

1

Thank you,

Cassie Perry, MSN, RN, MA

Market Director, Ascension Alabama
Clinical Professional Development

**t:** 205-939-7837 **f:** 205-930-2060
cassie.perry@ascension.org
Click **HERE** to access the Education Request Form.

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

## Mapp, Pamela

| From: | Mapp, Pamela |
| --- | --- |
| Sent: | Thursday, September 10, 2020 4:44 PM |
| To: | Cassie Perry; Webb, LaWanza |
| Subject: | RE: Follow Up Email |

| Tracking: | **Recipient** | **Delivery** | **Read** |
| --- | --- | --- | --- |
| | Cassie Perry | | |
| | Webb, LaWanza | Delivered: 9/10/2020 4:44 PM | Read: 9/10/2020 4:54 PM |

Cassie,

Thank you so much for reaching out to me and bringing this distressing issue to the fore.  Please allow me to apologize for the service St. Vincent's has received under this contract.  Please give us a moment to address the issues and to get back with you shortly.

Sincerely,

Pamela Mapp
Supervisor, JeffCo WIOA Youth and Business Services
Central Alabama Partnership for Training and Employment (CAPTE)
205-244-8516

**From:** Cassie Perry <cassie.perry@ascension.org>
**Sent:** Thursday, September 10, 2020 3:54 PM
**To:** Mapp, Pamela <mappp@jccal.org>; Webb, LaWanza <webbl@jccal.org>
**Subject:** Follow Up Email

Hello,
Thank you so much for taking time to speak with me today regarding the challenges we have faced. First, let me say how thankful I am for the partnership we have with CAPTE. It is valuable for us to continue our partnership, but we have several concerns regarding our current representative, Toni McElroy.
The first group of our residency program started in January 2020. We did not get the final contract to sign until January 24th, which was the Friday before they started on the 27th. My educator went to the career center and signed the contracts. When she got to the parking lot, Toni called her back and said there was a mistake and she needed her to come back and resign them, which she did. After she went back to the hospital, Toni called her again and said she would need to come sign them again because there was an error on the previous contracts. She went back to the career center to sign the third set of contracts. While this was worrisome, everything was approved and we were excited about our new program so we were not as concerned about this occurrence.
The second group started on June 15th. We referred most of our associates to Toni in May to determine if they met criteria. When we still had not received the contracts on June 12th, we reached out to Toni via email asking for the contracts so we could sign them. We finally got them signed Friday afternoon and sent them back asap. Toni told us that as long as the contracts were submitted by Friday before they started on Monday the 15th that everything would be fine. Toni contacted us the following Thursday to inform us that our contracts had not been approved due to 'Montgomery' with no further explanation. After further discussion, we were told that the contracts were not approved because they were reviewed on Thursday 6/18 in Montgomery and the associates had already started on 6/15. We had three associates that were not able to start until July 6th who were eligible and we were able to finalize contracts for them. It was very disheartening to receive this news, but Toni said people were trying to get rid of her and 'were after her job'. She was very distressed and upset so again, we took advantage of the 3 that qualified for July and determined to be extremely proactive for the third cohort.
Due to the issues we had with the second group, we established an internal process for the third group that would allow us to do some pre-screening based on the criteria we were given. We used the initial screening criteria to screen out those that we knew wouldn't qualify. We did this to decrease the amount of people Toni would have to screen, and hopefully minimize the amount of

1

time it would take to have the contracts ready for signature. After speaking with each associate, we referred 14 to Toni as potential candidates. After she completed screening, Toni spoke with the coordinator on the phone and said that 9 associates were eligible. We were excited about the opportunity for 9 of our associates to participate and eagerly awaited the contracts for this group. We reached out to Toni and asked for the contracts on August 26th, September 8th, and 9th. On the 9th, Toni informed us she had to send a letter to her supervisor in Montgomery and she was awaiting her response. On September 10th, she emailed to say that her supervisor told her the budget would not allow for such a large contract and that they were looking at other ways to contract with us. It was very discouraging to realize we had been very proactive in ensuring the appropriate information was sent to Toni well in advance and yet the letter was not sent to the supervisor until the Wednesday before the new group started on the following Monday. As of this email, we have not heard back if any of the participants will be eligible and we will, again, not be able to take advantage of the CAPTE program.

Due to the many issues we have experienced with Toni, I would like to request a different representative for St Vincent's Health System. We value the partnership with CAPTE and feel that if we had an organized, proactive representative, we would have a wonderful relationship as we invest, not only in associates but also in our community. Our residency program has been a wonderful addition to our health system and we are so excited about how it will continue to positively affect our community.

I apologize for the lengthy email and appreciate all you are doing for us.


Thank you,

**Cassie Perry, MSN, RN, MA**

Market Director, Ascension Alabama
Clinical Professional Development

**t:** 205-939-7837 **f:** 205-930-2060
cassie.perry@ascension.org
Click **HERE** to access the Education Request Form.


CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**Attachment C**

**Mapp, Pamela**

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Thursday, May 13, 2021 11:23 AM |
| **To:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | FW: OJT Contracts |

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Good morning ladies. I'm not going to respond to her on this as I'm not sure what to say. I'll leave it in your hands. I know you'll let me know what I need to know, when I need to know it. 😊

As far as Jones Group is concerned, 5 out of 7 of their participants are either still working or still in training. Only 2 exited without completing and they had one fail to start (which we don't count). Their retention rate is fine and a new contract with them would be permissible.

Let me know how you want to proceed.

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, May 13, 2021 11:01 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: OJT Contracts

Heather,

As far as my situation is concerned I think that's a discussion that you need to have with the supervisors.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Thursday, May 13, 2021 9:53 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: OJT Contracts

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

The Jones group contract is well beyond the enrollment period. You cannot write a Mod. You would need to complete an employer evaluation form to determine if they have 50% or greater retention (I think they do) and then you would write a new contract. When is this employer wanting a new person to start? The new Program Year begins July 1 (not June).

Have you finished getting all of your employer & participant files up to date both on paper and in the system? Are you able to write new contracts at this point? Is this something we need to let Sonya do?

1

**Mapp, Pamela**

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Tuesday, May 18, 2021 1:56 PM |
| **To:** | McElroy, Anthoneria |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: Mod 4 |

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Toni,
If you add the totals from column 8 and 9 on the training time sheet for March's invoice, you will get the total that DOES match the Mod amount. You can also see this amount on the invoice page (item #11). The totals are correct.

For the number of employees, you should enter the number of employees...**32** (this is on the agreement page). In the section that says- Number of additional trainees, you can enter N/A. **Add these items and then send for signatures.**

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Tuesday, May 18, 2021 1:37 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: Mod 4

Heather,

My purpose for sending the mod was my concern for the **shall not exceed amount** at the bottom. I thought something was off because I did not get the **same amount** in Mod 4 that was at the bottom of March's invoice. I wasn't finished with the mod, but now I am. Also in the space of **"Number of employees"** am I not to put N/A.

**Thanks!**

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Tuesday, May 18, 2021 1:00 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: Mod 4

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Good afternoon Toni. The totals are correct for this Mod.

Please make the following changes:
1. Add completion date  5-31-2021
2. Finish bottom section- Typed Name- Jimmy Morris, Title- Owner

1

**Mapp, Pamela**

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Wednesday, May 12, 2021 10:26 AM |
| **To:** | McElroy, Anthoneria; Jimmy Morris, Jr. |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: Ending your OJT contract- Correction |

> **CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Good morning Mr. Morris. The contract will end May 31 (not June). Toni will prepare a modification to the contract and submit it to me for pre-approval. Once it is approved, she will send it to you for signatures. Please let me know if you have any questions.

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, May 12, 2021 10:20 AM
**To:** Jimmy Morris, Jr. <jimmymorrisjr@morrisbuildersllc.com>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Hall, Heather S <Heather.Hall@alcc.alabama.gov>; Mapp, Pamela <mappp@jccal.org>
**Subject:** Ending your OJT contract

Good morning Jimmy,
Hope you are doing well.

Heather Hall, BSR supervisor, stated that your OJT contract will end on June 30, 2021 because the participants are still not working a lot of hours (Not sure of April's hours yet) and are only around half way through completion of their hours. Subsequently to this this decision, I received your trainee's attendance for the month of April which reflected no hours worked for any of the trainees.

If you have any concerns, please do not hesitate to get in touch with me.

*Toni McElroy*, *Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

1

## Mapp, Pamela

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Monday, May 10, 2021 3:37 PM |
| **To:** | McElroy, Anthoneria |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: 01403022 Jones Group April invoice #9 to be reviewed |

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

You can send for signatures, thanks.

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, May 10, 2021 3:16 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: 01403022 Jones Group April invoice #9 to be reviewed

My apologies.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Monday, May 10, 2021 3:11 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: 01403022 Jones Group April invoice #9 to be reviewed

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

I need the correct Time and Attendance to be included in the invoice package in order to review it. What you sent was from last month.

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, May 10, 2021 2:51 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** 01403022 Jones Group April invoice #9 to be reviewed

1

## Mapp, Pamela

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Monday, April 12, 2021 12:38 PM |
| **To:** | McElroy, Anthoneria |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: March ojt report |
| **Attachments:** | Birmingham-Toni PY2020 OJT Report.xlsm |

Good afternoon Toni,
Please fix your OJT report. You have 2 listed as exited without completing and a de-obligation amount for March, but no employer information for the entry.

Please re-submit today. As soon as possible.

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, April 12, 2021 11:15 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** March ojt report

*Toni McElroy*, *Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4ᵗʰ Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

1

**Mapp, Pamela**

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Monday, April 12, 2021 1:18 PM |
| **To:** | Webb, LaWanza |
| **Cc:** | Mapp, Pamela; Kozlowski, Susan |
| **Subject:** | CAPTE OJT reports |
| **Attachments:** | Alabaster PY2020 OJT Report.xlsm; Birmingham PY2020 OJT Report.xlsm; Jasper PY2020 OJT Report.xlsm; Pell City PY2020 OJT Report.xlsm; Birmingham-Toni PY2020 OJT Report.xlsm |

Good afternoon LaWanza, please see the data below and the attached reports. I attached Toni's report, but it needs to be resubmitted- as what was submitted had errors. As soon as she sends it in, I'll forward the update.

Alabaster (Dale Cookson)- o new agreements, 0 mods, 1 completed- 1 exited without completing.

Birmingham (Sonya King)- 1 new agreement, 0 mods to add participants, 3 mods to de-obligate funds, 1 slot added, 1 slot filled, 2 completed, 1 exited without completing.

***(Pending corrected report)*** Birmingham (Toni McElroy)- 0 new agreements, 0 mods, 0 completed, 0 exited without completing. (***I added the Strada Mod that should have been submitted in February to de-obligate funds to the February report)

Jasper (Lane Reno)- 0 new agreement, 3 mods to add participants, 0 mods to de-obligate funds, 5 slots added, 5 slots filled, 3 completed, 0 exited without completing.

Pell City (Dolores Traylor)- 0 new agreements- 1 mod to add participants, 0 mods to de-obligate funds, 1 slot added, 1 slot filled, 0 completed, 0 exited without completing.


Warmest Regards,

*Heather Hall*

ADOL- Employment Services
CAPTE BSR Supervisor
109 Plaza Circle Alabaster, Alabama 35007
Phone: 205-663-2542 *852413
Work Cell: 334-549-1065
Hours: 7:30am- 4:00pm CST

 A proud partner of the 
americanjobcenter ALABAMA
network WORKS!

*An Equal Opportunity Employer/ Program*
*Auxiliary aids and services are available upon request to individuals with disabilities*
*Dial 711 for TTY accessibility*

**Mapp, Pamela**

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Monday, April 12, 2021 3:06 PM |
| **To:** | McElroy, Anthoneria |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | RE: Birmingham-Toni PY2020 OJT Report.xlsm |

Hey Toni,

I'm going by the dates on the Mod, not on when you got it returned from the employer. It's all good. I have it on the month I need it on and it is settled. No worries. 😊

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, April 12, 2021 2:55 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: Birmingham-Toni PY2020 OJT Report.xlsm

Heather,

I discussed with you last month about Beautiful Barks and we agreed to put the subtracted amount on the next month's report (March). That is why I went ahead and put the dollar amount for last month. I even made reference to it. on the March 10 email to you.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Monday, April 12, 2021 2:22 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** Birmingham-Toni PY2020 OJT Report.xlsm

Good afternoon Toni. I have corrected your re-submitted report to reflect correctly. The Beautiful Barks Mod belongs on the February report as that is the signature dates it has. February should be correct now. March has no information to report unless you had a participant complete or exit without completing. Please save and use this report going forward.

LaWanza, please see the attached, updated report for your reporting purposes.

Warmest Regards,
*Heather Hall*
ADOL- Employment Services
CAPTE BSR Supervisor
109 Plaza Circle Alabaster, Alabama 35007
Phone: 205-663-2542 *852413
Work Cell: 334-549-1065
Hours: 7:30am- 4:00pm CST

1

**Attachment D**

## Hamilton, Frederick

| | |
|---|---|
| **From:** | Webb, LaWanza |
| **Sent:** | Monday, July 19, 2021 11:08 AM |
| **To:** | Hamilton, Frederick; Roberts, Nigel |
| **Cc:** | Strother, Keith |
| **Subject:** | RE: OJT Files w/o Services |

Yes. This is what we deal with on a regular basis with Ms. McElroy.

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** Hamilton, Frederick <hamiltonf@jccal.org>
**Sent:** Monday, July 19, 2021 11:07 AM
**To:** Webb, LaWanza <webbl@jccal.org>; Roberts, Nigel <robertsn@jccal.org>
**Cc:** Strother, Keith <strotherk@jccal.org>
**Subject:** RE: OJT Files w/o Services

This is clear insubordination.

**Frederick L. Hamilton, CEcD/EDFP Director**
**Community Services and Workforce Development**
**716 Richard Arrington Blvd. North**
**Birmingham, AL 35203-0115**

**205-325-5785**

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Monday, July 19, 2021 10:23 AM
**To:** Hamilton, Frederick <hamiltonf@jccal.org>; Roberts, Nigel <robertsn@jccal.org>
**Cc:** Strother, Keith <strotherk@jccal.org>
**Subject:** FW: OJT Files w/o Services

Good morning,

I am working on the reply Ms. McElroy's grievance. Below is another example of the type of behavior we deal with on a regular basis from Ms. McElroy when requesting information or asking her to complete a task.

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**

Your reply is unclear. I am asking you to provide me with the directive you mentioned below.

***LaWanza Webb, MBA, JD***
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4<sup>th</sup> Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, July 19, 2021 10:10 AM
**To:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: OJT Files w/o Services

If I may, I will do so if an appropriate time demands it.

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Monday, July 19, 2021 10:08 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: OJT Files w/o Services

Could you provide a copy of the directive?

***LaWanza Webb, MBA, JD***
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4<sup>th</sup> Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, July 19, 2021 10:06 AM
**To:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: OJT Files w/o Services

I have sent it to the personnel board. I'm assuming they will.

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Monday, July 19, 2021 10:04 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: OJT Files w/o Services

Could you provide me with this directive Ms. McElroy?

***LaWanza Webb, MBA, JD***

**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, July 19, 2021 9:13 AM
**To:** Mapp, Pamela <mappp@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>
**Subject:** RE: OJT Files w/o Services

These were participants that I was denied servicing per Heather and LaWanza directives.

**From:** Mapp, Pamela <mappp@jccal.org>
**Sent:** Friday, July 16, 2021 12:49 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>
**Subject:** OJT Files w/o Services

Toni,

In going through the boxes of files, I noticed that intake was processed for the clients listed below from approx. 8/19 – 9/2/20, but no OJT was completed.  What happened?

Emily Davis
Megan Fabel
Nila Baty
Hayden Bussie
Brandi Leavins
Taylor Alford
Morgan Osborne
Savannah Mizzel
Gillian Connor
Brent Harris
Alexus Leggett

**Pamela Mapp**
**Supervisor, Jefferson County WIOA Youth and Business Services**
**Central Alabama Partnership for Training and Employment (CAPTE)**
**205-244-8516**
**mycapte.org**

## Hamilton, Frederick

| From: | Webb, LaWanza |
| --- | --- |
| Sent: | Monday, July 19, 2021 11:39 AM |
| To: | Hamilton, Frederick |
| Subject: | FW: 01403022 June Jones Group Invoice # 11 for your review |

This is the email from Heather just this morning concerning Toni's work.

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Monday, July 19, 2021 9:42 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Mapp, Pamela <mappp@jccal.org>; Webb, LaWanza <webbl@jccal.org>
**Subject:** RE: 01403022 June Jones Group Invoice # 11 for your review

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Good morning Toni,
You will need to resubmit this. What you sent contains May's Time and Attendance sheet instead of June's. I cannot tell you if the invoice was completed correctly or not as it was submitted incorrectly.

Best Regards,
Heather Hall

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Monday, July 19, 2021 8:46 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Mapp, Pamela <mappp@jccal.org>; Webb, LaWanza <webbl@jccal.org>
**Subject:** 01403022 June Jones Group Invoice # 11 for your review

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*

1

*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org



**JEFFERSON COUNTY COMMISSION**
**EMPLOYEE ☐VERBAL/☐WRITTEN WARNING**
(Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy

**Employee Number:** Click or tap here to enter text.

**Job Title:** Business Services Representative

**Date of Notice:** September 16, 2020

**Department:** Comm Svc & Workforce Dev

**Infraction:** Conduct Unbecoming a Classified Employee

---

**Infraction Type(s):**

☐Absenteeism        ☒Poor Work Performance        Violation Date: Click or tap to enter a date.

☐ Tardiness         ☐Safety/Carelessness           Violation Time: Click or tap here to enter text.

☒Insubordination    ☐ Violation of Company Policy   Place violation Occurred: Click or tap here to enter

text.

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.)**

**See attached**

**Expected Improvement: (Use additional paper if necessary. Include a clear statement as to the consequences of failing to improve.).**

**See attached**

**Employee's Statement: (Use additional paper if necessary.)**

Click or tap here to enter text.

---

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 1st Warning**<br>Date: 10/9/2019 | **2nd Warning**<br>Date: 9/16/2020 | **3rd Warning**<br>Date: Click or tap to enter a date. |
|---|---|---|
| ☒Verbal | | |
| ☐Written | ☒Written | ☐Written |
| ☐ Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) Anthoneria McElroy Employee Signature _A. M_ Date 9/18/20

Supervisor Name (Print) Pamela Mapp Supervisor Signature _Pamela Mapp_ Date 9/16/20

Director Name (Print) _____ Director Signature _____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.**

Witness Name (Print) _Lawanda Webb_
Witness Signature _____
Date 9/16/20

## 30 Day Corrective Action Plan

Employee: <u>Anthoneria McElroy</u>

Date: <u>September 16, 2020</u>

Issues:

1 On numerous occasions Ms. McElroy has either engaged in inappropriate emails or have had verbal altercations with administrative staff, senior staff and state staff. As a result, the situation has become so toxic that staff members have expressed that they would prefer not to deal with Ms. McElroy at all.

2 Ms. McElroy has not submitted her weekly reports to her direct supervisors consistently as instructed, nor has she updated her weekly reports on the share drive or submitted her weekly reports as instructed this program year. Also, the reports that Ms. McElroy submits to Heather Hall (State) are consistently loaded with errors.

3 Ms. McElroy sent her supervisor Pam Mapp an email in April, stating that she did not know that she was to have scanned all of her files into AJL before the states system was converted. That would be impossible as Ms. McElroy received multiple email instructions concerning this scanning and was in attendance at all staff meetings in 2019 discussing the conversion and scanning process. It appears that Ms. McElroy simply decided to not scan her files into the system. Now we must figure out a way to enter all Ms. McElroy's, 2019 files that are now exited into the state's new system. This may be an issue and an audit finding for CAPTE.

4 Ms. McElroy was also instructed to give all of her files to her immediate supervisor Pam Mapp prior to submitting her contracts to the state. Ms. McElroy instead has bypassed Ms. Mapp and submitted all contracts to the state and enrolled an estimated 40 or so clients into OJT training without approval. On 9/9/2020 Ms. McElroy was to submit all 40 or so files completed to Ms. Mapp by 9/14/2020. On 9/14/2020 Ms. McElroy only submitted 7 files.

5 Because of Ms. McElroy's difficulty in processing her work; on April 15, 2020, Ms. McElroy was emailed the steps she should take to process her OJT clients and providers. Ms. McElroy has not followed any of those steps and has ignored the directions and mandate given to her.

6 On August 27, 2020, Ms. McElroy was emailed a new OJT eligibility process due to issues she consistently had with the eligibility staff. Ms. McElroy on September 9, 2020, ignored the process and began assigning client appointments. Her reason given was "It was a habit".

7 Ms. McElroy consistently submits contracts and invoices to Heather Hall with multiple errors in a day, Heather and Ms. McElroy may go back and forth via email daily in order for Toni to correctly process a single client. This may go on for days until Ms. McElroy gets it right. Heather will most times call me (LaWanza Webb or Pam Mapp) to explain what needs to be done, because Ms. McElroy just can't seem to understand what she needs done. Ms. McElroy received several sessions of one on one BSR training from Michael Bridier, has attend multiple State training sessions, but continues to be unable to correctly process the required paperwork or to correspond with vendors in a professional manner.

8 Although Ms. McElroy has stated that she has had excel training, she continuously damages Heather Hall's excel reports and state invoices. Heather has to continuously reformat both documents for Ms. McElroy. Ms. McElroy has been instructed by her direct supervisor Pam Mapp to not make any changes to the formatting of the document and not to cut and paste in the document, however she continues to ignore those instructions.

| | | | | |
|---|---|---|---|---|
| OJT Process | Ms. McElroy will follow and adhere to the CAPTE WIOA OJT process provided on April 15, 2020. All documents and files will be in order. | Effective Immediately | 9/30/2020 | 10/16/2020 |
| OJT Eligibility Process | Ms. McElroy will follow and adhere to the CAPTE WIOA OJT Eligibility Process provided on August 27, 2020. | Effective Immediately | 9/30/2020 | 10/16/2020 |
| OJT Invoices | Ms. McElroy will submit all invoices on time and without errors. Heather Hall will not need to send any invoice back for corrections. Toni McElroy's name will not be listed on Tina's Moore's list as delinquent or outstanding invoices. | Effective Immediately | 9/30/2020 | 10/16/2020 |
| Excel knowledge | Ms. McElroy will take free Microsoft excel for Windows training at: https://support.microsoft.com/en-us/office/excel-for-windows-training-9bc05390-e94c-46af-a5b3-d7c22f6990bb Take the following courses: Quick Start, Intro to excel, Rows & Columns, Cells, Formatting, Tables, Formulas & Functions. | 9/16/2020 | 9/30/2020 | 10/16/2020 |
| Following directions and protocol | Ms. McElroy will follow and adhere to the directives of her direct supervisors. Ms. McElroy will follow and adhere to Jefferson County protocol. Ms. McElroy will cease going against direct orders from her direct supervisor Pam Mapp, such as refusing to give files to other staff members. | Effective Immediately | 9/30/2020 | 10/16/2020 |
| Reading and Responding to email | Ms. McElroy will read and respond to email messages in a timely manner. | Effective Immediately | 9/30/2020 | 10/16/2020 |
| Required Meetings | Ms. McElroy will attend all required meetings. | Effective Immediately | 9/30/2020 | 10/16/2020 |
| Provider Complaints | Ms. McElroy will exhibit only professionalism when dealing with OJT providers. She will not disclose any personal situations or information. | Effective Immediately | 9/30/2020 | 1016/2020 |

9 Ms. McElroy has ignored direct orders, procedures and protocol on multiple occasions. Ms. McElroy was instructed by her supervisor (LaWanza Webb) to not come on the floor with eligibility staff, due to issues and confrontations she continues to have with different eligibility staff members. Ms. McElroy has ignored that order and still comes on the floor. On two occasions Ms. McElroy's supervisor Pam Mapp instructed Ms. McElroy to take a file to a staff member and she refused, telling Ms. Mapp to take the file.

10 On multiple occasions Ms. McElroy has insisted that she did not read or see an email sent by her direct supervisors. However, the read receipts say otherwise. Usually the emails that Ms. McElroy insists that she did not see are emails directing her to complete a task that she either ends up submitting late or not at all.

11 Ms. McElroy called in sick for every Friday staff meeting until supervisor LaWanza Webb denied her request. Even then she ignored the refusal and did not attend the staff meeting.

12 Ms. McElroy continues to receive complaints from multiple providers due to non-payment or untimely payments because submission of the requisitions to the State were late, mishandling of paperwork, lack of professionalism, and having to sign and resign the same forms over and over again because of errors she's made on the forms.

| List Item(s) To Be Corrected | Corrective Action | Corrected by Date | Mid-Review Date | Final Review Date |
|---|---|---|---|---|
| Intimidating behavior | Ms. McElroy will cease all intimidating behavior towards other staff members. | Effective Immediately | 9/30/2020 | 10/16/2020 |
| OJT Reports (Contacts, State) | Ms. McElroy's OJT reports to Heather Hall, and all H drive reports will be free from errors and on time. There will be no further need for Heather Hall to ask for corrections, multiple times nor will she need to manipulate or fix spreadsheets damaged by Ms. McElroy. Ms. McElroy's reports will be submitted on time each month by the 10th as directed. Data will be entered on the H drive reports as events occur. | 9/18/2020 | 9/30/2020 | 10/16/2020 |
| OJT Files | Ms. McElroy will enter and scan all of her OJT participant files into Alabama Works without error. Ms. McElroy will also submit all of her participant OJT files, after correctly reviewing, to her supervisor Pam Mapp, for approval prior to submitting any contracts to Heather Hall. | Effective Immediately | 9/30/2020 | 10/16/2020 |



# Performance Improvement Plan (PIP)

The intent of this document is to identify and outline performance gaps, areas of concern, and to recap expectations of Jefferson County's Department of Community Services and Workforce Development. The purpose is to identify performance deficiencies and to provide a clear concise mechanism for improving performance to a standard of "Meets Expectations". Every effort will be made to provide training and support what's necessary for the successful completion of this Performance Improvement Plan. Items contained in this plan are subject to modification under several circumstances.

**Department: Community Services and Workforce Development**

**Division: Workforce Development**

**Employee Name: Anthoneria McElroy**

**Supervisor Name: Pamela Mapp**

**Date: January 21, 2021**

**Step 1: Performance Problem** (*describe the performance problem in specific terms- indicate reason's for poor performance ...i.e. lack of knowledge, skills, inappropriate behavior, etc.*):

1. Inappropriate behavior (Insubordination, lack of cooperation, hostility, failure or refusal to follow directions, unwillingness to take responsibility, conflicts with others - customers, coworkers, supervisors; impatient, inconsiderate, argumentative); intimidating behavior towards others in the workplace, unprofessional emails);
   o has failed to comply with orders, procedures and protocol on multiple occasions;
      ▪ was instructed by her supervisor to not come on the floor with eligibility staff, due to issues and confrontations she continues to have with eligibility staff members; failed to comply with that order and still comes on the floor,
   o was instructed to take a file to a staff member but she refused, telling the supervisor to take the file due to an inability to work well with others,
   o has engaged in inappropriate emails and verbal altercations with administrative staff, senior staff, and state staff. As a result, the situation has become so toxic that staff members have expressed that they would prefer not to deal with Ms. McElroy at all.
   o has been instructed not to make any changes to the formatting of the excel document and not to cut and paste in the excel document because she destroys the formulas; however, she continues to disregard those instructions.

1

2. Lack of knowledge (OJT rules and regulations, Alabama Department of Commerce OJT Training Guidelines, correct processing of OJT participant files, correct processing of OJT employer files, AlabamaWorks data entry; Microsoft Excel, computer drives; use of desktop printer;)
    o has received several sessions of one-on-one BSR training,
    o has attended multiple OJT group training sessions, but continues to submit paperwork with errors, continues to damage excel reports and invoices, which have to then be reformatted,
    o has failed to follow the steps emailed regarding the processing of OJT clients and providers,
    o did not comply with the directions and emails regarding adherence to the OJT eligibility process necessary, due to issues consistently had with eligibility staff. Contrary to the directions provided, has failed to comply with the process and self-assigned client appointments; the reason given for non-compliance, "It was a habit".
3. Quality of work (Inaccuracies and errors with routine work assignments for the position of Workforce Planner/Business Service Representative);
    o consistently submits contracts and invoices with multiple errors,
    o goes back and forth via email daily in order to correctly process a single client or invoice,
    o can't seem to understand what needs to be done.
4. Quality of Work (Slow or no response to work requests, untimely completion of assignments, failure to complete assignments; turns in work products other than those requested; unable to comprehend oral or written instructions; directions repeatedly provided for the same issue on how to process work);
    o has not submitted weekly reports to supervisor as instructed,
    o has not updated weekly reports on the share drive as instructed,
    o failed to scan files into database,
    o participant files remain out of order thru many attempts at working with her to order the files,
    o was provided a sample "file order" file, but files returned almost exactly as sent,
    o files missing required federal documentation.
5. Failure to respond to supervisors' emails (has insisted on multiple occasions that she did not read or see an email sent by her direct supervisors. However, the read receipts show the email was read.)
    o Usually, these emails that Ms. McElroy state, she did not see, are emails directing her to complete a task that she either ends up submitting late or not at all.

**Step 2: Improvement Plan** (*what is expected, how it should be accomplished, and in what timeframe; include action to be taken by the supervisor to assist the employee and give a timeframe for assistance*):

**Ms. McElroy will be provided a 30-day improvement plan that will include:**

**DevelopU Training on appropriate work behaviors to assist in working well with others; formal critical OJT job function training in AlabamaWorks, Microsoft Excel, and OJT file set up and management from Pamela Mapp and LaWanza Webb. OJT job function training will provide Ms. McElroy a repeat of training received and an overview of required knowledge to effectively perform the task of the position.**

**Formal training will include the following:**

2

**Week 1 Day 1- Microsoft Excel Training; Getting Started with Excel;**

  **Day 2-Cells and Tables, Inserting and Manipulating Data;**

  **Day 3- locating the H drive; how to use the desktop printer.**

**Week 2 Day 1—On-the-Job Training -Trainees - file composition; On-the-Job Training - Employers – file composition; Labor Exchange Services for Individuals and Employers.**

  **Day 2—Training Agreement Management - completion of error-free submissions; AlabamaWorks Training; Labor Exchange Services for Employers and Staff;**

  **Day 3 - 4—WIOA Case Management training.**

  **Day 5 – Work review by supervisor**

**Week 3 -Day 1- 4—DevelopU Training on appropriate work behaviors to assist in working well with others; review of OJT Training Guidelines Manual.**

  **Day 5 – Work review by supervisor**

**Week 4 –Ms. McElroy will continue DevelopU Training and attend weekly periodic review meetings with Pamela Mapp and LaWanza Webb.   Ms. McElroy will also continue to work with Pamela Map on the proper setup and maintenance of existing client/employer files during this time period.**

**Ms. McElroy will work on training assignments from 8-10 am; from 10 am to 2 pm will work with existing employers with their OJT needs (taking an hour break for lunch); from 2-5 pm, Ms. McElroy will work on correcting and creating files, entering participant and employer data into AlabamaWorks and participant follow-up.**

**Ms. McElroy will not recruit any new employers or clients during the next 30 days. During the next 30 days Ms. McElroy's employer files, client files, follow-up, and Alabama Works entries will be corrected and checked weekly during her PIP meeting by her immediate supervisor Pamela Mapp.  Ms. McElroy will submit her files to her immediate supervisor Pamela Mapp weekly for review.**

**Comments: Ms. McElroy will receive DevelopU training in the following: Developing a Personal Accounting Framework; Microsoft Excel; Becoming more Professional through Business Etiquette; Confronting your Assumptions; Cultivating Relationships with Your Peers. Ms. McElroy will receive OJT Training via the Alabama Department of Commerce WDD OJT Training Guideline. Ms. McElroy will receive AlabamaWorks Training via GEO Solutions Training Guidelines.**

**Acknowledgment: (I acknowledge that a copy of the above action has been given to me this day and that a copy of this document will be placed in my personnel file)**

Employee (signature): _____ Date: 1/25/21

Supervisor (signature): _____ Date: 1-25-21

3



# Performance Improvement Plan (PIP)Summary

**Division: Workforce Development**

**Employee Name: Anthoneria McElroy**

**Supervisor Name: Pamela Mapp**

**Date: March 9, 2021**

As a result of continued errors in her work and other disciplinary issues, Ms. McElroy was placed under a PIP to assist her with issues related to engaging in inappropriate emails (January 25, 2021, February 2, 2021, verbal altercations with staff, failure to submit required reports, failure to follow instructions from her immediate supervisor and division supervisor (February 2, 2021, March 8, 2021, continued submission of contracts to the State with errors, an inability to submit required Excel documents without destroying the formulas, an inability to input data into the State database, an inability to submit correct files and an inability to correct documents and files according to written instructions. Although every effort has been made to assist Ms. McElroy, of the behaviors that were identified in the PIP for correction, few results were achieved.

Ms. McElroy had previously received several sessions of one on one Business Services Representative (BSR) training, attended multiple On the Job Training (OJT) group training sessions, and attended multiple training conferences, during the PIP Ms. McElroy was provided a repeat of training in formal critical OJT job functions such as a review of OJT rules and regulations utilizing the Alabama Department of Commerce OJT Training Guidelines, State of Alabama training on Labor Exchange Services for Individuals and Employers and Staff, WIOA Case Management, correct processing of OJT participant files, correct processing of OJT employer files, AlabamaWorks data entry, how to locate computer drives, and file management to assist her in performing her duties as required. Ms. McElroy was also provided training utilizing Develop U on appropriate work behaviors to assist her in working well with others and Microsoft Excel to assist her in working with State documents without destroying the document formulas.

Ms. McElroy received re-training in all the processes associated with her position and received written instructions on the performance of her duties. On day one of Ms. McElroy's PIP (1/21/21), she received 3 of the 50 files, that she needed to correct by the end of her PIP. As of the last day of Ms. McElroy's PIP (3/5/21) only 1 file of the 50 participant files, had been completed and approved. Ms. McElroy had several employer files to complete as well, however, due to her lack of progress and failure to comply during the PIP, zero employer files were corrected or produced during the course of the PIP. Even with re-training, Ms. McElroy has yet to follow procedures and protocols for file development and data entry.

Ms. McElroy failed to follow directions to ensure that her file submissions contained completed checklists, all required documentation and filed according to the checklist; all of which are required by the U. S. Department of Labor, Employment and Training Administration and the Alabama Department of Commerce. Every effort has been made to provide Ms. McElroy with the tools needed to perform the job (See PIP).

Ms. McElroy continues to submit files with inaccuracies and errors (*file documents; employer contracts & invoices; paperwork with illegible entries (client IEP) and fails to follow instructions regarding the processing of her work and OJT clients;(emails of January 29,, February 2, February 3, February 4. February 23, February 24, February 26, March 1, March 3)*), although she has received all of the necessary tools and training needed to successfully perform her job

duties per the PIP. The quality of Ms. McElroy's work shows little improvement; with multiple emails back and forth daily in order to correctly process a single client or invoice (February 2, 6 emails). She has been unable to process the work of a BSR according to the instructions that have been provided.

Throughout the PIP process, Ms. McElroy displayed repeated episodes of hostility and combativeness. During Ms. McElroy's weekly PIP assessment meeting (1/29/21, 2/5/21, 2/12/21, 2/19/21, 2/26/21, 3/5/21), her weekly progress would be discussed. It was at these times, that Ms. McElroy would disrupt the assessment meeting, by becoming hostile, combative, and accusatory. Ms. McElroy on a weekly basis would accuse both supervisors Pam Mapp ad LaWanza Webb of lying and attempting to sabotage her, even with the evidence of her incomplete and incorrect work product in the files she submitted or not having files because she failed to develop the files needed to back up the payment of federal funds to contractors.

Ms. McElroy does not appear to or is unable to perform the duties of a Workforce Planner/Business Service Representative (BSR). The PIP was intended to assist Ms. McElroy in the areas that she was deficient, as it relates to her job duties. Ms. McElroy's unwillingness to participate in the PIP, her continuous failure to perform the duties of a BSR, multiple disciplinary actions prior to the PIP and combative disruptive behavior are not conducive to the work of this department.



# JEFFERSON COUNTY COMMISSION
## EMPLOYEE ☐VERBAL/☒WRITTEN WARNING
### (Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy          **Date of Notice:** May 26, 2021

**Employee Number:** 2785          **Department:** Workforce Development

**Job Title:** Workforce Planner          **Infraction:** Insubordination

## Infraction Type(s):

☐Absenteeism          ☐Poor Work Performance          Violation Date: 5/26/2021

☐ Tardiness          ☐Safety/Carelessness          Violation Time: 09:07 a.m.

☒Insubordination          ☐ Violation of Company Policy          Place violation Occurred: Workforce Development

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.)**

Anthoneria McElroy has been instructed by Deputy Director Nigel Roberts and supervisor LaWanza Webb not to include upper management in emails and to follow the chain of command. Today Ms. McElroy copied department director Fredrick Hamilton in an email concerning her time (see attachment).

**Expected Improvement: (Use additional paper if necessary. Include a clear statement as to the consequences of failing to improve.).**

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 1st Warning** | **2nd Warning** | **3rd Warning** |
|---|---|---|
| Date: 1/9/2019   Date: 9/16/2020 | Date: Click or tap to enter a date. | |
| ☐Verbal | | |
| ☒Written | ☒Written | ☐Written |
| ☐ Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature_____ Date _____

Supervisor Name (Print) *Lawanza Webb* Supervisor Signature *LaWanza Webb* Date *5/26/2021*

Director Name (Print) _____ Director Signature_____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.**

Witness Name (Print) *Pamela Mapp*

Witness Signature *P Mapp*

Date *5/26/21*

Original: Personnel          Copy: Department and Employee



**JEFFERSON COUNTY COMMISSION**
## EMPLOYEE ☐VERBAL/☒WRITTEN WARNING
### (Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy                    **Date of Notice:** August 26, 2021

**Employee Number:** Click or tap here to enter text.    **Department:** Workforce Development

**Job Title:** Workforce Planner                         **Infraction:** Conduct unbecoming a Classified
                                                         Employee

**Infraction Type(s):**

☐Absenteeism            ☒Poor Work Performance          Violation Date: 8/26/2021

☐Tardiness              ☐Safety/Carelessness            Violation Time: 11:54

☒Insubordination        ☐Violation of Company Policy    Place Violation Occurred: office

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.) Ms. McElroy's was instructed to scan 8 files into the State database, to complete and scan 1 file and to notify supervisor of task completion. Ms. McElroy was given 1 and ½ days to complete the task. Ms. McElroy notified supervisor of the completion of 1 file. Ms. McElroy failed to comply as instructed.**

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall cease all attempts to delay the completion of assigned work.  Ms. McElroy shall complete work as assigned so as to eliminate audit findings as noted in the correspondence from the State of Alabama.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 4th Warning** | **5th Warning      X** | **6th Warning** |
|---|---|---|
| Date: 8/26/2021 | Date: | Date: 8/25/2021 |
| ☐Verbal | | |
| ☒Written | ☐Written | ☐Written |
| ☐Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME.  I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature_____ Date _____

Supervisor Name (Print) Pamela Mapp____ Supervisor Signature *Mnp* _____ Date _8/26/2021___

Director Name (Print) _____ Director Signature_____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.**

Witness Name (Print) *Lawanza Webb*

Witness Signature _____

Date __8/26/21__

Original:   Personnel            Copy: Department and Employee



**JEFFERSON COUNTY COMMISSION**
**EMPLOYEE ☐VERBAL/☒WRITTEN WARNING**
(Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy | **Date of Notice:** August 26, 2021

**Employee Number:** Click or tap here to enter text. | **Department:** Workforce Development

**Job Title:** Workforce Planner | **Infraction:** Conduct unbecoming a Classified Employee

**Infraction Type(s):**

| | | |
|---|---|---|
| ☐Absenteeism | ☐Poor Work Performance | Violation Date: 8/25/2021 |
| ☐ Tardiness | ☐Safety/Carelessness | Violation Time: 12:33 |
| ☒Insubordination | ☐Violation of Company Policy | Place Violation Occurred: office |

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.)** Ms. McElroy's email response to directions received from her supervisor was grossly insubordinate. Ms. McElroy's response was untrue, inappropriate and disrespectful. Such responses to a supervisor will not be tolerated and if continued will lead to further disciplinary action, up to and including termination.

Click or tap here to enter text.

**Expected Improvement:.**
Ms. McElroy shall cease all attempts to undermine the work of her supervisor and shall complete all tasks as required.

**Employee's Statement:**
Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 1st Warning** | **2nd Warning** X | **3rd Warning** |
|---|---|---|
| Date: Click or tap to enter a date. | Date: 8/25/2021 | Date: Click or tap to enter a date. |
| ☐Verbal | | |
| ☐Written | ☒Written | ☐Written |
| ☐ Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature _____ Date _____

Supervisor Name (Print) Pamela Mapp _____ Supervisor Signature _PMapp____ Date 8/26/21

Director Name (Print) _____ Director Signature _____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.**

Witness Name (Print) _LaWanya Webb_____
Witness Signature _____
Date _8/26/21_____

Original: Personnel          Copy: Department and Employee



**EMPLOYEE ☐VERBAL/☒WRITTEN WARNING**
(Check either verbal or written to indicate warning type)

**Employee Name**: Anthoneria McElroy

**Employee Number**: Click or tap here to enter text.

**Job Title**: Workforce Planner

**Infraction Type(s):**

**Date of Notice**: September 13, 2021

**Department**: Workforce Development

**Infraction:** Conduct unbecoming a Classified Employee

☐Absenteeism     ☒Poor Work Performance     Violation Date: 9/13/2021

☐Tardiness     ☐Safety/Carelessness     Violation Time: 2:15 p.m.

☐Insubordination     ☒Violation of Company Policy     Place Violation Occurred: office

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.)** Ms. McElroy, in response to the Career Center managers inquiry concerning the 2nd Chance Job fair, stated that the manager needed to speak to the person attending the job fair; whom Ms. McElroy identified as Sonya King, because she, Ms. McElroy was too dumb and then restated she was too dumb to go, but them requested clarification of the date and time of the event.

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall respond to all inquiries in a professional manner and shall cease faux self-deprecation as her mannerisms have failed to reveal work task acquiescent or compliance.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):
**Previous: 1st Warning (suspension)     2nd Warning          3rd Warning**
    Date: 8/12/2021          Date: 9/13/21 **X**     Date:

☐Verbal

☐Written          ☒Written          ☐Written

☒Suspension          ☐Suspension          ☐Suspension

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature _____ Date _____

Supervisor Name (Print) Pamela Mapp __ Supervisor Signature _____ Date _9/13/2021___

Director Name (Print) _____ Director Signature _____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.** 10/5/2021

Witness Name (Print) _____
Witness Signature _____

Date _10/5/2021_____

Original: Personnel          Copy: Department and Employee



# JEFFERSON COUNTY COMMISSION
## EMPLOYEE ☐VERBAL/☒WRITTEN WARNING
### (Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy

**Date of Notice:** September 14, 2021

**Employee Number:** Click or tap here to enter text.

**Department:** Workforce Development

**Job Title:** Workforce Planner

**Infraction:** Conduct unbecoming a Classified Employee; Insubordination

**Infraction Type(s):**

☐Absenteeism    ☐Poor Work Performance      Violation Date: 9/14/2021

☐Tardiness    ☐Safety/Carelessness      Violation Time: 9:10 AM

☒Insubordination    ☒Violation of Company Policy      Place Violation Occurred: office

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.)** On Tuesday, September 14, 2021, in the presence of Heather Hall (State BSR Supervisor), Ms. McElroy stated to both LaWanza Webb and Ms. Hall "Since you all are meeting about me, I'm sure. I should be included in the conversation." Ms. McElroy went on to state, " I have some things I need to get off of my chest with all of you. You LaWanza, Pam, Heather and Susan." I (LaWanza Webb) instructed Ms. McElroy to put any grievance she had in writing and we would respond at that time. Ms. McElroy went on to say that she should be able to voice her opinion and say what she needed to say. LaWanza Webb again instructed Ms. McElroy to put her grievance in writing as this was not the proper place for this discussion. Ms. McElroy continued to cause a scene and refused to cease her actions after being instructed to do so by Ms. Webb.

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall cease all disruptive confrontational behavior.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 1st Warning (suspension)** | **2nd Warning** | **3rd Warning** |
|---|---|---|
| Date: 8/12/2021 | Date: 9/13/21 | Date: 9/14/21 X |
| ☐Verbal | | |
| ☐Written | ☒Written | ☒Written |
| ☒Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature_____ Date _____

Supervisor Name (Print) LaWanza Webb __ Supervisor Signature _____ Date _9/14/2021___

Director Name (Print) _____ Director Signature_____ Date _____

EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN. X 10/5/2021

Witness Name (Print) _Pamela Mingo_

Witness Signature _____

Date _10/5/21_

Original: Personnel      Copy: Department and Employee



# JEFFERSON COUNTY COMMISSION
# EMPLOYEE ☒VERBAL/☐WRITTEN WARNING
### (Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy
**Employee Number:** Click or tap here to enter text.

**Date of Notice:** September 21, 2021
**Department:** Workforce Development

**Job Title:** Workforce Planner

**Infraction:** Conduct unbecoming a Classified Employee

## Infraction Type(s):

☐Absenteeism          ☒Poor Work Performance

☐ Tardiness           ☐Safety/Carelessness

☐Insubordination      ☐ Violation of Company Policy

text.

☐Other: Click or tap here to enter text.

Violation Date: 9/21/2021

Violation Time: Click or tap here to enter text.

Place Violation Occurred: Click or tap here to enter

**Details Regarding Infraction: (Use additional paper if necessary.) Ms. McElroy failed to enter participant data as instructed and as trained and as a result, approximately $14,408.45 in federal funds were paid to a participant for which an accounting of these funds cannot be made because Ms. McElroy did not enter the employment service into the State database. Also, as a result of no system services, the file was closed by the system and cannot be reopened for those services to be entered.**

**The undocumented and overpaid funds will appear as a finding for CAPTE during the forthcoming audit and may have to be repaid by the Jefferson County Commission.**

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall enter data as required and trained.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 6th Warning** | **7th Warning** | **8th Warning** |
|---|---|---|
| Date: 9/21/2021 | Date: Click or tap to enter a date. | Date: Click or tap to enter a date. |
| ☐Verbal | | |
| ☒Written | ☐Written | ☐Written |
| ☐ Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature_____ Date _____

Supervisor Name (Print) _Pamela Napp_ Supervisor Signature _PMapp_ Date _9/21/21_

Director Name (Print) _____ Director Signature_____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.**

Witness Name (Print) _Lawanna Webb_
Witness Signature _____

Date _9/21/61_

Original:  Personnel          Copy:  Department and Employee

# JEFFERSON COUNTY COMMISSION
# EMPLOYEE ☐VERBAL/☒WRITTEN WARNING
### (Check either verbal or written to indicate warning type)

**Employee Name**: Anthoneria McElroy

**Employee Number:** Click or tap here to enter text.

**Job Title:** Workforce Planner

**Date of Notice:** September 28, 2021

**Department**: Workforce Development

**Infraction:** Conduct unbecoming a Classified Employee

**Infraction Type(s):**

☐Absenteeism    ☐Poor Work Performance

☐Tardiness    ☐Safety/Carelessness

☐Insubordination    ☐Violation of Company Policy

☒Other: Conduct Unbecoming a Classified Employee

Violation Date: 9/28/2021

Violation Time: Click or tap here to enter text.

Place Violation Occurred: office

---

**Details Regarding Infraction: (Use additional paper if necessary.)** Supervisors Pam Mapp and LaWanza Webb were discussing files that had to be completed by 9/29/2021 with Ms. McElroy, per State WDD. During this discussion Ms. McElroy became so disruptive and combative that she was asked to immediately leave the office of supervisor LaWanza Webb.

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall cease all disruptive activities.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 4th Warning (after suspension)** | **5th Warning** | **6th Warning** |
|---|---|---|
| Date: 9/28/2021 | Date: | Date: Click or tap to enter a date. |
| ☐Verbal | | |
| ☒Written | ☐Written | ☐Written |
| ☐Suspension | ☐Suspension | ☐Suspension |

---

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature_____ Date _____

Supervisor Name (Print) _LaWanza Webb_____ Supervisor Signature_____ Date _9/29/2021__

Director Name (Print) _____ Director Signature_____ Date _____

EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN. X  10/5/2021

Witness Name (Print) _____

Witness Signature _____

Date __11/5/21__ _____

Original: Personnel          Copy: Department and Employee



# JEFFERSON COUNTY COMMISSION
## EMPLOYEE ☐VERBAL/☒WRITTEN WARNING
### (Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy

**Date of Notice:** September 28, 2021

**Employee Number:** Click or tap here to enter text.

**Department:** Workforce Development

**Job Title:** Workforce Planner

**Infraction:** Conduct unbecoming a Classified Employee

**Infraction Type(s):**

☐Absenteeism            ☐Poor Work Performance          Violation Date: 9/28/2021

☐Tardiness              ☐Safety/Carelessness            Violation Time: Click or tap here to enter text.

☐Insubordination        ☐Violation of Company Policy    Place Violation Occurred: office

☒Other: Conduct Unbecoming a Classified Employee

**Details Regarding Infraction: (Use additional paper if necessary.)** Supervisors Pam Mapp and LaWanza Webb were discussing files that had to be completed by 9/29/2021 with Ms. McElroy, per State WDD. During this discussion Ms. McElroy became so disruptive and combative that she was asked to immediately leave the office of supervisor LaWanza Webb.

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall cease all disruptive activities.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 4th Warning (after suspension)** | **5th Warning** | **6th Warning** |
|---|---|---|
| Date: 9/28/2021 | Date: | Date: Click or tap to enter a date. |
| ☐Verbal | | |
| ☒Written | ☐Written | ☐Written |
| ☐Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature_____ Date _____

Supervisor Name (Print) _LaWanza Webb_____ Supervisor Signature _____ Date _9/29/2021__

Director Name (Print) _____ Director Signature_____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.** X  10/5/2021

Witness Name (Print)_____

Witness Signature_____

Date __11/5/21__

Original: Personnel                    Copy: Department and Employee



# JEFFERSON COUNTY COMMISSION
# EMPLOYEE ☐VERBAL/☒WRITTEN WARNING
### (Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy

**Date of Notice**: 10/20/2021

**Employee Number:** Click or tap here to enter text.

**Department**: Workforce Development

**Job Title:** Workforce Planner

**Infraction:** Inability to perform the essential functions of the job with or without reasonable accommodation

**Infraction Type(s):**

| | | |
|---|---|---|
| ☐Absenteeism | ☒Poor Work Performance | Violation Date: 10/15/2021 |
| ☐Tardiness | ☐Safety/Carelessness | Violation Time: 3:45 |
| ☐Insubordination | ☐Violation of Company Policy | Place Violation Occurred: office |

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.) Ms. McElroy failed to obtain the participant signature on the hardcopy Individual Employment Plan (IEP) and failed to complete the online IEP thereby rendering both documents invalid. Had Ms. McElroy completed her files prior to the State mandated expiration, she could have entered the data from the hardcopy into the system and utilized the signature that she obtained on the blank copy of the system generated signature page of the IEP. Since the IEP is a principal work document, during auditing the State and/or the USDOL could issue an observation or finding.**

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall ensure that her work is complete and accurate by obtaining required signatures and performing the appropriate data entry.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| **Previous: 7ᵗʰ Warning** | **8ᵗʰ Warning   X** | **9ᵗʰ Warning** |
|---|---|---|
| Date: | Date:   9/30/21 | Date: |
| ☐Verbal | | |
| ☐Written | ☒Written | ☐Written |
| ☐Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature _____ Date _____

Supervisor Name (Print) Pamela Mapp____ Supervisor Signature _____ Date _10/20/2021___

Director Name (Print) _____ Director Signature_____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.**

Witness Name (Print) _AnAnza Well_
Witness Signature _____
10/20/2021



# JEFFERSON COUNTY COMMISSION
# EMPLOYEE ☐ VERBAL/☒ WRITTEN WARNING
**(Check either verbal or written to indicate warning type)**

**Employee Name:** Anthoneria McElroy

**Date of Notice:** 10/20/2021

**Employee Number:** Click or tap here to enter text.

**Department:** Workforce Development

**Job Title:** Workforce Planner

**Infraction:** Inability to perform the essential functions of the job with or without reasonable accommodation

## Infraction Type(s):

☐ Absenteeism          ☒ Poor Work Performance          Violation Date: 9/30/2021

☐ Tardiness            ☐ Safety/Carelessness             Violation Time: 4:00

☐ Insubordination      ☐ Violation of Company Policy      Place Violation Occurred: office

☐ Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.)** Ms. McElroy has failed to meet State mandated deadlines for the completion of old files thereby any additional corrections to the online reports for each participant will stand as is, as of September 29, 2020.  Work to correct these files has been ongoing for more than a year (work paused due to Ms. McElroy's FMLA and other sick leave).  These are the same files that Ms. McElroy was to complete during her PIP.  During the PIP Ms. McElroy was only able to complete 1 file.  Throughout the PIP correction process, Ms. McElroy was combative and disruptive.  To date, only 19 of 73 files have been completed and scanned into the State system.  The remaining files cannot be corrected in the system as the deadline for any further corrections has expired.  Additional staff was used to scan file documents into the system that had not been scanned or to delete incorrect documents that were scanned in order to meet the deadline.  Full correct files could not be scanned because they were all incomplete.  A review of these errors during auditing by the State or the United States Department of Labor (USDOL) would be cause for an observation or finding which could lead to disallowed costs.

Click or tap here to enter text.

**Expected Improvement:.**

Ms. McElroy shall meet all required work deadlines to ensure that CAPTE does not receive findings during the audit period which could imperil the program.

**Employee's Statement:**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies):

| Previous: 6th Warning | 7th Warning       X | 8th Warning |
|---|---|---|
| Date: | Date:   9/30/21 | Date: |
| ☐ Verbal | | |
| ☐ Written | ☒ Written | ☐ Written |
| ☐ Suspension | ☐ Suspension | ☐ Suspension |

**I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME.  I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.**

Employee Name (Print) _____ Employee Signature_____ Date _____



# JEFFERSON COUNTY COMMISSION
# EMPLOYEE ☐VERBAL/☐WRITTEN WARNING
## (Check either verbal or written to indicate warning type)

**Employee Name:** Anthoneria McElroy

**Date of Notice:** 9/22/22

**Employee Number:** Click or tap here to enter text.

**Department:** Workforce Development

**Job Title:** Workforce Planner

**Infraction:** Insubordination

### Infraction Type(s):

☐Absenteeism          ☒Poor Work Performance          Violation Date: 9/22/2022

☐ Tardiness           ☐Safety/Carelessness            Violation Time: 12:00 pm

☒Insubordination      ☐ Violation of Company Policy    Place violation Occurred: Workforce Development

☐Other: Click or tap here to enter text.

**Details Regarding Infraction: (Use additional paper if necessary.)**

On 9/21/22 Ms. McElroy was instructed to complete and forward the finished client file by noon 9/22/22 that she had made errors on. Ms. McElroy had been working on this file since 9/16/22. Ms. McElroy has not finished nor completed the assignment.

**Expected Improvement: (Use additional paper if necessary. Include a clear statement as to the consequences of failing to improve.).**

Ms. McElroy must show improvement with taking directions from her supervisors. If Ms. McElroy does not show improvement, additional disciplinary actions may be taken, including termination.

**Employee's Statement: (Use additional paper if necessary.)**

Click or tap here to enter text.

List All Previous Warnings or Suspensions (Attach Copies): **SEE ATTACHMENT 1**

| **Previous: 14ᵗʰ Warning** | **15ᵗʰ Warning** | **16ᵗʰ Warning** |
|---|---|---|
| Date: 9/22/2022 | Date: 9/22/2022 | Date: Click or tap to enter a date. |
| ☐Verbal | | |
| ☒Written | ☒Written | ☐Written |
| ☐ Suspension | ☐Suspension | ☐Suspension |

I ACKNOWLEDGE RECEIPT OF THIS WARNING AND THAT ITS CONTENTS HAVE BEEN DISCUSSED WITH ME. I UNDERSTAND THAT MY SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

Employee Name (Print) _____ Employee Signature_____ Date _____

Supervisor Name (Print) _____ Supervisor Signature_____ Date _____

Director Name (Print) _____ Director Signature_____ Date _____

**EMPLOYEE WAS READ ALL OF THE ABOVE AND REFUSED TO SIGN.**

Witness Name (Print)

Witness Signature_____

Date _____

Original:   Personnel                    Copy:  Department and Employee



# JEFFERSON COUNTY COMMISSION
## EMPLOYEE ☐VERBAL/☒WRITTEN WARNING
(Check either verbal or written to indicate warning type)

**Employee Name**: Anthoneria McElroy

**Date of Notice**: 11/09/2022

**Employee Number:** Click or tap here to enter text

**Department**: Workforce Development

**Job Title**: Workforce Planner

**Infraction:** Insubordination

### Infraction Type(s):

☐Absenteeism    ☐Poor Work Performance    Violation Date: 11/9/2022

☐ Tardiness    ☐Safety/Carelessness    Violation Time: 8:15am

☒Insubordination    ☒ Violation of Company Policy    Place violation Occurred: 3216 4th Ave. South,

Birmingham, Al 35222

☐Other: Click or tap here to enter text.

---

**Details Regarding Infraction: (Use additional paper if necessary.)**

On November 09, 2022 at 8:15am Ms. McElroy sends an email to LaWanza Webb and Keith Strother informing us that she will be reporting directly to the courthouse for her 10:30am disciplinary hearing. Since that left approximately 2.5 hours of her time unaccounted, Mr. Strother asked what she would be doing during that time if she was not reporting to work. Ms. McElroy said that she would use vacation time. Ms. McElroy has not requested, nor been approved for that vacation time. At 11:40am, following the disciplinary hearing, Ms. McElroy sent another email to LaWanza Webb and Keith Strother stating that she will be "Out for the rest of the day". At 12:57pm Keith Strother responded to Ms. McElroy, "Ok. Go ahead and submit your leave request form". At 1:53pm, Ms. McElroy responded again with "You'll get it when I get and no time sooner". Because Ms. McElroy's last message seemed to be missing some words Mr. Strother asked her to resend the email for clarification and sent the following reply, "Ms. McElroy, Your message was not clear. Please resend it. If you do not submit a leave form for approval, then you will be considered AWOL. You cannot just leave work whenever you like." No further messages were received in this regard. Ms. McElroy never submitted a Leave Request Form. Because Ms. McElroy failed to submit a Leave Request Form as instructed. Therefore, Ms. McElroy again failed to follow instructions; failed to submit a leave request form for time taken; and failed to report to work. Ms. McElroy was absent without leave.

**Expected Improvement: (Use additional paper if necessary. Include a clear statement as to the consequences of failing to improve.).**

Ms. McElroy must follow instructions when directed to do so by her supervisors. She must comply with directives when given in a timely manner. Ms. McElroy must report to work as required. If Ms. McElroy does not show improvement, further disciplinary action will be taken.

**Employee's Statement: (Use additional paper if necessary.)**

**Mistreatment, retaliation, and age discrimination**

In the years of working in the Workforce department, I have been the victim of Age discriminations, harassment, bullying, and retaliation. These acts were initially perpetrated by immediate supervisors. Nevertheless, whenever I complained about this unfair treatment to managers and supervisors, they became complicit in the unfair and hostile treatment toward me.

Additionally, my supervisors have made false allegations against me which caused harm to me financially, my integrity and reputation. Their superiors were aware of these false statements, and as a result, I have suffered unfavorable repercussions of these false statements.

On December 13, 2021, I walked down the hall to my file cabinet to place a document into one of my participants files, but Ms. Mapp had taken all the files that I had been working on to her office so I wouldn't have access to them. (I have pictures that will show the bare space as well as pictures of the files in her office that I had taken as I passed by her office.

December 10, 2021 was the latest incident of retaliation. Pam Mapp asked if I had finished all of my files, I referred her to two previous emails, both dated November 22, 2021, one at 5:05 one and the other was 5:12 pm where I had apprised her that I had. I went on to tell her that when time permitted, I still reexamined my files to make sure I had not overlooked or had left something out.

November 22, 2021, I received an email from Pam Mapp stating that I was to start providing statements to my weekly reports. ( I had been given directives from LaWanza Webb to add names to my reports and to only add the names of the participants that

October 4, 2021, met with Cricket Snyder, chief compliance Officer concerning the previous six-months harassments. I also shared a warning which I had gotten from LaWanza and Pam

August 25, 2021, sent grievance to Dr. Frederick Hamilton.

August 19, 2021, sent grievance to Personnel Board, LaWanza Webb and Pam Mapp

On August 12, 2021, Lawanda Webb came into my office that morning around 9AM to apprise me that I was not supposed to be at work. According to her, Nigel Roberts, the Deputy Director of Workforce, was supposed to have delivered this information to me in an email the evening before. I had received a text from Mr. Roberts asking that I check my email but not a notice of the five-day suspension. Instead, I found an attachment with past fraudulent infractions which I had been accused. Clearly since I did not understand, I called but I got his voicemail instead. This was more evidence to go along with Mr. Roberts causing me harm doing this process.

Later that morning, Nigel Roberts followed up with a phone call reemphasizing my five-day suspension. Also, he mentioned that he had indeed attached the wrong document

to the said email. I emailed him later pointing out that this was another example of his negligence which contributed harm to me and violated my privacy.

On August 11, 2021, around 4pm that even, I found a copy of the contemplated hearing laying on the copier which Nigel Roberts had left while using the copier that morning around 9AM. Therefore, it had been there all day for any and all to see which is a violation of confidentially.

Ironically, the next day when I went to the copier that is on the side of the other room, I retrieved another copy of the contemplated disciplinary hearing laying on it. My reason for going to the copy on the other side of the office is because the electricity had gone off which prevented the copier in the hallway from working.

August 09, 2021, Mr. Roberts also responded to the CERTIFICATE OF SERVICE by stating that he had in fact had hand-delivered the notice on August 8th, 2021, when he actually did not hand-deliver it until Monday August 9th, 2021. He also told me verbally that the hearing was set for Thursday instead of Wednesday.

According to LaWanza Webb, in the contemplated disciplinary action/five-day suspension, my work declined in June 2020. If this was so, then I should have been given credit for the first nine months which surely should have given me a much better appraisal than the below expectations that I received on most of my duties. (The accusations that LaWanza Webb and Pam Mapp were false. In my rebuttal, I asked that they show me documentation to substantiate these accusations, they never did.

Their retaliation is a continued pattern of the hostility that I have encountered and am continuing to encounter to go along with the harassment, and bullying, and retaliation.

In fact, this particular retaliation took place during the process of a complaint that I had filed with the Jefferson County Personnel Board.

The reasons that were cited in the suspension were ones which I had been charged previously in my 2020 evaluation which I believe is illegal because it constitutes double jeopardy for punishment that management had already levied. However, my supervisors did add another charge which was poor attendance. This was another deliberate fabrication. Because of two chronic illnesses, I do take time off, most of which I schedule during my lunch hour, so I do not have to take too much time. Because of the extreme duress I was under because of the supervisor's nonstop harassment, I went on FMLA on October 12- through December 18. At this time, I utilized about nine weeks of accrued vacation and sick time. I ended up exhausting all my sick time. Presently, according to Kronos, the system which computes our time reflects that I have 192 hours of vacation time. So, of course, this is another fabrication.

Another charge that they, management, have accused me is incompetence because of my files being behind. I have documentation that will reflect that no one understand how to do the files especially my immediate supervisor, **Pam Mapp**.

On July 18, 2021, I sent a copy of my grievance to Dr. Frederick Hamilton.

On July 1, 2021, was the first time that I had any communication with Jefferson County Personnel Board Employment Relations department. began the grievance process with the Jefferson County Personnel Board. No one from the Jefferson County HR had mentioned that I could. I found out in passing that I could file a grievance with them. Becasuse the recent incidents, I decided to begin the grievance process.

June 23, 2021, emailed Pam Mapp and LaWanza asking for permission to go to the Personnel Board. Since I did not hear back from either of them, Keith Strother gave me permission to do so.

June 23, 2021, around 4pm after learning that I made a visit to the personnel board Pam Mapp said since she would be off the following Monday, then I could submit everything then.

On Friday, June 23, 2021, 1 pm, I received an email from Pam Mapp, my immediate supervisor, stating that she had placed files a chair in my office that I needed to have the files done by Friday 4PM, June 25, 2021. June 23, 2021, email included.

(Although I felt this probably would not give me enough time, I dd not argue the point because I knew this was a retaliatory instruction

Ms. Mapp initiated this sudden unrealistic deadline after I refuted a statement that Ms. Mapp accused me erroneously. I clarified that I had stated employees and not employers. It was unrealistic because the directed was given at 3:30 pm which meant that I would only one day to finish the files

June 22, 2021, 4:50 pm, I had emailed Ms. Mapp, correcting her on what I had said to her, informing her that I had stated employees and not employers' signatures. In fact, to support what I had said, asked her to please refer to the June 18,2021, 4:02 pm email that she had sent to LaWanza Webb. (This was a lot of work to be done in one day. We had a scheduled training all day Friday.)

June 22, 2021, 4:33 pm, Ms. Mapp had advised me about 10 files that she had placed in my chair including which folder should be used for what.

June 22, 2021, 5:45 pm, Ms. Mapp, justified why she stated to me what she did after I corrected her, she also stated that she would only communicate with me through emails instead of speaking to me verbally. (Ms. Mapp usually resorted to this form of communication as retaliation that she used to punish me when I defended myself.

On Friday, June 18, 4:50 pm, Ms. Mapp had emailed Ms. Webb stated exactly what I had said to her concerning the employees' not employers' signatures.

June 4, 2021, LaWanza Webb accused me of attending UAB job fair which was held here at the Career Center. As a result of this accusation, at my request, I met with Keith Strother to inform him of her lying on me. June 4, 2021, 10:49 AM, email included.

June 3, 2021, 3:20 pm, LaWanza Webb told me not to email her again concerning my explanation of going over the 1 hour allotted time for the doctor's visit. I was attempting to explain to her that since I had gotten prior permission from Pam Mapp, my immediate supervisor and since I did not anticipate going over the allotted hour lunch time, and since I filled immediately filled out a leave slip as soon as I

returned, I did not anticipate any problem. There were many emails exchanged between LaWanza Webb and I during this exchange. A word that she and Ms. Mapp used was "Cease."

Ms. Mapp had used this same word when she accused me of messing up an excel sheet. See Email.

June 3, 2021, 2:06 pm, LaWanza Webb accused me of not getting prior approval for the leave.

June 2, 2021, 11:34 AM, LaWanza Webb emailed me questioning .50 compensatory time that Pam Mapp had okayed me to take. June 3, 2021, 8:38 AM included. Even after I assured her, that the time was reflected in Kronos, she continued to pontificate about the .50 compensatory time. June 2, 2018 8:30 AM-June 3, 2021 emails included.

April 1, 2021:11 AM, had a meeting in Keith Strother's office at LaWanza Webb request. In the meeting, I was accused of failing to let Pam Mapp that I would be off. However, I showed them on my phone where I had emailed Ms. Mapp. (We are allowed to email or text to inform our supervisors when we are not coming to work.). when Mr. Strother called Pam Mapp in and she looked through her phone, the email was clearly there. The meeting was then dismissed.  not calling in on the day before which was March 31, 2021. During the meeting,

On April 29, 2021, 12.39 pm, Pam Mapp sent an email concerning email etiquette, ironically one of the rules were 11. Consider your email's tone.

It's incredibly hard to get the right tone across over email. Research shows people dramatically overestimate how often their recipients would correctly identify if their tone was sarcastic or serious.

While they believed recipients would get it right 80% of the time, **reality was closer to 56%**.

Does that mean half of your emails will be misinterpreted? No. But it does mean you should think carefully about the words you're using and how someone else would read them.

First, avoid negative phrases. They can make you seem more anxious, irritated, or worried than you truly are.

March 19, 2021, 9:58, LaWanza Webb came into my office accusing me of having my speaker too loud and to cut my speaker off. (I explained to her that I was actually participating in the staff Team meeting which she chaired but which she had not signed in yet.)  her response was I needed to turn my volume down or use or use a headset.

March 16, 2020, Pam Mapp came to my office and spoke in a very condescending and disrespectful tone which I told her that I really didn't appreciate and was tired of her speaking to me in a manner as though I was a child.

Later, March 16. 2021. 1:03 PM, LaWanza Webb emailed me saying was not to accuse Pam of speaking to me condescending. According to LaWanza, tone can be hard to be discerned over email and any other digital communication.

Around October 2020, I was given a poor evaluation which where the accusations were made up.

Around January 2021, I was subjected to a PIP that was unwarranted. Lies were told on me. I asked that management show me proof of the allegations. I never was.

February 22, 2021, received an email from LaWanza Webb requesting that when making phone calls,

close my door. (I've included emails to myself where LaWanza and others spoke with their door opened,

LaWanza talking on the phone very loudly as she walked down the hall on her way to her office.)

March 26, 2021, Pam Mapp asked that I send her the information about the contract that I had been working with a company about a year. Ms. Mapp did not get the contract signed; therefore, the company lost OJT monies.

Keeping one's door closed or speaker down low only seems to apply to me. I have documented several instances when Ms. Webb herself or other staff members on the phone with door opened and having conversations.

October 9, 2020, 10:10 AM, email from Pam Mapp to Dr. Hamilton, Nigel Roberts, Tony Petelos accusing me of walking out.

October 9, 2020, 9:53, Email to Pam Mapp proving that I did not walk out. In fact, I went down to county personnel office.

Additionally, I noticed that Ms. Mapp emailed management stating that I had just walked out but neglected to state that I had emailed her stating where I was going or the circumstances which led to this action. Friday October 9, 2020

October 7, 2020 emailed Pam Mapp to notify her of my impending FMLA starting on the upcoming Monday. October 7, 2020 email.

Thursday, October 8, 2020, I received an email from Ms. Mapp asking that I come into the office to

October 5, 2020, I responded to Pam Mapp letting her know that she had already checked several of my files which I filed. October 5, 2020 email.

October 5, 2020, received an email from Pam stating that I said answered "OK" and went back to my office. (My Mapp sent me many emails, some of which were threatening and some I did not understand as with this one. Ms. Mapp stated, "they said," to me on several occasions that "They said." I remember one

time I had a file that I had in my hand asking about it and she abruptly said, "They said.'. I assumed that the "They said," was upper management which included Keith Strother, LaWanza Webb and Nigel Roberts.

During I believe it was September 25, 2020 Team Meeting Ms. Webb stated that that we were to tell our supervisor if we left our post while teleworking. So, on Oct 1, 2020, I emailed Ms. Mapp to inform her that I was going to Walmart to get some liquid paper. She emailed me back asking why I was telling her that which I explained. This ignited a back and forth between Ms. Mapp and me. October 1, 2020 email included.

October 1, 2020 Ms. Mapp emailed me stating that I was supposed to put my appointments on the calendar. October 1, 2020. I explained that I had put one of them on the calendar. I also explained that because of the pandemic, I was not sure we could go out to meet with employers, so I asked Ms.however, I had asked Ms. Webb permission for the first appointment with this employer. October 1, 2020

I responded that I had asked Ms. Webb if it was okay if I went made an in-person OJT presentation to which she responded it was okay if I did it safely. August 3, 2020 email.

I also asked her to look at my calendar for September 25, 2020 with the meeting listed. October 1, 2020 email.

Ms. Webb immediately reprimanded on me for referring a client that was not eligible. I responded stating that I thought I had done everything that I could. Later, Ms. Cooper emailed me to let me know that the client was eligible after all. She client had made a mistake in reporting her income. October 1, 2020. Ms. Webb and Ms. Mapp are so determined to prove to me that I am inept, they grasp on to anything to prove that I am. It is my belief that Ms. Webb and Ms. Mapp used my cc-ing them to find fault with what I was doing.

Ms. Mapp and Ms. Webb seem to always be looking for something to harass/criticize/ reprimand me for

- ✓ October 1, 2020, 10:53 AM
- ✓ October 2, 2020, 12:12 pm email.
- ✓ October 6, 2020, stated that I was not saving my report to the H' drive; yet, when I went to the H" drive, the information was already saved.
- ✓ September 30, 2020, Ms. Webb emailed reprimanding me responding to Terree Cooper's Administrative Clerk informing me that one of my clients were not eligible. Later Ms. Cooper said it had been a misunderstanding between the client and her in regard to the client's income. Even if the client's income had not been eligible, I shouldn't have been reprimanded because no matter how careful I am, this can happen. In fact, Ms.Webb has alluded to me in the past that I am not an eligibility specialist and has reprimanded me for doing eligibility specialist job.

Friday, October 9, 2020, Ms. Mapp emailed me attaching instructions on how a file should be organized.

Friday October 9, LaWanza Webb emailed Ms. Mapp instructing her to have a Team meeting on discuss how to organize a file. Friday October 9, 2020.

October 5, 2020, I responded to Pam Mapp letting her know that she had already checked several of my files which I filed. October 5, 2020, email.

October 5, 2020, email from Pam Mapp stating that going forward that I am only to invoice please do bring …. (Very confusing.)

October 5, 2020, received an email from Pam stating that I said answered "OK" and went back to my office. (My Mapp sent me many emails, some of which were threatening and some I did not understand as with this one. Ms. Mapp stated, "they said," to me on several occasions that "They said." I remember one time I had a file that I had in my hand asking about it and she abruptly said, "They said.'. Another time I asked her

During I believe it was September 25, 2020, Team Meeting Ms. Webb stated that that we were to tell our supervisor if we left our post while teleworking. So, on Oct 1, 2020, I emailed Ms. Mapp to inform her that I was going to Walmart to get some liquid paper. She emailed me back asking why I was telling her that which I explained. This ignited a back and forth between Ms. Mapp and me. October 1, 2020, email.

October 1, 2020, Ms. Mapp emailed me stating that I was supposed to put my appointments on the calendar. October 1, 2020. I explained that I had put one of them on the calendar. I explained that however, I had asked Ms. Webb permission for the first appointment with this employer. October 1, 2020

I responded that I had asked Ms. Webb if it was okay if I went made an in-person OJT presentation to which she responded it was okay if I did it safely. August 3, 2020, email.

I also asked her to look at my calendar for September 25, 2020, with the meeting listed. October 1, 2020, email.

October 2, 2020, file on Noah Pruitt which was a discrepancy about his eligibility. Two people were involved in his eligibility.

August 14, 2020, I asked Nigel Roberts for a meeting to let him know what I was going through. He agreed however, when I met with him, he said that he had not been assigned to out department and he could not get in it.

She had instructed me to place files in cabinet out in the hallway which I had been doing. She then told me that I should have emailed her once I placed it there. I didn't recall her telling me in the past to email her once I placed the files in the file cabinet.

September 27, 2020, email from Pam Mapp stating that that I had until October 30, 2020, to put my files in order. Email from Pam Mapp, September 23, 2020.

Ms. Webb immediately reprimanded on me for referring a client that was not eligible. I responded stating that I thought I had done everything that I could. Later, Ms. Cooper emailed me to let me know that the client was eligible after all. She client had made a mistake in reporting her income. October 1, 2020. Ms. Webb and Ms. Mapp are so determined to prove to me that I am inept, they grasp on to anything to prove that I am. It is my belief that Ms. Webb and Ms. Mapp used my cc-ing them to find fault with what I was doing.

July 15, 2020, 11:13 AM, I emailed Jere Bensko informing him that I was having problems with my work cell phone to which he answered with automatic message, stating that he was out the office. additionally, he left two of his employees' names that could take care of the problem. However, when I emailed them, Mr. Bensko responded himself.

Subsequently, Ms. Webb ended up talking to Mr. Bensko.

July 16, 2020, Ms. Webb then emailed me reprimanding me for getting calling Mr. Bensko while he was out of the office. My response was I did not know that he was out of the office until I received his out of the office reply. I went on to explain that I cc'd him because he had given the directive to get in touch

with his two employees. Ms. Webb stated my cc'ing him was getting in touch with him. July 16, 2020, is attached.

- ✓ September 30, 2020, Ms. Webb emailed reprimanding me responding to Terree Cooper's Administrative Clerk informing me that one of my clients were not eligible. Later Ms. Cooper said it had been a misunderstanding between the client and her in regard to the client's income. Even if the client's income had not been eligible, I shouldn't have been reprimanded because no matter how careful I am, this can happen. In fact, my Webb has alluded to me in the past that I am not an eligibility specialist and has reprimanded me for doing eligibility specialist job.

Ms. Webb immediately reprimanded on me for referring a client that was not eligible. I responded stating that I thought I had done everything that I could. Later, Ms. Cooper emailed me to let me know that the client was eligible after all. She client had made a mistake in reporting her income. October 1, 2020. Ms. Webb and Ms. Mapp are so determined to prove to me that I am inept, they grasp on to anything to prove that I am. It is my belief that Ms. Webb and Ms. Mapp used my cc-ing them to find fault with what I was doing.

On one hand, Ms. she chastised me for what she characterized of attempting to do the administrative Clerk work, accusing me of interfering with the eligibility process, then on the other hand, on September, she chastised me for not doing the administrative clerks their work for determining eligibility. LaWanza chastised me about walking on the floor and letting Jessica do her work. She never spoke to me about it to her my side. After I had given clients on what to do, Jessica Norman changed my instructions.

- ✓ September 30, 2020, Ms. Webb emailed reprimanding me responding to Terree Cooper's Administrative Clerk informing me that one of my clients were not eligible. Later Ms. Cooper said it had been a misunderstanding between the client and her in regard to the client's income. Even if the client's income had not been eligible, I shouldn't have been reprimanded because no matter how careful I am, this can happen. In fact, my Webb has alluded to me in the past that I am not an eligibility specialist and has reprimanded me for doing eligibility specialist job.

Jefferson County to Mr. Jackson and Mr. Petelos to let them know Pam had denied me from taking FMLA. As a result, I could take my FMLA. Enclose the email

August 11. 2020 :25 PM, Heather Hall, the Business Representative Supervisor Heather Hall, the Business Representative Supervisor apprised Pam Mapp that the formulas were not locked in and that was the reason the spreadsheet was causing trouble.

August 11, 2020, 1:21 PM, Pam Mapp accused causing a malfunction in the excel spreadsheet.

July 8, 2020, 12:50PM, email from Jessica Norman an administrative assistance accusing me of speaking to her in an inappropriate way which was not true.

July 8, 2020, 12:50 email from LaWanza Webb accusing me of the same thing and admonishing me for doing so. (She never attempted to talk to me and hear my side of what had taken place.) Emails included.

July 19, 2020, 10:04 AM, received an email from LaWanza Webb attempting to clarify an email that staff had gotten from Keith Strother. Ms. Webb had always told us that she was in charge of the staff. I wasn't sure who was over the staff. Even though Ms. Webb conveniently uses the hierarchy chart when it suits her, I still don't know who my immediate supervisor is. If I email Pam, Ms. Webb will intervene to respond, reprimand and/or correct me.

July 16, 2020, 10:40 email from LaWanza Webb admonishing and reprimanding me for emailing Jere Bensko on July 15 emailing him while he was out of the office, seeking help with my phone/laptop connection. It was not a way for me to know that he was out of the office until I emailed him. (Emails included).

Around June 2020, Heather Hall denied my request to write a contract. This had never been done before. Along with LaWanza Webb the contract was sabotaged.

June 12, 2020, emailed Heather Hall with a mod for 10 slots with St. Vincent's. She told me instead to do a new contract. However, suddenly after collaborating with LaWanza, Ms. Hall stated that I could not submit the contract because it would be too late. Her whole argument seemed to be that it would be a problem is the OJT trainees had begun to work before the contract was signed.

However, she had allowed a contract that I had written in January but was not finished until the following March before everything had been signed. In fact, she told me it was easy peesy. These trainees had been working for over two months and it was okay. The difference was that LaWanza Webb was okay with it then but now she wasn't. Her retaliation of me asking a question was not only unfair to the employer but to me. The employer and I had put over a month's work into this contract. I have included emails from both of these incidents.

On May 15, tired and stressed from Ms. Webb's bullying and harassment, I took the day off. Ms. Webb badgered and harassed me incessantly demanding that I apprise her about what was going on my laptop after I had told her many several times.

June 10, 2020, Jessica Norman emailed one of my clients with directives that she, Ms. Norman had imposed venturing from the directives that I had given the client. (Yet LaWanza criticized me and reprimanded me for doing the administrative assistant's duties.) Email included.

Ms. Webb emailed me stating that I had not responded to her question concerning my laptop when in fact, I had in the following emails.
- May 20, 2020, email to LaWanza Webb letting her know that an IT person was still working on my laptop.
- May 14, 2020, 12:28 pm, email from Ms. Webb asking me what the issue with my laptop was.
- May 14, 2020, 11:59 an email to Ms. Webb stating the issue with my laptop

- May 14, 2020, 11:47, an email from Ms. Webb asking me what the issue with my laptop was.
- May 14, 2020, 11:32, an email to Ms. Webb informing her the issues I was having with my laptop.
- May 14, 2020, 11:22 am, an email to Ms. Webb stating the issue with my laptop ( I have the emails which will prove it.)

I have been accused of many other things including intimidating other employees and other made up lies, I was put on a PIP unjustifiably which I can refute as well. In fact, when receiving these unproven allegations, I asked management to prove these allegations which never did. This harassment, age discrimination, retaliation and bullying has been going on for over a year.

September 1, 2020, 10:30 AM, LaWanza Webb emailed me stating that my prospective OJT participants had to have color ID. They never had to before and the clerks, the administrative clerks who did eligibility didn't know anything about this new requirement. Email included.

I submitted a contract for St. Vincent's for 10 OJT trainees. Initially, Heather Hall didn't have a problem with it, but once she collaborated with LaWanza, she decided no because I had not gotten it in soon enough. I had gotten it in before the start date with would have been June 15, 2020.

Another example which caused my employers and well as me duress suddenly mandating that my employers having to provide color photo ID instead of Black and White which had always been acceptable. This also caused my employers to lose employees which defeats the goal of the On-the-Job Program.

Additionally, LaWanza Webb along with Pam Mapp, LaWanza Webb have deliberately sabotaged my work)

I have been stripped of the main task of a Business Service Representative. I was told in the manufactured PIP that after 30 days which was months ago. Yet I am still not working in the job that I am supposed to be doing under the guise of I am behind with my files. Derek Marshall who I have witnessed and was told by both Pam Mapp and LaWanza Webb was also having problems with his files. Ironically, Mr. Marshall is now handling contracts that I developed. According to Mr. Marshall, he was not able to secure any contracts when he worked in OJT in the past along with Pam Mapp. Ms. Mapp also

Pam Mapp stated that I refused to deliver a file to an administrative assistant. This was one of the charges that they made against me in their fabrication. Ms. Mapp has since shared with me according to her, "they

made her." Describe the incident as such. Email that I sent as proof. (I do not have the date presently when this was done.

September 27, 2019, 8:47 AM, Nigel Roberts emailed me asking for a copy of my notes/Summary page that I issued to perspective and sometimes when asked by current employers summarizing the rules and documents needed in the OJT program. September 27, 2019, 8:47 AM email included the OJT notes pages.

Dr. Hamilton email asking for my help

My appraisals.

Job description with extra duties which were my duties. d

April 23, 2020, 5:50 PM, Email from Pam Mapp stating that she could not sign off on at least 18 or more of my files because they had been exited. This was not true, please refer to the list that I will send along with the response to the Director of Workforce.

In fact, CAPTE Checklist for participants' file shows Ms. Mapp's handwritten note that confirms Ms. Mapp labeled a file exited when the file had not been exited. As she went through my files and I brought this to her attention, I discovered later that she had attempted to white out the date and replace it with a new date. (I have included both of these in the documentation session. (Document is included with the OJT participant's name and social security number blacked out for confidential reasons.)

Pam Mapp also gave me back 18 or more files that she stated that she could not check since she felt that they had already been exited. These files just like the previous file had not been exited. Most of the participants were given at anywhere from five months to 6 months of training at which time they would be exited from the program. The dates that I placed beside the OJT trainees' names reflect the date that they were enrolled which means they could not be exited at the time Ms. Mapp gave the files to me unless they quit was terminated from the program for some reason. This was not the case. (I have included a list of the files with enrollment and exit dates which Alabama Works will confirm. Although I have printed these Case Closures with the names of thses individuals, I used their initials instead to protect their confidentially)

Duties for Business Service Rep that was conducted and written by are duties that both Sonya King and I, Anthoneria McElroy perform. However, those duties that are yellow-highlighted are duties that are performed by only me. (Document included) find the email.

April 24, 2020, 11:37 AM, responding to Ms. Ms. Mapp that I was confused by the process that she had emailed to me. Accordingly, Mapp clearly did not understand the process because she asked that I do something that was not possible. Email included. April 24, 2020, email included.

July 30, 2019, OJT questions and requests were directed to me since Sonya King was not doing any work. (I've in included emails.)

Presently, my impending contracts have been and are given to coworkers who are younger than I.

Derek Marshall is a white male who is much younger than I. (He and Ms. Mapp shared with me when I was first hired that Mr. Marshall and Pam Mapp both work in OJT and neither was able to initiate OJT contracts.

Ms. Webb has taken sides with many times and justified it as because Ms. Norman is younger.

Chased me down the hall and spoke in a loud bellicose voice "Do you hear me?"

Persons who I have mentioned in the report.

1. Sonya King a black female who is much younger than I. Sonya King did not begin writing contracts until around the latter part of 2019. Her stated that she would not because we had not had any training. At one time she decided that she no longer wanted to work in OJT. Ms. Mapp stated that I would be working in OJT along because Ms. King did want to work with OJT. Later she changed her mind. Since then, Ms. Webb and Ms. Mapp instructed me to follow Ms. King's example of OJT files and process. During a PIP meeting, I brought to everyone's attention that Ms. King was notating information in the file that they had reprimanded me. Ms. Webb showed the file to Ms. Mapp during the meeting and as a result stating that Ms. King needed training as well. However, the following week, Ms. Mapp stated that Ms. King had been right Afterall. However, as I have going through the files, I have noted that Ms. Mapp did not do this particular part as Ms. King had.
2. Prior to OJT, Ms. King refused to go to job fairs simply because she just didn't want to.
3. I have been left off documents and memos that I should have been included on, but Ms. King was included.
4. Jessica Norman is a black female who is much younger than I-Ms. Webb has taken Ms. Norman word at face value without questioning her when Ms. Norman accused me unjustly. I have since asked Ms. Webb why she had allowed Ms. Norman to do so. Ms. Webb response which was in the presence of Pam Mapp during a meeting I had with Ms. Mapp and Ms. Webb.
5. My appraisal went from good to terrible. Because I believed I was going over what was expected of me, I asked why this not reflected on my appraisals. According to Ms. Mapp and LaWanza Webb, Dr. Hamilton did believe in employees getting above expectation on their appraisals.

**June 23, 2021, assigned** by Pam Mapp with a deadline that she knew was impossible to meet retaliation because I corrected her with two emails on her inaccurate statement.

June 4, 2021, LaWanza Webb accused me of attending an in-house event which I had not. I reported it to Keith Strother

June 3, 2021, LaWanza Webb accused me of not getting prior permission for a doctor's appointment. I told her I had which could have be proven with an email. She then stated that I should have gotten permission for running late getting back to the office.

June 2, 2021, LaWanza Webb emailed me questioning .50 compensatory time and stated that I shouldn't have had any because she had not approved any for me. Finally, she stopped badgering me when payroll confirmed I did have the .50 time.

April 1, 2021: 11AM, called into a meeting and accused of being AWOL, Mr. Strother stated that I had not informed Pam Mapp that I was going to be off. We can let our supervisors know by texting calling or email. I had emailed. When I showed the email, they dismissed the meeting. They had seen me all that day so they could have easily asked me.

March 19, 2021, 9:58 Am, LaWanza Webb accused me of having my speaker phone on and to cut it off. When I explained it was a Team/Zoom staff meeting one which she chaired but had not signed into yet, she replied, "Get you some earplugs." This was the second time that LaWanza Webb scolded me about speaker phone or being on the phone (See February 22,2021) I knew I was being singled out because everyone pretty much talked with their door opened included LaWanza Webb.

March 16, Pam Mapp came into my office which I brought to her attention of an email that she had sent to me using a very condescending tone.

Later that same day, LaWanza Webb told me not to accuse Pam of having a certain tone when speaking to me because tone couldn't be discerned in an email or any other digital device.

Yet, on April 29, 2021, Pam Mapp sent an email to her staff an article about email etiquette which included tone titled: Email Etiquette Tips & Examples

1. Consider your email's tone

    a. **Example:**
    *Dogs are welcome at HubSpot.*
2. 11. Consider your email's tone


February 22, 2021, I was on the phone when I received an email from LaWanza Webb requesting that I close my office door when on the phone.

I was singled out because everyone talks on the phone usually to clients with their door opened. (Since then, I have notated at least 15 times LaWanza Webb on the phone talking with her door opened which appeared to be personal calls.)

I have been embarrassed by my immediate supervisor and Nigel

In one instance, I was accused and scolded by LaWanza Webb for interfering in the eligibility process stating it was not my job, but on another one, on September 30, 2020, emails she accused me for not doing eligibility. I have been accused of not doing eligibility.

September 16, 2020, received 30-day correction plan to which I asked management to show me proof of these accusations. I have not received any proof as of today. Need to find the email.

On Friday, October 9, 2020, Pam Mapp sent an email to the entire upper management team accusing me of walking out of the office without telling anyone which I had in an email to her.

In fact, I ended up in Walter Jackson and Tony Petelos' office in tears because Pam Mapp said I could not take FMLA because she stated I had work to do. I had already been approved by the HR department.

I was accused of refusing to deliver a file to an administrative clerk. Pam Mapp told me that she had tried to explain that I had not refused to deliver the file, but "They" told her to write it up as so anyway.

On August 11, 2020, Pam Mapp accused me of causing a malfunction to my OJT contract excel spread sheet. Heather Hall corrected her via email stating that the spreadsheets had problems which she was fixing. Since then, Heather Hall has sent another email stating that the excel spread sheets shouldn't cause us problems. I was accused of messing up a excel sheet,

July 8, 2020, email from Jessica scolding me about a client.

I have been talked down to, hollered at, I

My evaluation was made up with lies but when I asked for proof, no one ever supplied any.

I have been punished twice for the same offense that they accused me.

I have been accused of not doing my files correctly or doing them at all when my immediate supervisor refused to check them because she stated that had been exited out of the system.

I told her where I was going because in a staff meeting LaWanza Webb asked that we let our supervisor know if we have to leave our post but when I did so, Pam Mapp asked me why I was telling her.

I was accused of insubordination when I have not been for example accusing me for not telling her about my computer issues when I had.

On my evaluation, I was accused of intimidating employees but never was told who I was supposed to have intimidated

I was given a poor evaluation after having no gotten one before I asked a question that LaWanza Webb did not appreciate. This was retaliation.

It seemed that I could not have conversations with others.

April 13, 2021, Pam Mapp emailed me asking that I read approximately 70-90 pages of five files to see what was missing in them instead of telling me so I could correct the files.

May 26, 2021, I was not included on a group email from Heather Hall which I should have been included.

April 14, 2021, an email was sent to all the BSR's except me

Sabotaging my work which sometimes caused a hardship to my clients or caused me to lose clients.

1.  September 1, 2020, 10:12 received email from LaWanza Webb stipulating that my clients' ID had to be in color only when going through the eligibility process. This had never been brought up before. In fact, asked two eligibility specialists since then and both stated it did not matter.

July 16, 2020, Ms. Webb emailed me scolding me, telling me that I was not to contact Jere Bensko while he was out of the office to which I explained that I didn't know that he was out of the office until my initial email to him. I also explained that I had emailed the two individuals whose names he had forwarded to me.

Ms. Webb emailed me back and stated I had emailed Mr. Bensko when I had not; however, I had cc'd him on the email that I had sent to the two individuals. I was surprised that he responded to the email himself instead of the two individuals who I had sent the email to.

July 15, 2020, I emailed Jere Bensko apprising him that I had not been able to access my desktop since he had placed a tether on my phone. He responded that he would be out of the office until July 20, 2020 and instructed me to contact two individuals that could help me. I emailed asking him to contact/call me concerning the situation. When on Thursday I had not heard from him, I emailed him and the other individual, cc'd Jere Bensko, LaWanza Webb, and Pam Mapp concerning the situation.

According to email etiquette, an email cc'd to someone is not meant for their response.

July 17, 2020, email from Ms. Webb to Workforce team about using copiers at your instead the copier in the hallway.

I received an email from Ms. Webb admonishing me with interfering with Jessica Norman's eligibility process. Since she chose not to allow the professional curtesy or fairness of hearing my side or explanation, I will share it now. Ms. Webb's accusations of my following my participants to the eligibility department is ludicrous and false. I was there for two reasons, (1) Ms. Norman to show me how to access something in Alaworks a system that we had only been using since I believe around april. Ms. Norman was one of the people that Ms. Webb as sent to Montgomery to learn the new system and assist us when needed. (2) I went to the front because I was called by the ES receptionist that my second participant had arrived and signed in. So, I went to introduce myself to her and point out the office procedure. I have always utilized the "the hands-on approach with my clients.

Ms Webb further stated that eligibility is not my job. I believe I have cleared up that it was not my intentions to do their job. However, there are occasion when Ms. Norman has taken it upon herself to do my job.

Ms. Instructions to ▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮which Jessica changed my directives to the client. This is an example of her changing my instructions to my OJT clients to giving them different instructions. This is an example of her not only changing my instructions but giving them new instructions. Find email to confirm.

Jessica asked if I would send the eligibility documents to my client? June 10 email.

7/8/2020 received an email from Jessica Norman stating that she was following up about the conversation that took place in front of ▮▮▮▮ about her employment.

As I recall, Ms. Norman initiated the conversation when I was passing her desk to go to introduce myself to another OJT participant that an employer had recommend for a job. Paraphrasing the conversation, Ms. Norman stated to me that ▮▮▮▮ would be eligible. She further stated the time period of Ms. ▮▮▮▮ employment with a past employer. I simply relayed to Ms. Norman my understanding of the time period the participant had shared with me which was two months. During Ms. Norman's and my conversation, the participant was not at Ms. Norman's desk but walked up and stood on the side of the counter. Ms. Norman asked the participant why she told her something differently from what she had told me. Ms. Norman's tone in my opinion was one of ire and confrontation, so I verbally excused the participant to have a seat in the reception area. I did this because I did not want her to further witness what I deemed as professional behavior by Jessica Norman. Although my other participant sent by another employer had not been service, Ms. Norman informed me in no certain terms she would be waiting on that client. It is my belief that Ms. Norman believed that she could behave with animus toward participants because of the culture.

I didn't dare address this with Ms. Webb because of past experience involving Ms. Norman that it would be to no avail.

June 1, email from Jessica to ▮▮▮▮▮▮▮▮ (LaWanza was aware that because she is on the email.) Jessica says" you're right. She can register online.) she questions my ability to do my job and does what she wants to)

LaWanza statement is not consistent about who does what. She tells me not to get involved with edibility which I had not. Yet Jessica gets involved and questions my job.

On June 12, 2020, I submitted a modification to a contract that I had written in January 2020. The contract was denied by Heather Hall, the Alabama Department of Labor On-the-Job-Training supervisor, Ms. Kozlowski, Heather Hall's supervisor, and LaWanza Webb. Ms. Hall initially accepted the contract but on June 18, 2020, she had second thoughts. Her reasoning was that I had not gotten prior approval to write the contract and to write the contract at this point would require her to retroact it. Ms. Webb agreed with her. Yet in February 2020, she allowed a contract that I had written in January to be written and she directed me to use the January's date. Throughout my tenure, BSRs including me had been allowed to use the date that we had submitted the contract. The reason I did not submit a letter initially was I did not think I had to since I had gotten permission to write a contract on the contract itself. I did not submit a letter. Since she was so adamant, I asked her get Terry Comer opinion about the situation. I believe that Ms. Hall and Ms. Webb deliberately turned down the contract.

Ms. Hall called me on the phone and said that she had talked to Terry Comer and Ms. Comer agreed with her.

Because I wanted it in writing, I emailed her and asked her again. This time she changed her story and was quite belligerent in her response by stating that Ms. Comer was not her supervisor. She emphasized that Susan Kozlowski was her supervisor and that she, Ms Kozlowski and Ms Webb agreed with her. Ms. Webb had stated to me once, I cannot remember her exact words, but her inference was Susan Kozlowski would pretty much go along with her because she, Ms. Webb controlled the WIOA funds. Ms. Hall indication in her email cause me to reflect on that conversation. Although at first, Ms. Hall was okay with going along with the contract with the initial starting date, June but after she meet with Susan K. and LaWanza Webb, the contract was denied. This contract was denied by Heather Hall who stated that LaWanza agreed with her in the past, if a contract was submitted, the date that it was submitted was recognized. Ms. Hall argument was that "she could not allow this contract to be written at this point it mean it would have to be retroactive. Ms. Webb stated the same thing. However, this had been routine. In fact, I had submitted a contract that I submitted in January and Ms. Hall allowed me to write that contract over in February and it was finalized in February Ms. Hall instructed me to backdate. Ms. Webb was cc'd on the memo. Complicity in this decision is a way of sabotaging my work trying to prove that my work is inept.

July 15, 2020, I emailed Jere Bensko apprising him that I had not been able to access my desktop since he had placed a tether on my phone. He responded that he would be out of the office until July 20, 2020 and instructed me to contact two individuals that could help me. I emailed asking him to contact/call me concerning the situation. When on Thursday I had not heard from him, I emailed him and the other individual, cc'd Jere Bensko, LaWanza Webb, and Pam Mapp concerning the situation.

According to email etiquette, an email cc'd to someone is not meant for their response.

July 17, 2020, email from Ms. Webb to Workforce team about using copiers at your instead the copier in the hallway.

I received an email from Ms. Webb admonishing me with interfering with Jessica Norman's eligibility process. Since she chose not to allow the professional curtesy or fairness of hearing my side or explanation, I will share it now. Ms. Webb's accusations of my following my participants to the eligibility department is ludicrous and false. I was there for two reasons, (1) Ms. Norman to show me how to access something in Alaworks a system that we had only been using since I believe around april. Ms. Norman was one of the people that Ms. Webb as sent to Montgomery to learn the new system and assist us when needed. (2) I went to the front because I was called by the ES receptionist that my second participant had arrived and signed in. So, I went to introduce myself to her and point out the office procedure. I have always utilized the "the hands-on approach with my clients.

Ms Webb further stated that eligibility is not my job. I believe I have cleared up that it was not my intentions to do their job. However, there are occasion when Ms. Norman has taken it upon herself to do my job.

July 23, 2020, Pam Mapp, my immediate supervisor, emailed me stating that Employment Service (ES) that I regularly ask them for assistance and when the assistance does not meet my expectation, I get an attitude. She also sent me a document stating how I am supposed to trans through the OJT process. She also stated that I am not to be on the floor except to meet my clients.

As I said in my response to her, I have not had an attitude with anyone. As far of not being on the floor unless I am getting a client is not realistic for there are various other things that I might need to do, for instance, an ES employee may call me out to the front desk for clarification, or I might need to go and get OJT literature, or maybe I need to get supplies, or I may need to get my client's file from the basket. To restrict me from walking out to the floor is I believe borderline tyrannical. I will address this more thoroughly later.

As I said in my response to her, I have not had an attitude with anyone. As far of not being on the floor unless I am getting a client is not realistic for there are various other things that I might need to do, for instance, an ES employee may call me out to the front desk for clarification, or I might need to go and get OJT literature, or maybe I need to get supplies, or I may need to get my client's file from the basket. To restrict me from walking out to the floor is I believe borderline tyrannical. I will address this more thoroughly later.

7/8/2020 received an email from Jessica Norman stating that she was following up about the conversation that took place in front of ██████ about her employment.

As I recall, Ms. Norman initiated the conversation when I was passing her desk to go to introduce myself to another OJT participant that an employer had recommend for a job. Paraphrasing the conversation, Ms. Norman stated to me that ██████ would be eligible. She further stated the time period of Ms. ██████ employment with a past employer. I simply relayed to Ms. Norman my understanding of the time period the participant had shared with me which was two months. During Ms. Norman's and my conversation, the participant was not at Ms. Norman's desk but walked up and stood on the side of the counter. Ms. Norman asked the participant why she told her something differently from what she had told me. Ms. Norman's tone in my opinion was one of ire and confrontation, so I verbally excused the participant to have a seat in the reception area. I did this because I did not want her to further witness what I deemed as professional behavior by Jessica Norman.  Although my other participant sent by another employer had not been service, Ms. Norman informed me in no certain terms she would be waiting on that client. It is my belief that Ms. Norman believed that she could behave with animus toward participants because of the culture.

I didn't dare address this with Ms. Webb because of past experience involving Ms. Norman that it would be to no avail.


I don't know the purpose of the list that Ms. Mapp attached to this email with documents needed for OJT that I believe was p. Perhaps to insinuate that I am too old to understand and grasp what documents needed. I am quite familiar with the process. Maybe it is meant to suggest that I am senile because if I did not at this point then that would be exactly what I would be. At some point of the process, those documents are used. However, one that she included is not current for we have been told as of June 15, 2020, to use something else in its place. The process was and is as follows:

The process of OJT is one that I have practiced and developed since January 2019 when I was _the only one of the two BSR_ to go out into the field to pursue OJT partners. Because there were no training or prototype, it was incumbent upon to develop an OJT prototype. I was fortunate to have experience on

experience that I had when I was an OJT specialist in prior years. rely on experience that I had gotten from being on my own. so, I developed nor training to rely upon. Put my steps as documents.

**May 18, 2020**, LaWanza Webb's response to his email. (LaWanza had showed me an email from Keith to Walter Jackson asking what his role was, "I guess I'll just wing it." was Keith Strother comment in that particular email.

May 15, 2020, email from Keith Strother writing staking his claim as "The Supervisor of Workforce."

May 14, 2020, email from LaWanza Webb about the problem with my computer. I had told her and Pam several times about

Presently, I am not participating in any of my duties because they say my files need to be finished. Pam Mapp doesn't understand the file process and she tell you what to do one day and changes it the next, to put a certain document n the file one day and the next day, that document shouldn't be in the file.

They have since added Derek Marshall a white guy who told me when I was first hired that he had been in at least 2-3 positions but did poorly in them all. One of them being doing what they have put in in again. he stated that he worked in this position for a year and did not **find one job.**

All men at the Top: Nigel Roberts, Dr. Frederick Hamilton, Keith Strother, Tony Petelos until

Nigel Roberts left February 11, 2021; came back May 26, 2020

Monday, September 23, 2019, I placed on Pam Mapp's calendar that I would be out the following day. Ms. Mapp declined it because she stated that I had neglected to put my name in front of it. when I asked why it was necessary for me to put my name in front of it, she stated it saved time by her not having to open it. I responded that she was always making me go the extra mile and I believed it was my age that made her treat me differently. I left it at that and proceeded to go down the hall to my office but realized that I was about to sit down, she was standing over me screaming, "I take offense to that, and you are never to say that to me again." Still shouting, she continued, "Do I make myself clear?" Not only did this frighten me, but I felt humiliated because the other two employees, Sonya King and Derek Marshall who she supervises as well had to have everything she said to me and how she said it. Both of their doors were opened, and we had to pass both of them as we had walked down to my office.

I made this comment because of previous incidents. Around July 2019, sonya King who had used one of the Jefferson County vehicles refused to relinquish the keys to me although she had finished using it and I needed it for an appointment. I knocked on her office door twice. The second time when she answered it, she handed me the phone and said Keith Strother needed to speak to me for refusing to tell her where the gas

card was kept. Not only had I agreed to tell her where it was kept, I had asked her to go out to the car and I'd show her where it was kept. I ended up using my personal car but when I returned, I reported the incident to Pam Mapp and asked Ms. Mapp for meeting with Keith Strother, Nigel Roberts, and Pam Mapp. We never did have the meeting.

Another concern that I had at that time was how Ms. Mapp wanted the BSR's quotas done. She wanted Ms. King and my contracts to be shared on the report which I did not think was fair since at that time Ms. King was not actively looking for OJT employers, therefore, her name would be on a report that she had not contributed. From July 2019, Ms. King's and my employer contacts were 5 to 2 respectfully.

As I was about to leave for a 10am appointment in Pelham, Ms. Mapp emailed me asking that I put a client into the computer. I knew this would possibly make me late, but I stopped and did so. I spoke with Yvette fields, the State Career director and asked who I needed to put into the computer. Ms. Mapp did not give me any name/names that I was supposed to be doing. It was 8880 on the attached excel spreadsheet, I then dashed out of the office trying to make it to my ten am appointment in pelham, Ms. Mapp called me, asking had I done what she had asked me to do, and I told her yes. She then stated, "Whenever I ask you to do something in the future, you are not to leave this office until you tell me you have done it, is that understood?" I wanted to explain but decided I better not and answered, "Okay." To which she responded, "All right then."

Around January 2019, management insisted that Sonya King, the other Business Service Representative, and I go into the field and find employers who would partner with us in On the Job Training contracts. On 1/30/2019, I wrote my first contract. began to write (On-the-Job Training) OJT contracts.

Sonya King refused to go out into the field in order to solicit for contracts because she stated that we had not received any training.

She did write a couple before I believe it was around late 2019/early 2020, when Sonya king finally started. She had written a couple of contracts before.

Not only did I perform my duties as a BSR, I also coordinated the Workforce and Economic Development Workforce Network meeting monthly meetings hosted by Jefferson County. I planned, scheduled, organized, recruited the guest speakers, and purchased the menu items. I did this monthly until about a year ago when we changed them from monthly to bimonthly as of December 2019, Pam Mapp was assigned to take my place. However, however, I ended up doing it for January. In February, since Pam didn't have a speaker, at the last minute I found a speaker for her.

I continued to do this until LaWanza Webb, and Nigel Roberts decided that Pam Mapp would be taking over the assignment. LaWanza Webb relayed to me that Mr. Roberts and she felt Pam Mapp needed to start doing some work. On the other hand, Ms. Mapp stated that she was told that I stated it interfered with my other work which I had not said.

Partnering with Birmingham Society of Human Resource Management (BSHRM), I initiated a job skills workshop which I still server as its coordinator. I am responsible for sending weekly job announcements out to our partners and post all information that partners ask me to share with other partners. Of course these classes were paused because of the pandemic.

Ways that I am or have been treated differently. (I have all of this on record with the affirmative action department.)

1. The role is a once a BSR contacts an employer, then no other BSR is permitted to do so. I had been working with employer for over two years which meant I was doing so before Sonya and I started in OJT. Co-incidentally ▮▮▮▮▮▮ (someone from another department reached out to us interested in putting nursing on the program, and the front desk gave the call to Keith Strother. He got with Pam Mapp, my immediate supervisor, and LaWanza who is Pam's supervisor. This decision had just been made around late fall 2019. They decided to give the contract to Sonya King, but once I reminded them of the rule, they let me keep it.

2. I was asked to participate with Jazz in the Park. Sheila Tyson. Ms. Webb stated that she did not ask Ms. King to participate because she knew she wouldn't

3. I asked for overtime because I was behind, Mr. Roberts stated that he couldn't approve me for overtime because it wasn't in the budget. Yet, he had approved three other who were on the same as I but different roles. He stated that I needed to manage my time better.

4. Yet Ms. Jackson, Ms. Bloxom and Derek Marshall worked overtime for several weeks. Mr. Roberts finally relented and allowed me to work one Saturday.

5. When I complained to Mr. Roberts how others were given privileges and leeway but not me, his response was I should worry about myself.

6. Initially I was pretty much the only one who attended because Sonya King refused to go to them.

7. Primarily, I was the one that attended the Rapid Response with Pam. I eventually attended the morning Rapid responses and Pam attended the afternoon ones because Pam Mapp stated that she wasn't a morning person.

Was not allowed to leave my desk. Do emails.

I started employment with Jefferson County Commission on February 16th 2021. The first week was orientation went through orientation and at the end one of the human resource persons called CAPTE Workforce Development which is where my new position was going to be and ask if they were ready for me. She spoke with La Wanza Webb who was to be my supervisor. Miss Webb stated that they were ready for me. When I arrived I found that not to be true. There was no desk or area for me to work they weren't even sure where I was going to work no computer no phone no nothing. So during what was supposed to be my orientation with miss Webb I found the whole situation very disconcerting. miss Webb directed me to her office and introduced herself and apologized because she was answering emails Which she continued for about 5 or 10 minutes. She asked if I had a writing pad and I said Oh yeah I brought a writing pad she then said oh you're gonna need another one I like people to take a lot of notes. Which I found very insulting I've been a professional for upwards to over 20 years so that was very at that point it was I thought it felt was very condescending without even knowing who I was. she left the office to get the pad and start to talk to which one I now can identify a fellow coworkers she continued to talk to them for about 20 minutes talking nothing about work it was completely about her grandchildren things she had done her daughter and their affairs it was completely not work related this concerned me greatly however she went through some things but there was no script or organize orientation it was strictly off the cuff she informed me that she didn't even know what position she would have me sitting to be in there were two positions I had was scheduled to be to be a business service Rep which is what I thought I was the position was however she said there was another position that she felt I might be so well suited for. She also said that my she was not going to be my supervisor that my supervisor would be up Pamela Mapp whom I was not ever really introduced to.

In the second week of my employment I was told I would be in the back office and was moved to the back office which was the area in which Pam Mapp and all of her a supervisee's were located. I was never introduced to the staff or any of the other individuals working in the building. Miss Tony McElroy was sitting across from me and I'm not sure whether she approached me or I approached her but she was the most friendly person that I had met since arriving. She was ready to help me and that was refreshing. I was back there in the  office for oh about a week and this is the time that miss Pam Mapp approach me she really didn't introduce herself to me she almost just stated that in a very unfriendly voice that if I had any questions I could ask her or Sonia who was another employee, because Toni was still in training.  That I had not been introduced to but made it clear that she did not want me asking Ms. McElroy any questions. I got the feeling that there that maybe so issues with Ms. McElroy.

The atmosphere at CAPTE was very non- professional.  The supervisors would discuss employees with other employee.  I was personally told that Ms. McElroy was not doing her job and that she would be gone soon.  There were several incidences where La Wanda Webb came out into the area where the other employees were seated and say how tired she was of having to dealing with that person and from the other comments I gleaned who they were referring to. There were comments like "she should just retire with her old self." Towards the end of my employment Ms. Webb while standing in the open area talked about how she was being harassed by Ms. McElroy. Which I found quite comical.

Ms. McElroy voiced her concern for me and my ability to be treated fairly if they knew that she and I were friendly and she was correct in her concern. There would be out sided remarks about Ms. McElroy's being out without notification, being late, taking long breaks and not knowing what she was doing. The conversations would take place and it did not matter who was around. It seems they were bent on either firing Ms. McElroy of making it so uncomfortable that she quick. Whenever her

immediate supervisor, Pam Mapp, referred to her the tone was almost always negative. The working environment, from what I saw, for Ms. McElroy was not conducive to being able to produce any work let alone quality work.

In one of my first meeting with Ms. Webb she was telling me about a male employee who had been suspended and they were working on firing him and subsequently told me about another male employee that was going to be disciplined due to his drinking problem. Please not there were only two males in the department that were not in administration. It seems that their method of handling employee issues was disciplinary to with the goal of firing. One of the last thing my supervisor, Pam Mapp told me is that she had been instructed to write me up as many times as she could so that when my probationary period was complete if they did not want to retain me they would have cause based on the write ups. This would keep them from having the issues they were having firing Ms. McElroy

I know for myself that processes, procedures, rules and regulations change with the whims of administration or the person they may be speaking to.

If there is anything further I can do please let me know.  I hope this is helpful.

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, August 23, 2021 10:37 AM |
| **To:** | 'Toni McElroy' |
| **Subject:** | retaliation |
| **Attachments:** | Lawanza deviating from weekly reports.pdf |

I received an email from LaWanza on last Friday deviating from the how to told me to do the weekly report initially. I believe it to be retaliatory because in the past I wrote my report as she told me but suddenly when I grieved the past incidents of retaliation to the Personnel department, she decided she did not want the report written as such anymore.

*Toni McElroy*, *Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4ᵗʰ Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

1

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, August 20, 2021 11:25 AM |
| **To:** | Webb, LaWanza |
| **Cc:** | Mapp, Pamela |
| **Subject:** | RE: Week report 0815-8/20/21 |
| **Attachments:** | Weekly Report edited 2X.pdf |

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Friday, August 20, 2021 11:14 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

Are you still working on Brother Muhammad's file? Please list the files you are working on under the "ongoing" section and resubmit.

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Friday, August 20, 2021 10:32 AM
**To:** Webb, LaWanza <webbl@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Friday, August 20, 2021 10:22 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

Toni,

Please list on your report the files you worked on during the week and list the two files you completed.

Thanks,

*LaWanza Webb, MBA, JD*

1

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, August 20, 2021 10:32 AM |
| **To:** | Webb, LaWanza |
| **Subject:** | RE: Week report 0815-8/20/21 |
| **Attachments:** | Weekly Report edited.pdf |

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Friday, August 20, 2021 10:22 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

Toni,

Please list on your report the files you worked on during the week and list the two files you completed.

Thanks,

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Friday, August 20, 2021 10:13 AM
**To:** Webb, LaWanza <webbl@jccal.org>
**Subject:** Week report 0815-8/20/21

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*

1

## EMPLOYEE WEEKLY ACTIVITY REPORT

**EMPLOYEE NAME**
**Anthoneria McElroy**                    | **DIVISON Workforce**                    |**WEEK-08/02/2021**

## COMPLETED TASK

1. Corrected and submitted 4 OJT trainee files
2. Submitted two other trainee files
3. Submitted corrected employer file
4. Submitted additional employer file
5. Responding to Susan's email, (missing providers) submitted 18 trainees' files
6. Responding to Donna Rowe request, submitted 19 OJT Trainee files with end dates, identifying whether they successfully or unsuccessfully completed training.

## ONGOING TASK

Will continue to work on files.

**APPROVED BY:**                                        **DATE:**

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Thursday, August 19, 2021 9:18 AM |
| **To:** | Employee Relations |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | Form A document for grievance |
| **Attachments:** | pattern of management denying employee defending him or herself.pdf |

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

## McElroy, Anthoneria

| | |
|---|---|
| **Sent:** | Tuesday, August 10, 2021 10:52 PM |
| **To:** | Toni McElroy |
| **Subject:** | FW: Meeting |

**From:** McElroy, Anthoneria
**Sent:** Tuesday, July 6, 2021 9:56 AM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Good morning Ms. Samuelson,

I am preparing my grievance which received from you last week on the June 30, 2021. According to my calculations, since tomorrow will be the 7th day. So I'm assuming I have until tomorrow. Just wanted to make sure. Definitely don't want to miss the deadline.
Thanks.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 1:00 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

> **CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you
> recognize the source of this email and know the content is safe.

Thank you – I wanted to make sure my team hadn't inadvertently given misinformation! Go ahead and get your grievance filed. Upon receipt of Form 3, after the completion of the original 2 forms, we will make a determination of its timeliness.

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:46 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Actually, the lobby front desk security guard called and whoever he spoke to told him that the Personnel Board was located the County in the Annex building. So I walked over there and ended up where I believed he might be sending me, the County Personnel Board. After speaking with the front desk receptionist and because of my insistence she went

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, August 13, 2021 11:42 AM |
| **To:** | Terrell McCants |
| **Subject:** | FW: Grievance form and grievance |
| **Attachments:** | RE: Meeting |

Terrell,
Just in case you do not have a copy of the procedure, I am forwarding you the link and conversations that the Personnel Board and I had concerning the grievance.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Tuesday, July 6, 2021 2:18 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Employee Relations <er@pbjcal.org>
**Subject:** RE: Grievance form and grievance

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Ms. McElroy,

Please be advised, the email chain you forwarded with your grievance was not the entirety of our email communication. I have attached a copy of our entire chain for your records. Additionally, please be aware you attached an empty copy of form 3. Furthermore, form 3 cannot be filed with the PBJC until the completion of forms 1A/B and forms 2A/B.

Thank you,

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Tuesday, July 6, 2021 1:28 PM
**To:** Hamilton, Frederick <hamiltonf@jccal.org>; Employee Relations <er@pbjcal.org>
**Subject:** Grievance form and grievance

**appraisals**

McElroy, Anthoneria <mcelroya@jccal.org>

Thu 8/5/2021 11:55 AM

To: Toni McElroy <mtoni52@hotmail.com>

New person, Mr. Crenshaw, has come in to help with appraisals. He stated his goal was to make it so there would not be any surprises. He stated that for decades our appraisals have been complicated and he wants to make it easier for employees to understand our expectations and what we do.  Helping us
So there will be no surprises. According to Dr. Hamilton, he wants our appraisals to be objective so there will be no surprises.  Seems as though he stated that they have be subjective.
Nigel Roberts stated he appreciates the supervisors and the work that they do.

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 1:00 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Thank you – I wanted to make sure my team hadn't inadvertently given misinformation! Go ahead and get your grievance filed. Upon receipt of Form 3, after the completion of the original 2 forms, we will make a determination of its timeliness.

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:46 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Actually, the lobby front desk security guard called and whoever he spoke to told him that the Personnel Board was located the County in the Annex building. So I walked over there and ended up where I believed he might be sending me, the County Personnel Board. After speaking with the front desk receptionist and because of my insistence she went to the back and came out and gave me the 205-279-3500 phone number. I then called and was given Guy Dewees phone number who I called that same day. He returned my called but when I explained why I wanted to speak to him, he gave me your name and number. I thought I had emailed him, but I did not find confirmation in my "sent" email.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 12:36 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

You can absolutely still send your grievance in to us; we will make a determination regarding whether it is something we will review upon reaching Form 3. As we discussed, Forms 1 and Forms 2 are used to facilitate conversation between the employee and the jurisdiction. Upon the proper filing of Form 3, my team will review it   With whom did you speak on June 23 when you came to the Personnel Board? Did you speak with someone in Employee Relations?

Thank you,

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:28 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

I came down to the personnel board on 6/23/21 but was directed back to the County. I was eventually given the (205) 279-3500 phone number and I ended up getting Guy Dewees who gave me your name and number.  I don't want to forfeit my chance to grieve when I was not aware.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 11:54 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

The link I sent to you contains all pertinent deadline – Form 1A must be filed within seven calendar days of the grieved instance.
You will have to start with Form 1A and move forward from that point.

Please let me know if that helps,

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 11:04 AM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Good morning,

to the back and came out and gave me the 205-279-3500 phone number. I then called and was given Guy Dewees phone number who I called that same day. He returned my called but when I explained why I wanted to speak to him, he gave me your name and number. I thought I had emailed him, but I did not find confirmation in my "sent" email.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 12:36 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

You can absolutely still send your grievance in to us; we will make a determination regarding whether it is something we will review upon reaching Form 3. As we discussed, Forms 1 and Forms 2 are used to facilitate conversation between the employee and the jurisdiction. Upon the proper filing of Form 3, my team will review it  With whom did you speak on June 23 when you came to the Personnel Board? Did you speak with someone in Employee Relations?

Thank you,

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:28 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

I came down to the personnel board on 6/23/21 but was directed back to the County. I was eventually given the (205) 279-3500 phone number and I ended up getting Guy Dewees who gave me your name and number.  I don't want to forfeit my chance to grieve when I was not aware.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 11:54 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

The link I sent to you contains all pertinent deadline – Form 1A must be filed within seven calendar days of the grieved instance.
You will have to start with Form 1A and move forward from that point.

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Sunday, July 18, 2021 4:34 PM |
| **To:** | Frederick.Hamilton@jccal.org |
| **Cc:** | Employee Relations |
| **Subject:** | Grievance |
| **Attachments:** | grievance personnel board dr hamilton.pdf |

Please let me know if that helps,

Jennifer

 Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279-3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 11:04 AM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Good morning,

Hope you are well.

For some reason, I could not open form 3. Is there a maximum of days that I can go back when filing the grievance?

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Wednesday, June 30, 2021 12:52 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Per our conversation, please find the below link regarding how to file a grievance.

https://www.pbjcal.org/documents/emprelations/Employee_Grievance_Procedure.pdf

Thank you,

Jennifer

 Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279-3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, June 30, 2021 12:21 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** Meeting


Good afternoon Jennifer,

Hope you are doing well.
I would really appreciate a meeting with you as soon as you can spare some time. It is urgent.
I called and left a message on your voicemail but left **the wrong cell** number. My nerves I guess.


*Looking forward to hearing from you,*

*Toni McElroy*, Workforce Planner/Business Service Representative (BSR)
Jefferson County Community Services & Workforce Development
3216 4th Avenue South
Birmingham, AL 35222
Phone: (205)244-8519 Fax: (205)323-7148
Cell: (205) 542-9421
Email: mcelroya@jccal.org

# NOTICE TO EMPLOYEE OF
# CONTEMPLATED DISCIPLINARY ACTION

TO:      ANTHONERIA McELROY, WORKFORCE PLANNER

FROM:  DR. FREDERICK L. HAMILTON, DIRECTOR OF COMMUNITY
         SERVICES & WORKFORCE DEVELOPMENT

DATE:   JULY 27, 2021

You are hereby notified that disciplinary action is contemplated against you for the following reasons:

## SEE ATTACHMENT

You are advised that you have the right to respond to the foregoing in writing and in a hearing before the County Manager. The hearing will not be adversary and there will not be any examination of witnesses.

In order to exercise your rights, the attached RESPONSE TO NOTICE OF CONTEMPLATED DISCIPLINARY ACTION must be completed and returned to the undersigned Responsible Official by **THURSDAY, JULY 29, 2021, 10:00 A.M.** If you fail to return said RESPONSE TO NOTICE OF CONTEMPLATED DISCIPLINARY ACTION to the undersigned Responsible Official by the time and date set out above, it will be assumed that you do not wish a hearing and do not wish to present any response, and a decision may be made without further notice to you. You will be notified of the decision in writing. Any changes to the foregoing must be agreed to in writing by the undersigned Responsible Official.

_____
(Signature of Responsible Official)

---

## CERTIFICATE OF SERVICE

A copy of the foregoing was delivered by (U.S. Mail) (hand) to the above named employee on _____(date) at _____ (time).

_____
(Signature of Deliverer)

Notice to Employee Anthoneria McElroy
of Contemplated Disciplinary Action
July 27, 2021
Page 1 of 2

# **ATTACHMENT**

*Violation of Personnel Board Rule 12.2(c), conduct unbecoming a classified employee; Rule 12.2(g), incompetence or inefficiency; Rule 12.2(h), insubordination; Rule 12.2(j), neglect of duty; Rule 12.2(l), failure to comply with instructions made and given by a superior officer or a supervisor; and, Rule 12.2(p), any other legitimate and non-discriminatory reason that constitutes good cause for disciplinary action, is reasonably specific, is consistent with the Act and these Rules, and is not motivated by any non-work related preference or animus for or against any person.*

In that on or about July 19, 2021, you were directed by Heather Hall to resubmit May's time and attendance sheet instead of June's due to mistakes and misrepresentations. Also, you were insubordinate on this date as you were asked to provide a "copy of a directive" to Ms. Webb, and you replied that you would do so if time demanded it and refused to provide the directive given to you by Ms. Webb.

On or around June of 2020, your work performance declined significantly, e.g., your work would have to be fixed for backdating agreements and inserting wrong information on disclosure forms. You have failed to complete the justification for OJT on a contract and have continued to backdate contracts such as the St. Vincent's contract.

Further, you have demonstrated a lack of understanding of MOU's as specified in the OJT guide as well as a lack of understanding of the payment system for the OJT program. On or about September, 2020, your office was contacted by Ascension (part of St. Vincent's Hospital healthcare career programs) because you were submitting contracts late and you were requesting contracts back due to your errors which was impacting the start date of their participants. It was discovered that you had a lack of understanding of Microsoft Excel, which led to two in house staff trainings.

Finally, in January, 2021, after continuous performance problems, you were placed on a PIP. You were provided supplemental training, e.g. file ordering, Alabama Works, OJT and ITA Guidelines. Immediately after this training was complete, you continue to submit files with inaccuracies and errors, and fail to follow instructions regarding the processing of your work and OJT clients.

Notice to Employee Anthoneria McElroy
of Contemplated Disciplinary Action
July 27, 2021
Page 2 of 2

You are advised that in deciding what discipline, if any, will be awarded, the Appointing Authority will consider your entire work history with Jefferson County, Alabama, including, but not limited to, the following:

1.   All prior disciplinary actions.
2.   Performance evaluations.
3.   All reprimands and records of counseling.
4.   Your leave and attendance record.
5.   The recommendation of your supervisors.
6.   Any other aggravating or mitigating factors.

**TO THE EMPLOYEE:**

You have received a NOTICE TO EMPLOYEE OF CONTEMPLATED DISCIPLINARY ACTION. The disciplinary action contemplated against you may result in reprimand, suspension, demotion or termination. You also may be exonerated from the charges. In order for you to take advantage of your rights, you must place a mark ("X") in the boxes beside your selections and sign on the line at the bottom. This form must be returned to the Responsible Official below by the date and time indicated below.

# RESPONSE TO NOTICE OF
# CONTEMPLATED DISCIPLINARY ACTION

TO:      DR. FREDERICK L. HAMILTON, DIRECTOR OF COMMUNITY
         SERVICES & WORKFORCE DEVELOPMENT

FROM:    ANTHONERIA McELROY, WORKFORCE PLANNER

DATE AND TIME THIS RESPONSE IS DUE:    THURSDAY, JULY 29, 2021, 10:00 A.M.
                                                          P.M.

## SECTION I:  RESPONSES

You may select either one or both of the following:

☐   (1)  I wish to present a **written response** to the NOTICE TO EMPLOYEE OF CONTEMPLATED
    DISCIPLINARY ACTION for forwarding to the County Manager.  (IMPORTANT NOTE The **written
    response** must be returned with this form to the Responsible Official by the date and time set out
    above.)

☐   (2)  I wish to have a **hearing** before the County Manager.  (A time and date for the **hearing** will be
    arranged for you by the Responsible Official and you will be notified.)  **This hearing will not be of an
    adversary nature and no examination of witnesses will be permitted.**

## SECTION II:  WAIVER OF ALL RESPONSES

☐   I hereby waive my right to present a written response and I hereby waive my right to a hearing before
    the County Manager on this matter.  I understand that a decision on the contemplated disciplinary
    action may be made without any further notice to me.

## SECTION III:  REPRESENTATION BY COUNSEL

I will ☐, will not ☐, (check appropriate box) be represented by counsel in the event that I request an oral hearing.  The name of my counsel is _____

_____

I have read the foregoing document or I have had someone read it to me.  I understand what it says.  I have marked the box or boxes which pertain to me.

## appraisals

**McElroy, Anthoneria <mcelroya@jccal.org>**

Thu 8/5/2021 11:55 AM

To:  Toni McElroy <mtoni52@hotmail.com>

New person, Mr. Crenshaw, has come in to help with appraisals. He stated his goal was to make it so there would not be any surprises. He stated that for decades our appraisals have been complicated and he wants to make it easier for employees to understand our expectations and what we do.  Helping us
So there will be no surprises. According to Dr. Hamilton, he wants our appraisals to be objective so there will be no surprises.  Seems as though he stated that they have be subjective.
Nigel Roberts stated he appreciates the supervisors and the work that they do.




*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

## McElroy, Anthoneria

**From:** McElroy, Anthoneria
**Sent:** Thursday, August 12, 2021 5:45 PM
**To:** Roberts, Nigel
**Cc:** Hamilton, Frederick; Jackson, Walter; Petelos, Tony
**Subject:** RE: Jefferson County Disciplinary hearing reccomendation

Mr. Roberts,

For the benefit of record, you texted me on yesterday and advised me to make sure I checked my email. As a result of me doing so, I discovered two past erroneous infractions which your and supervisors had given me. Obviously, I was confused why you were sending them to me.
However, I reported to work this morning but around 9AM, LaWanza Webb instructed me leave the office immediately because I had been suspended for five days and gave me a copy of the 5 day suspension. Needless to say, I was embarrassed to walk out of the office with my purse on my arm which I'm sure everyone probably knew the reason because of your carelessness with the contemplated hearing notice which led to notices being strewn from one end of the office to the other.

Sent from Mail for Windows

**From:** Roberts, Nigel
**Sent:** Wednesday, August 11, 2021 4:32 PM
**To:** McElroy, Anthoneria
**Cc:** Hamilton, Frederick
**Subject:**
**Importance:** High

Good evening Toni,

Please review the attached  Notice of Employee Disciplinary Action.  If you have any questions, please contact me at 205-325-4880.

Nigel

P. Nigel Roberts | Deputy Director Community Services and Workforce Development
Jefferson County Commission | 716 Richard Arrington Jr. Blvd. | Birmingham, AL 35203
Office: 205.325.4880 | E-mail:robertsn@jccal.org





**Personnel Board**
of Jefferson County

## GRIEVANCE FORM 3

Rule 15 of the Personnel Board Rules & Regulations governs the grievance process. It is important to review this Rule prior to completing this form. Before completing this Form 3, the grievant should thoroughly review and consider any information provided by the department head in Form 2B. This Form 3 is the final submission in the grievance procedure and should be completed by the grievant *only if he/she is dissatisfied with the response provided by the supervisor in Form 2B* and wishes to submit the grievance to the Personnel Board for a determination on whether the matter is adjustable under Rule 15 of the Personnel Board Rules & Regulations and subject to a hearing. **This Form 3 should be submitted to the Personnel Board Employee Relations Department (EmployeeRelations@pbjcal.org), with a copy provided to the department head, within five calendar days of receipt of Form 2B (or within five calendar days of the due date of Form 2B, if the department head fails to respond).** If you wish to withdraw your grievance, please email Personnel Board Employee Relations Department (EmployeeRelations@pbjcal.org)

### Grievant Contact Information

Name: Anthonere McElroy

Job Title: Work Force Planner

*Home* Mailing Address

Street: 917 Terry lne

City: Irondale

Employer: Jefferson Co. Commussin

Preferred Phone: (205) 8429421

Email Address: mcelroya @ scca.org

State: AL        Zip: 35210

### Response to Form 2B

Did you receive a Form 2B response from your department head?  ◯ Yes   ◯ No

If you indicated "Yes" above, indicate the date the Form 2B was submitted to you: _____

Provide any additional information pertinent to the issue being grieved or response provided by your department head in Form 2B:

### Date and Signature

*a. McE*
Grievant Signature

Date Form Submitted to the Personnel Board: 1/28/21

This Form 3 should be submitted to the Personnel Board Employee Relations Department (EmployeeRelations@pbjcal.org), with a copy provided to the department head, within five calendar days of receipt of Form 2B (or within five calendar days of the due date of Form 2B, if the department head fails to respond).

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | Webb, LaWanza |
| **Sent:** | Wednesday, September 22, 2021 11:47 AM |
| **To:** | McElroy, Anthoneria; Mapp, Pamela |
| **Subject:** | RE: Please Participate in HABD's 2021 Employment & Community Resource Fair |

Good morning Ms. McElroy,

Pam will assign staff for all events. Pam please contact the HABD and have them to add you as the new WIOA contact.

Thanks,

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4<sup>th</sup> Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, September 22, 2021 11:41 AM
**To:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** FW: Please Participate in HABD's 2021 Employment & Community Resource Fair

LaWanza and Pam,

Housing Authority has invited me to attend the above event.

**From:** Nicole Crenshaw <ncrenshaw@habd.net>
**Sent:** Thursday, September 16, 2021 11:21 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** Please Participate in HABD's 2021 Employment & Community Resource Fair

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Hi Ms. McElroy,

It is always a pleasure to talk with you. As stated, HABD is Hosting an Employment & Community Resource Fair on October 14, 2021. Please see attached documents and return form to me via email. I look forward to hearing from you! If you have any questions, please let me know.

Thank you

Nicole Crenshaw
PH FSS Coordinator

Housing Authority of the Birmingham District
1826 3rd Avenue South
Birmingham, AL 35233

Phone: 205.521.0687
Cell:205.909.7553
Fax: 205.449.1221





**HOUSING AUTHORITY**
**BIRMINGHAM DISTRICT**

CONFIDENTIALITY NOTICE: This email message may contain privileged or confidential information. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way. If you received this message in error, please return it by forwarding the message and its attachments to the sender. The Housing Authority of the Birmingham District does not accept liability for any errors, omissions, corruption, or virus in the contents of this message.



# Performance Improvement Plan (PIP)

The intent of this document is to identify and outline performance gaps, areas of concern, and to recap expectations of Jefferson County's Department of Community Services and Workforce Development. The purpose is to identify performance deficiencies and to provide a clear concise mechanism for improving performance to a standard of "Meets Expectations". Every effort will be made to provide training and support what's necessary for the successful completion of this Performance Improvement Plan. Items contained in this plan are subject to modification under several circumstances.

**Employee Name: Anthoneria McElroy**

**Supervisor Name: Pamela Mapp       Division: Workforce Development**

**Date: January 21, 2021**

**Step 1: Performance Problem** (*describe the performance problem in specific terms- indicate reason's for poor performance …i.e. lack of knowledge, skills, inappropriate behavior, etc.*):

1. Inappropriate behavior (Insubordination, lack of cooperation, hostility, failure or refusal to follow directions, unwillingness to take responsibility, conflicts with others - customers, coworkers, supervisors; impatient, inconsiderate, argumentative); intimidating behavior towards others in the workplace, unprofessional emails);
   - has failed to comply with orders,
   - procedures and protocol on multiple occasions,
   - was instructed by her supervisor to not come on the floor with eligibility staff,
   - due to issues and confrontations, she continues to have with eligibility staff members,
   - failed to comply with that order and still comes on the floor,
   - was instructed to take a file to a staff member but she refused,
   - telling supervisor to take the file due to an inability to work well with others,
   - has engaged in inappropriate emails and verbal altercations with administrative staff, senior staff, and state staff. As a result, the situation has become so toxic that staff members have expressed that they would prefer not to deal with Ms. McElroy at all,
   - has been instructed not to make any changes to the formatting of the excel document and not to cut and paste in the excel document because she destroys the formulas, however, she continues to disregard those instructions.
2. Lack of knowledge (OJT rules and regulations, Alabama Department of Commerce OJT Training Guidelines, correct processing of OJT participant files, correct processing of OJT employer files, AlabamaWorks data entry; Microsoft Excel; computer drives; use of desktop printer;)
   - has received several sessions of one-on-one BSR training,

- o has attended multiple OJT training group sessions, but continues to submit paperwork with errors, continues to damage excel reports and invoices, which have to then be reformatted,
- o has failed to follow the steps emailed regarding the processing of OJT clients and providers,
- o did not comply with the directions and emails regarding adherence to the OJT eligibility process necessary due to issues consistently had with eligibility staff. Contrary to the directions provided, has failed to comply with the process and self-assigned client appointments; the reason given for non-compliance, "It was a habit".

3. Quality of work (Inaccuracies and errors with routine work assignments for the position of Workforce Planner/ Business Service Representative);
   - o consistently submits contracts and invoices with multiple errors,
   - o goes back and forth via email daily in order to correctly process a single client or invoice,
   - o can't seem to understand what needs to be done.

4. Quality of Work (Slow or no response to work requests, untimely completion of assignments, failure to complete assignments; turns in work products other than those requested; unable to comprehend oral or written instructions; directions repeatedly provided for the same issue on how to process work);
   - o has not submitted weekly reports to supervisor as instructed,
   - o has not updated weekly reports on the share drive as instructed,
   - o failed to scan files into database,
   - o participant files remain out of order thru many attempts at working with her to order the files,
   - o was provided a sample "file order" file, but files returned almost exactly as sent,
   - o files missing required federal documentation.

5. Failure to respond to supervisors' emails (has insisted on multiple occasions that she did not read or see an email sent by her direct supervisors. However, the read receipts show the email was read.)
   - o Usually, these emails that Ms. McElroy states, she did not see are emails directing her to complete a task that she either ends up submitting late or not at all.

**Step 2: Improvement Plan** (*what is expected, how it should be accomplished, and in what timeframe; include action to be taken by the supervisor to assist the employee and give a timeframe for assistance*):

**Ms. McElroy will be provided a 30-day improvement plan that will include:**

**DevelopU Training on appropriate work behaviors to assist in working well with others; formal critical OJT job function training in AlabamaWorks, Microsoft Excel, and OJT file set up and management from Pamela Mapp and LaWanza Webb.  OJT job function training will provide Ms. McElroy a repeat of training received and an overview of required knowledge to effectively perform the task of the position.**

**Formal training will include the following:**

**Week— 1—Microsoft Excel Training- Day 1-Getting Started with Excel, Day 2-Cells and Tables, Inserting and Manipulating Data; Day 3- locating the H drive; how to use the desktop printer.**

2

**Week 2 Day 1—On-the-Job Training Trainees - file composition; On-the-Job Training Employers – file composition; Day 1—Labor Exchange Services for Individuals and Employers.**

**Week 2 Day 2—Training Agreement Management - completion of error-free submissions.**

**Week 2—Alabama Works Training - Day 2—Labor Exchange Services for Employers and Staff; Day 3— WIOA Case Management.**

**Week 3 -Day 1- 3—DevelopU Training on appropriate work behaviors to assist in working well with others; review of OJT Training Guidelines Manual.**

**Week 4 –Ms. McElroy will continue DevelopU Training and attend weekly periodic review meetings with Pamela Mapp and LaWanza Webb.   Ms. McElroy will also continue to work with Pamela Map on the proper setup and maintenance of existing client/employer files during this time period.**

**Ms. McElroy will work on training assignments from 8-10 am; from 10 am to 2 pm (taking an hour break for lunch); from 2-5 pm, Ms. McElroy will work on correcting and creating files, entering participant and employer data into AlabamaWorks and participant follow-up.**

**Ms. McElroy will not recruit any new employers or clients during the next 30 days. During the next 30 days Ms. McElroy's employer files, client files, follow-up, and Alabama Works entries will be corrected and checked weekly during her PIP meeting by her immediate supervisor Pamela Mapp.  Ms. McElroy will submit her files to her immediate supervisor Pam Mapp weekly for review.**

**Comments: Ms. McElroy will receive DevelopU training in the following: Developing a Personal Accounting Framework; Microsoft Excel; Becoming more Professional through Business Etiquette; Confronting your Assumptions; Cultivating Relationships with Your Peers. Ms. McElroy will receive OJT Training via the Alabama Department of Commerce WDD OJT Training Guideline. Ms. McElroy will receive AlabamaWorks Training via GEO Solutions Training Guidelines.**

**Acknowledgment:** (I acknowledge that a copy of the above action has been given to me this day and that a copy of this document will be placed in my personnel file)

Employee (signature):_____   Date: _____

Supervisor (signature):_____   Date: _____

**Periodic Review Notes**

| Comments | Employee Initials | Supervisor Initials | Date |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

3

**CHECK ONE:**

☒ Performance Action Plan satisfactorily completed on: 3/4/2021

☒ Corrective Action required

Failure to meet and sustain improved performance may lead to disciplinary action, up to and including termination. Corrective action may be taken in conjunction with, during, or after the performance plan.

**Reviewed and accepted by:**

**Employee (signature):** _____ **Date:** _____

**Reviewed completed by:**

**Supervisor (signature):** _____ **Date:** _____


*This performance plan is not intended to be an employment contract or guarantee of continuing employment.*

4

1.    After Heather Hall came aboard, she began the OJT process with St. Vincent's by directing me to write and resubmit the contract to her. In fact, she stated it was "Easy peasy."

2.    Although the trainees began work on January 27, 2020. The contract was not signed off on until March 5, 2020, which was one (1) and five days after the training began working.

3.    All of the above was done with LaWanza Webb approval.

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Thursday, March 5, 2020 7:59 AM |
| **To:** | McElroy, Anthoneria |
| **Subject:** | RE: 91403057 ADULT NEW HIRE ST VINCENTS HEALTH SYSTEM.pdf |

The contract has the January date on it. I'm sure she will see that and understand. As long as the start date is on or after the contract date, we are fine.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, March 4, 2020 4:30 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Subject:** RE: 91403057 ADULT NEW HIRE ST VINCENTS HEALTH SYSTEM.pdf

Hey heather,

Does Tina realize that the contract was initiated on 1/24/2020? I'm getting ready to submit timesheets retroactive to that day is why I'm asking.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, March 4, 2020 3:00 PM
**To:** Moore, Tina F <Tina.Moore@labor.alabama.gov>
**Cc:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** 91403057 ADULT NEW HIRE ST VINCENTS HEALTH SYSTEM.pdf

Good afternoon, please see the attached signed and approved agreement for St. Vincent's Health System. Let me know if you have any questions.

Agreement Number: **91403057**

1

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Wednesday, February 26, 2020 3:29 PM |
| **To:** | Hall, Heather S |
| **Cc:** | 'LaWanza Webb'; Comer, Terry |
| **Subject:** | RE: St. Vincent's Nurses |
| **Attachments:** | St. Vincent's resubmitted contract.pdf |

Heather,

Per your directives, I am resubmitting the January 24, 2020 contract.

Thanks for all your assistance!

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 12:54 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Basically, just fix your original contract so its correct and then have the employer re-sign the contract pg.1 and submit.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 12:33:25 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

Ok, I will.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 12:31 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Ahh, ok. In that case, since there isn't an active contract in place, write a new contract with the January dates.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 12:06:14 PM

**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

No, it was submitted but not approved because of the amount of hours that was given as opposed to the 1040. The contract was fine, it was just the hours that were the problem. I began to talk to LaWanza and Terry at this point.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 12:03 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Was the agreement never approved?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 11:59:42 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

Hey Heather,

Since we were not sure how we would continue with their hours, I don't have an agreement number. Because of that, I have not been able to enter the participants into alabamajoblink.gov. The administrative Assistant who did the eligibility on the three 440 hours' participants has not been able to do anything to them in alabamajoblink.gov. We don't know if it is because possibly they have not been closed out from their previous service or what.

Again, thanks!

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 10:53 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

If you want,  send it to me before getting the signature so we can make sure it's accurate and ready to go.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 10:45:22 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

No ma'am! You definitely have done more than enough! I will write the mod, get it signed by the employer and email it to you.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 10:28 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

You're welcome. Let me know if you have any difficulties with the mod. I'll be back on Friday and in the Birmingham Career center on Monday if all goes as planned.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 10:24:01 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

Will do. LaWanza and I was wondering but LaWanza wanted to make sure that was the way you wanted to handle it. Really appreciate your support with this!

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 10:13 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Terry Sullivan <tsul@alatempcorp.com>
**Subject:** Re: St. Vincent's Nurses

Ok, because everyone has started, all we need to do is modify the contract to reduce the training hours for the ITA graduates. Easy peasy. 😊

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 8:50:38 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Terry Sullivan <tsul@alatempcorp.com>
**Subject:** RE: St. Vincent's Nurses

Good morning Heather,

It's ten which includes the 3 that was enrolled in WIOA prior to beginning their job at St. Vincent's. All of them began on January 27th.  As I stated to all concerned parties, Terry, LaWanza, and you, it is not a problem reducing the three that have already used WIOA funds hours to 440.
Thanks Heather!

3

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 6:34 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Good morning. Can you send me a copy of the original contract? How many are on it and for how many hours? When did the individuals start or if some haven't yet? Give me your plan. If no one has started, we'll simply write a new contract with the participants who are ready to start. The ITA folks at 440 and the other people at 1040. ...send me what you have and I will look it over on a break today. I should be back in the office Friday morning.
Best regards,
Heather

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

_____         _____

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Tuesday, February 25, 2020 5:00:11 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** St. Vincent's Nurses

Hi Heather,

Sorry to bother you again, but LaWanza wanted me to check with you to see if I need to rewrite the contract and use January 24th 2020 date, the date that I initially submitted the contract or should I mod it. Remember, three of the nurses will only get 440 hours because they had received WIOA funds for their nursing degree.


A very appreciative,


*Toni McElroy*, *Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)582-5264 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

1.     Initially submitted the contract on January 24, 2020, to Ruby Beezley who at that time was the On-the-Job-Training (OJT) supervisor for Area 4 which is Jefferson County.

2.     On January 30, 2020, Ruby Beezley, emailed me with concerns about giving the nursing these 6 months of training. However, after I spoke to LaWanza Webb, she encouraged me to speak with Terry Comer in order to give St. Vincent trainees the six months of training hours.

3.     On January 31, Heather Hall came aboard as the new OJT supervisor. LaWanza spoke to her about giving the participants more hours which Heather Hall agreed.

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, February 3, 2020 12:15 PM |
| **To:** | 'LaWanza Webb' |
| **Subject:** | FW: OJT Contracts for RNs |

LaWanza,

Initially St Vincent's talked to Montgomery and Pam and Keith about 90 days which was approved. But after I spoke with St. Vincent's personnel, they asked about the six months. As you will recall, you and I both thought the six months could be doable. I definitely don't want to give them less hours that they were promised initially. Please look into this for me because it would be bad faith on our part if we took hours less hours they were promised. Not only did I put a lot of hard work into the contract, but St. Vincent's staff did as well.

Thanks LaWanza!

**From:** Beezley, Ruby J <Ruby.Beezley@alcc.alabama.gov>
**Sent:** Thursday, January 30, 2020 11:17 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Mapp, Pamela <mappp@jccal.org>; Roberts, Nigel <robertsn@jccal.org>; Strother, Keith <strotherk@jccal.org>; King, Sonya <kings@jccal.org>; susan.kozlowski@alcc.alabama.gov; Reno, Amber 'Lane' <Amber.Reno@alcc.alabama.gov>; King, Sonya <kings@jccal.org>; Robinson, Tawanna L Jones <tawanna.robinson@alcc.alabama.gov>; Hall, Heather <Heather.Hall@alcc.alabama.gov>
**Subject:** OJT Contracts for RNs

**Good Morning Toni,**

**There are some training hour limitations for OJT trainees in an employment field where classroom training and certification is required in order for an individual to be hired in that specific vocation. RN is one of those jobs where OJT hours are limited due to the applicant having to complete anywhere from 12 to 24 months in classroom training prior to being eligible for hire.**

**RN OJT training hours are limited to 440 hours per trainee. If St. Vincent's is still interested in the contract to train RNs, please correct the contract form and resubmit.**

**I am copying the other BSRs so that they will be aware of this situation.**

**Thank you,**

*Ruby*

**Ruby Beezley**
**Area 2 Manager**
**Cell: 334-328-4796**
Ruby.beezley@alcc.alabama.gov

1

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, January 24, 2020 4:04 PM |
| **To:** | Beezley, Ruby J |
| **Subject:** | St. Vincent's Health System contract |
| **Attachments:** | contract.pdf |

Thanks Ruby!

## Dated: June 2018 WIOA

### OJT - AGREEMENT PACKAGE √ LIST (New Hire, Performance-Based, Public/Non Profit)

## ALL DOCUMENTS MUST BE ORIGINALS, SIGNED IN INK, AND THE FORMS/DOCUMENTS NEED TO BE SUBMITTED IN THIS ORDER. THANKS.

✓ OJT AGREEMENT *(Page 1)*

✓ ASSURANCES AND CERTIFICATIONS *(Page2) (Employer signature & Date is required)*

✓ TRAINING AND EVALUATION PLAN(S) *(Employer signature is required)*

✓ STATE OF ALABAMA DISCLOSURE STATEMENT   *(Agreements exceeding $5,000.00 - Amount is cumulative and should include OJT, IWT, AIDT, etc., for the past two years; Page 2 must be signed, stamped, and dated by a Notary)*

✓ VERIFICATION OF WORKMEN'S COMPENSATION OR HEALTH & ACCIDENT INSURANCE *(Current policies, please provide policy numbers)*

_____EMPLOYER PERFORMANCE EVALUATION FORM *(Employers that had previous agreements in the past two years)*

_____LETTER OF CONCURRENCE *(Letter from Union representative where a collective bargaining agreement exists)*

_____LETTER OF EXPLANATION *(If there is a third party employee leasing agency or temp. agency involved and etc.)*

✓ OJT EMPLOYERS MUST COMPLETE THE BEASON-HAMMON CERTIFICATE of COMPLIANCE/ALABAMA'S IMMIGRATION LAW

_____ OJT  EMPLOYERS MUST ENROLL IN THE E-VERIFY PROGRAM. *SUBMISSION OF THE FOLLOWING PAGES OF THE E-VERIFY MEMORANDUM OF UNDERSTANDING IS REQUIRED FOR DOCUMENTATION:*

*The First Page of the E-Verify MOU*

*The Electronic Signature Page*

*The page that includes the TIN / FEIN Number*

*Any Company Profile Pages that may be applicable such as the page listing multiple sites.*

## 3- REQUIREMENTS LISTED BELOW PERTAIN TO PERFORMANCE-BASED AGREEMENTS ONLY
_____**EMPLOYER JOB DESCRIPTIONS**

_____**STATEMENT OF WORK**

_____**EMPLOYEE LISTING** *(Names, SSN, ONET, start date, training hours, wages, etc.)*  **\*Please submit the list with the first invoice.**

BUSINESS SERVICE REPRESENTATIVE SIGNATURE: _____
SUPERVISOR SIGNATURE: _____
DATE:   1/24/2020

## ALABAMA DEPARTMENT OF LABOR (ADOL)
## NEW HIRE ON-THE- JOB TRAINING AGREEMENT

| 32 | House |
|---|---|
| 11 | Senate |
| 073 | County Code |

**Agreement No.** _____

**County** Jefferson    **Fund** **Adult**

**Name of Employer**  St. Vincent's Health System

**Address**  2660 10th Avenue South, POB 1 Suite 400
Birmingham, Alabama 35205

**Telephone Number**  205-939-7296    Erin Addison, CPD Program Consultant, Acute Care
(Name and Title of Contact Person)

**Federal ID # (FEIN)**  63-0931008    **Product or Service**  Healthcare

**Number of Employees:**  2250    **Number of OJT Trainees to be Hired:**  10

**OJT Agreement Dates**  1/27/2020    **Completion**  1/27/2021

**Enrollment Period**  From:  1/27/2020   To:  4/25/2020  (not to exceed 90 days from start date)

**Business Service Representative (BSR):**  Toni McElroy

**BSR Office Location**  Birmingham Career Center    **Telephone #**  205-582-5264

### OCCUPATIONAL AND COST OUTLINE

| Occupational Title(s) and O*NET Code(s) Column A | SVP Range -B | # of Trainees C | Training Hrs Per Trainee D | Total Training Hours CxD=E | Hourly Unit Cost F | Total Cost Per Occupy. ExF=G | Trainee Wages Start H | Trainee Wages End I |
|---|---|---|---|---|---|---|---|---|
| Registered Nurses/29-1141.00 | 6<7 | 10 | 1040 | 10,400 | $11.50 | $119,600.00 | $23.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTALS** | | 10 | | 10,400 | | $119,600.00 | | |

Hourly unit cost: (1-50 employees at 75%)(More than 50 employees at 50%) of the starting hourly wage rate.

## TOTAL PAYMENT PERMITTED UNDER THIS AGREEMENT SHALL NOT EXCEED    $119,600.00
The attachments to this agreement, specifically including one training plan per occupational title listed above, are hereby expressly incorporated into and made a part of this agreement.

**COLLECTIVE BARGAINING AGENT OCCURRENCE:** Is the occupation in which employment and training is to be offered, covered under a collective bargaining agreement?    YES _____    NO _____
If "yes", a signed letter from the labor organization representative stating the union name, the representative's title and concurring with the terms of the agreement must be attached.

| EMPLOYER | ADOL Authorized Representative |
|---|---|
| The undersigned, as the duly authorized representative of the employer with authority to commit the employer to this agreement, hereby agrees in good faith to this agreement and to the assurances and certifications found on the second page of this document. | |
| **SIGNATURE** _[signature]_ | **SIGNATURE** _____ |
| **TYPED NAME**  Erin Addison | **DATE** _____ |
| **TITLE**  CPD Program Consultant | |
| **DATE**  1/24/2020 | |

WDD-21 AL Rev. 6/2018 (Pg.1 of 2) WIOA      Original - ADOL/OJT      Copy - Career Center      Copy - Employer

**All Signatures Must Be Submitted in Ink**

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | Beezley, Ruby J <Ruby.Beezley@alcc.alabama.gov> |
| **Sent:** | Friday, January 31, 2020 11:10 AM |
| **To:** | McElroy, Anthoneria; King, Sonya; Reno, Amber 'Lane'; Robinson, Tawanna L Jones |
| **Cc:** | susan.kozlowski@alcc.alabama.gov; Roberts, Nigel; Mapp, Pamela; Webb, LaWanza; Moore, Tina F; Hall, Heather; Bridier, Michael D |
| **Subject:** | Cc... to Heather Hall |

Good Morning All,

I have begun copying all my OJT contract-related correspondence to Heather Hall.  She will be the new CAPTE OJT Supervisor and will be taking my place.  Heather was a very successful BSR in her previous job and knows the "ins and outs" of OJT.  She will truly be an asset to the CAPTE organization.

I wanted her to see how we normally communicate and some of the subjects we cover since it will be a few days before I can sit down with her and show her what I have been doing.  She can see a lot of my normal daily activities by seeing the emails.  So, that is why you will see her name on many of the items I send to you.

Have a great Friday!

Ruby

1

**Files that I submitted to Pam on April 23, 2020**



T███ F███ 0203/2020        K███Moore 02/05/2020        C█████ H█████
                                                                    01/23/2020
J███ S██ 02/05/2020        A███ D██ 02/12/2020
                                                                    A█████ R██ 01/15/2020
K██ M██ /2/05/2020         A█ C██ 12/12/2029
                                                                    S██ J██ 01/21/2020
F█████ S██ 03/04/2020      J███ S██ 1/21/2020
                                                                    Aliyah Davis 03/12/2020
L███ B██ 03/04/2020        N███ A████
                           01/22/2020                               B███ L██ 01/23/2020
F█████ S██/03/04/2020
                           M███ R█████                              K████ W█████
D██████y 01/24/2020        3/3/2020                                 1/23/2020

R██████ R██████            R██████ R██████
2/3/2020
                           B██ S██ 1/16/2020
N███ K████ 02/03/2020
                           J████ M██ 01/21/2020                     T███ S█████
D████L███ 2/5/2020                                                  01/23/2020
                           M█ G█████ 01/15/2020

I submitted the files on April 23, 2020 as I was directed. Ms. Mapp stated that she was not aware that I had so many files and that it was too much work to do. Later Ms. Mapp brought the files to my office and placed them in one of my clients' chairs and stated that the files had already been exited. She never stated to me to give them back to her. I assumed that she was not going to check them because according to her they had already been exited. However, I did not file them because I figured this would come up later.

Although ten of the above clients' dates reflects January, they were backdated for that date because the contract wasn't approved until March 3, 2020, by Heather Hall with LaWanza Webb Approval. The contract was initially submitted to Ruby Beezley, the On-the-Job Training supervisor prior to Ms. Hall taking this position.

On April 22, I received an email from Ms. Mapp stating the process which I was to follow in submitting the files. However, it was illogical which I stated to her in my reply. I did not see then, nor do I remember seeing that I have to submit to Ms. Mapp or anyone else before submitting my contracts to Heather Hall.

Furthermore, the OJT Employer Training checklist requires an agreement number and agreement date which at this time we will not have. The contract has to be written and deemed eligible with this information.

12/21/21, 2:06 PM

 Skip to main content

Accessibility Overview

My Applications - Workday

*Priority list*

*march 21,*

Q

W

Search



*Development Service*

## My Applications

Turn off the new tables view

☑

*Workforce*

| 32 items Date AppliedSort and filter column | Job TitleSort and filter column | LocationSort and filter column | Candidate Recruiting StatusSort and filter column | Candidate Disq ReasonSort and fil |
|---|---|---|---|---|
| 11/30/2021 | Senior Administrative Analyst | Birmingham | Your Candidacy is Under Review | |
| 11/17/2021 | Talent Sourcing Specialist | Personnel Board of Jeff Co | Your Candidacy is Under Review | |
| 11/17/2021 | Talent Sourcing Specialist | Birmingham Merit | Your Candidacy is Under Review | |
| 10/01/2021 | Administrative Analyst | System | Your Candidacy is Under Review | |
| 09/29/2021 | Senior Administrative Analyst | ⊙ Birmingham ⊙ Merit | Your Candidacy is Under Review | |
| 08/27/2021 | Talent Sourcing Specialist | System | Eligible | |
| 08/17/2021 | Senior Administrative Analyst | Birmingham | Forwarded for Employment Consideration | |
| 08/17/2021 | Senior Administrative Analyst | ⊙ Birmingham | Does Not Meet Qualifications | Audited and Removed |
| 06/29/2021 | Senior Administrative Analyst | ⊙ Birmingham | Your Candidacy is Under Review | |
| 06/23/2021 | Senior Administrative Analyst | ⊙ Birmingham Merit | Your Candidacy is Under Review | |
| 05/28/2021 | Senior Administrative Analyst | System | Eligible | |
| 03/15/2021 | Talent Sourcing Specialist | ⊙ Birmingham | Does Not Meet Qualifications | Expired |
| 02/03/2021 | Talent Sourcing Specialist | Birmingham | Your Candidacy is Under Review | |
| 11/02/2020 | Talent Sourcing Specialist | ⊙ Birmingham | Your Candidacy is Under Review | |
| 04/06/2020 | Administrative Services Manager | Birmingham Merit | Your Candidacy is Under Review | |
| 03/13/2020 | Talent Sourcing Specialist | System | Does Not Meet Qualifications | Expired |
| 01/08/2020 | Senior Administrative Analyst | Birmingham | Your Candidacy is Under Review | |
| 10/30/2019 | Senior Administrative Analyst | Jefferson County | Your Candidacy is Under Review | |
| 10/22/2019 | Talent Sourcing Specialist | Birmingham | Does Not Meet Qualifications | Expired |
| 09/17/2019 | Administrative Services Manager | Birmingham | Your Candidacy is Under Review | |
| 05/22/2019 | Senior Administrative Analyst | Birmingham | Your Candidacy is Under Review | |
| 04/30/2019 | Senior Administrative Analyst | Birmingham | Does Not Meet Qualifications | |
| 04/30/2019 | Senior Administrative Analyst | Birmingham | Does Not Meet Qualifications | |

*Jefferson*

| Date AppliedSort and filter column | Job TitleSort and filter column | LocationSort and filter column | Candidate Recruiting StatusSort and filter column | Candidate Disposition ReasonSort and filter column |
|---|---|---|---|---|
| 04/19/2019 | Human Resources Project Coordinator - Health Department | Merit System Merit | Does Not Meet Qualifications | Did Not Meet Minimum Experience Requirement |
| 04/05/2019 | Administrative Analyst Administrative Services | System Merit | Eligible Does Not Meet | |
| 03/29/2019 | Manager | System | Qualifications Does Not Meet | Expired |
| 03/27/2019 | Senior Administrative Analyst | Birmingham Jefferson | Qualifications Forwarded for Employment | |
| 03/27/2019 | Senior Administrative Analyst | County Personnel Board | Consideration Does Not Meet | |
| 03/27/2019 | Senior Administrative Analyst | of Jeff Co | Qualifications Does Not Meet | |
| 02/13/2019 | Talent Sourcing Specialist | Birmingham | Qualifications | |

&lt;

1
2
&gt;

279 3500

*descrimenation*

Harassment and age ~~decimation~~

Monday, September 23, 2019, I placed on Pam Mapp, my supervisor's calendar that I would be out the following day. Even though, she had signed the leave slip a couple of minutes before, I did so because because she had asked that I do so whenever, I would be out of the office which included time off and business appointments.

However, she declined the invite that stated that I was going to be off). She said she declined because I had not put my name in front of the appointment. When I asked her why it was necessary that I put my name in front of it. she said it would save her the time of having to open it up to see who had sent it. My response was that she was questioning me about something which considering the circumstances, I felt was small. I went on to say, she did not question other employers.

By the time I had returned to my desk, I realized she had followed me down the hallway while at the same time stating in a loud voice that she too got on Sonya, the other Business Service Representative who she supervises and Derek Marshall, the Youth Coordinator who she also supervises. She stood outside my office door and proceeded to lambaste me in a very loud and bellicose tone, stating "I don't appreciate you saying that to me." She continued to scold me as if I were a child, stating, "I take offense to that and you are never to do say that again, do I make myself clear?"

Her tone was one of condescension and humiliation especially since Sonya King's office is adjacent to mine and Derek Marshall's is adjacent to Sonya King's. Both of their doors were open, I believe. I understand that the statement that I made was not one that I needed to make although I believed it to be true. Not only was her conduct unprofessional but her behavior was unbecoming to that of a supervisor.

I made this statement because of previous incidents that had happened. For instance, around July 2019, Sonya King, who had used one of the Jefferson County vehicles refused to relinquish the keys to the car that she had just used. I knocked on her door and asked for the keys twice. The second time, she opened the door and offered me her phone and told me that she had called Keith Strother to complain to him I refused to tell her where the gas card was. Not only had I agreed to tell her where it was but had offered to walk out to the car to show her. Ultimately, I had to drive my personal vehicle to my next appointment. I spoke to Ms. Mapp about the incident and asked for a meeting with Keith Strother, Nigel Roberts and her which she agreed she would do. I never heard anything else concerning the meeting.

Another concern of mine is how that the BSR's quotas are done. Pamela Mapp had made Sonya King and my quotas a combined one. I didn't believe this to be fair since Sonya comes in late pretty much every day, eats her breakfast in her office and very seldom go out to canvass for OJT clients. Since July 2019, her and my OJT employers' ratio is 5 to 2, mine being the 5. So according to Pam's quota standards, Sonya King and I will be evaluated as achieving the goal of 5 together. That is not fair.

This morning, Pam Mapp emailed asking that I put something (client that I was working with) in the computer *now*. Although I was trying to make it to a 10am appointment in Pelham, I stopped and did so. Which client was not clear, so I emailed her back asking her which client? Instead of telling me who, she sent me a list with a multitude of names which covered other case managers and business service representatives across the state I believe. I was pushed for time and became very frustrated. So, I went

to Yvette Fields, Birmingham Career Center Director and asked her if she know who I needed to put into the computer. She gave me the person's name and I was able to do. On my way to the business in Pelham, I got a call from Pam Mapp asking had I taken care of the client in the computer. I told her I had. She said, "whenever I ask you to do something in the future, you are not to leave this office until you tell me you have done it, is that understood?" I was about to answer that I was in such a rush to get to my appointment, I was remised in doing so. Instead, I changed my mind and said okay. She responded. "all right then."

I refuse to be spoken to as a child and have had to hold a lot in so I would not lose my temper.

I believe this is age discrimination and continued work place harassment.


Enclosures:
September 25, 2019 memo #1
September 25, 2019 memo #2
List that corresponds with September 25, 2019 (List) #2


Anthoneria McElroy
Workforce Planner and Business Service Representative
Community Service and Economic Development department
C: 205-542-9421/O:205-582-5264

The rest of my appraisals during my tenure with Jefferson County Workforce

The Personnel Board of Jefferson County Alabama                                      Page 1 of

# The Personnel Board of Jefferson County Alabama

## Annual Appraisal

| | |
|---|---|
| **7 Digit Employee ID or Last 4 of SSN** | 2785 |
| **Employee Name** | ANTHONERIA MCELROY |
| **Jurisdiction** | 001 |
| **Status** | FULL-TIME |
| **Class Title** | WORKFORCE PLANNER |
| **Merit Increase Date** (must be within + - 8 daysof the anniversary date) N/A if not applicable) | 11/25/2020 |

Period applicable to this appraisal from 11/25/2019        to 11/25/2020

## How To Use This Form

**Step 1:** Supervisor (Rater) completes task statement review (see page 2 of this form).

**Step 2:** Rater reviews performance appraisal with higher level management official. Rater and management official sign Box #1 following review.

**Step 3:** Rater reviews performance appraisal with employee. Employee signs Box #2 reflecting agreement/disagreement.

**Step 4:** Return form to Personnel Board of Jefferson County 2121 8th Avenue North Suite 100; Birmingham, AL 35203

## Review Acknowledgement

This employee received a total of                    marks in the "Below Expectations

Management Approvals                            Employee Acknowledgement

| | |
|---|---|
| **Rater Signature** | *Pamela Mapp* |
| **Rating Date** | 10-7-20 |
| **Rater (Print Name Here)** | *Pamela Mapp* |
| **Rater's Phone #** | 205-244-8516 |
| **Rater's Email Address** | mapp@jcca1.org |
| **Rater's Employee ID#** | |
| **Management Official's Signature** | |
| **Date** | |

**My supervisor has reviewed this appraisal with me and:**

☐ I agree with it

☐ I disagree with it

**(You may attach supporting documents)**

☐ The employee refuses to sign this appraisal

## Appraisal Statements

### Workforce Planner

Employee Name ___Anthoneria McElroy___

**A - Below Expectations**

**B - Needs Improvement**

**C - Meets Expectations**

**D - Commendable**

**E - Exceeds Expectations**

**For each selected statement below circle A,B,C,D, or E (See above rating scale).** Employee should be rated on no more than 10 of the statements that **best** reflect the employee's duties and responsibilities. Other documentation may be attached.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | A | (B) | C | D | E | Meets Departmental Requirement On Compliance With Rules, Policies, And Procedures |
| 2 | A | B | C | D | E | COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND TRAINING PROGRAM. |
| 3 | A | B | C | D | E | ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES. |
| 4 | A | B | (C) | D | E | MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT COMPLIANCE. |
| 5 | (A) | B | C | D | E | REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS &EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN PROSPECTIVE AGENCY. |
| 6 | A | (B) | C | D | E | PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS RELATED TO CONTRACTOR. |
| 7 | (A) | B | C | D | E | WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION STORAGE. |
| 8 | A | B | C | D | E | PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR PROPOSALS. |
| 9 | A | B | C | D | E | MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT. |

Appraisal Statements - The Personnel Board of Jefferson County Alabama                                   Page 2 of

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | A | B | C | D | E | MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES. |
| 11 | A | B | C | D | E | ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN. |
| 12 | A | B | C | D | E | MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS. |
| 13 | A | B | C | D | E | WRITE GRANT PROPOSALS, COORDINATES PROJECTS. |
| 14 | A | B | C | D | E | PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL ORGANIZATIONS. |
| 15 | A | B | C | D | E | ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND. |

**The Rules And Regulations Of The Personnel Board Of Jefferson County**

**14.4:**   **Appeal of Efficiency Ratings**

Individuals responsible for completing efficiency ratings shall discuss such ratings with their respective Employees. An Employee who disagrees with his or her rating may file a written request to meet with the Reviewing Officer and Department Head within seven (7) calendar days after receipt of the efficiency rating. The Reviewing Officer and the Department Head will, as soon as practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.

Close

Print

1. Ms. McElroy's participant files remain out of order thru many attempts at working with her to get the files in order. Ms. McElroy was provided with a sample file as to how to put her files together and yet files are returned for review almost exactly as they were returned back to her. Ms. McElroy has been instructed in detail about what needs to be done with each of her files in order to correctly put the file together, but still remains unable to properly compose the file. Most files are missing required federal documentation.
2. Ms. McElroy, contrary to the instructions provided in training, has completed zero employer files, although she has many employers under contract.
3. Ms. McElroy has been unable to submit employer contracts or invoices without multiple errors.
4. Directions must be repeatedly provided for the same issue, both written and orally, on how to process her work.
5. Ms. McElroy seems to be unable to comprehend oral or written instructions.
6. Ms. McElroy fails to turn work in on time.
7. Ms. McElroy turns in work products other than those requested.

Anthoneria McElroy Rebuttal to disciplinary

I. Employee disputes the allegation and requests documented proof thereof.

2. 7/8/2020, I received an email from Ms. Webb admonishing me with interfering with Jessica Norman, one of the Administrative clerk's eligibility process. Since she chose not to allow the professional curtesy or fairness of hearing my side or explanation, I will share it now. Ms. Webb's accusations of my following my participants to the eligibility department is ludicrous and false. I was there for two reasons, (1) for Ms. Norman to show me how to access something in Alaworks (2) I went to the front because I was called by the Birmingham Career Service's receptionist that my second participant had arrived and signed in. So, I went to introduce myself to her and point out the office procedure. These two clients had failed to send in the Customer Information Form, so they had to wait longer. The client that

3. my weekly reports are done weekly. In fact, right after the meeting, I gave Nigel Roberts a copy of the report because I did not want anyone to say I did the report after the meeting.

4. Ms. Webb asked that I submit the files to Ms. Mapp by on April 23, 2020 which I did.

5. Not only do I talk and explain their prospective employer and WIOA/OJT relationship, I screen them to see if they are possibly eligible for the program. Once i determine their marital, children, and income status, I curtail the documents needed to what they shared with me. I follow up with an email stating exactly what we have gone over via phone. In addition, I attach the CIF forms, the WIOA information

6. I was making appointments out of habit because I had always done so before the pandemic and because of the May 14th email that Ms. Webb had issued. In doing so, Ms. Webb policy was still followed. 7. Ms. Hall compliments me on my contracts' submission and invoices. Will send copies of emails refuting this.

7. Employee disputes the allegation and requests documented proof thereof

8. Employee disputes the allegation and requests documented proof thereof.

9. Employee disputes the allegation and requests documented proof thereof.

10. Employee disputes the allegation and requests documented proof thereof.

11. I did not participate in staff meetings because of illnesses.

12. Employee disputes the allegation and requests documented proof thereof.

Enclosures: Two participants' letter

Participant who I was accused that is the subject of # 8

# Appraisal Statements

### Workforce Planner

Employee Name _Anthonein R Elroy_

**A - Below Expectations**

**B - Needs Improvement**

**C - Meets Expectations**

**D - Commendable**

**E - Exceeds Expectations**

**For each selected statement below circle A,B,C,D, or E (See above rating scale).** Employee should be rated on no more than 10 of the statements that **best** reflect the employee's duties and responsibilities. Other documentation may be attached.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | A | B | C | **D** | E | Meets Departmental Requirement On Compliance With Rules, Policies, And Procedures |
| 2 | A | B | C | D | E | COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND TRAINING PROGRAM. |
| 3 | A | B | C | D | E | ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES. |
| 4 | A | B | **C** | D | E | MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT COMPLIANCE. |
| 5 | A | B | **C**, | D | E | REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS &EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN PROSPECTIVE AGENCY. |
| 6 | A | B | **C** | D | E | PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS RELATED TO CONTRACTOR. |
| 7 | A | B | **C**, D | | E | WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION STORAGE. |
| 8 | A | B | C | D | E | PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR PROPOSALS. |

## The Merit System Performance Appraisal Cover Page

**Annual Appraisal**

| | |
|---|---|
| **Employee ID** | 2785 |
| **Employee Name** | Anthoneria Mcelroy |
| **Jurisdiction** | 001 |
| **Status** | Full Time |
| **Class Title** | WORKFORCE PLANNER |

**Merit Increase Date**
(must be within + - 8 days of the
anniversary date)  N/A if not applicable

11/25/2019

Period applicable to this appraisal from 11/25/19 to 11/25/20

### HOW TO USE THIS FORM

Step 1:  Supervisor (Rater) completes task statement review (see page 2 of this form).

Step 2:  Rater reviews performance appraisal with higher level management official. Rater and management official sign Box #1 following review.

Step 3:  Rater reviews performance appraisal with employee. Employee signs Box #2 reflecting agreement/disagreement.

Step 4:  Return form to Human Resources Department; 716 Richard Arrington Boulevard Room A610; Birmingham, AL 35203

### REVIEW ACKNOWLEDGEMENT

A merit increase cannot be awarded if employee receives two or more marks in the "Below Expectations" column.

This employee received a total of _____ marks in the "Below Expectations" column.

| BOX 1   **Management Approvals** | BOX 2   **Employee Acknowledgement** |
|---|---|
| Rater Signature                Rating Date | My supervisor has reviewed this appraisal with me and: |
| Rater Print Name Here | ☑ I agree with it |
| | ☐ I disagree with it (You may attach supporting documents) |
| Rater's Phone# | ☐ The employee refuses to sign this appraisal |
| Rater's E-Mail Address | |
| Rater's Employee ID# | |
| Management Official's Signature        Da | Employee's Signature           Date |

| 9 | A | B | C | D | E | MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT. |
|---|---|---|---|---|---|---|
| 10 | A | B | C | D | E | MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES. |
| 11 | A | B | C | D | E | ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN. |
| 12 | A | B | C | D | E | MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS. |
| 13 | A | B | C | D | E | WRITE GRANT PROPOSALS, COORDINATES PROJECTS. |
| 14 | A | B | C | D | E | PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL ORGANIZATIONS. |
| 15 | A | B | C | D | E | ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND. |

## The Rules And Regulations Of The Personnel Board Of Jefferson County

### 14.4:  Appeal of Efficiency Ratings

Individuals responsible for completing efficiency ratings shall discuss such ratings with their respective Employees. An Employee who disagrees with his or her rating may file a written request to meet with the Reviewing Officer and Department Head within seven (7) calendar days after receipt of the efficiency rating. The Reviewing Officer and the Department Head will, as soon as practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.

Close                                        Print

## The Merit System Performance Appraisal Cover Page

**Annual Appraisal**

| | |
|---|---|
| **Employee ID** | 2785 |
| **Employee Name** | Anthoneria Mcelroy |
| **Jurisdiction** | 01 |
| **Status** | Permanent |
| **Class Title** | Workforce Planner |
| **Merit Increase Date** (must be within + - 8 days of the anniversary date)  N/A if not applicable | |

Period applicable to this appraisal from <u>11/25/2018</u> to <u>11/25/2019</u>

### HOW TO USE THIS FORM

Step 1:  Supervisor (Rater) completes task statement review (see page 2 of this form).

Step 2:  Rater reviews performance appraisal with higher level management official. Rater and management official sign Box #1 following review.

Step 3:  Rater reviews performance appraisal with employee. Employee signs Box #2 reflecting agreement/disagreement.

Step 4:  Return form to Human Resources Department; 716 Richard Arrington Boulevard Room A610; Birmingham, AL 35203

### REVIEW ACKNOWLEDGEMENT

A merit increase cannot be awarded if employee receives two or more marks in the "Below Expectations" column.

This employee received a total of ____ marks in the "Below Expectations" column.

| BOX 1   **Management Approvals** | BOX 2   **Employee Acknowledgement** |
|---|---|
| _Rater Signature_   _Rating Date_ | My supervisor has reviewed this appraisal with me and: |
| _Rater Print Name Here_ | ☑ I agree with it |
| Rater's Phone# | ☐ I disagree with it (You may attach supporting documents) |
| Rater's E-Mail Address | ☐ The employee refuses to sign this appraisal |
| Rater's Employee ID# | |
| _____   _____ Management Official's Signature        Date | _Employee's Signature_     _Date_ |

Comments: _See Typed page #3_

# Appraisal Statements

## Workforce Planner

Employee Name 

**A - Below Expectations**

**B - Needs Improvement**

**C - Meets Expectations**

**D - Commendable**

**E - Exceeds Expectations**

**For each selected statement below circle A,B,C,D, or E (See above rating scale).** Employee should be rated on no more than 10 of the statements that **best** reflect the employee's duties and responsibilities. Other documentation may be attached.

1  A  B  C  (D)  E   Meets Departmental Requirement On Compliance With Rules, Policies, And Procedures

2  A  B  C  D  E   COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND TRAINING PROGRAM.

3  A  B  C  D  E   ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES.

4  A  B  C  D  E   MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT COMPLIANCE.

5  A  B  C  D  E   REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS &EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN PROSPECTIVE AGENCY.

6  A  B  C  D  E   PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS RELATED TO CONTRACTOR.

7  A  B  C  D  E   WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION STORAGE.

Appraisal Statements - The Personnel Board of Jefferson County Alabama                    Page 2 of

8  A  B  C  D  E  PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR PROPOSALS.

9  A  B  C  D  E  MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT.

10  A  B  C  D  E  MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES.

11  A  B  C  D  E  ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN.

12  A  B  C  D  E  MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS.

13  A  B  C  D  E  WRITE GRANT PROPOSALS, COORDINATES PROJECTS.

14  A  B  C  D  E  PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL ORGANIZATIONS.

15  A  B  C  D  E  ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND.

## The Rules And Regulations Of The Personnel Board Of Jefferson County

### 14.4:   Appeal of Efficiency Ratings

Individuals responsible for completing efficiency ratings shall discuss such ratings with their respective Employees. An Employee who disagrees with his or her rating may file a written request to meet with the Reviewing Officer and Department Head within seven (7) calendar days after receipt of the efficiency rating. The Reviewing Officer and the Department Head will, as soon as practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.

Close                                              Print

a. McEy  11/16/8

As I stated in my conversation with you when you presented me with my evaluation last week, I have concerns for which this evaluation encompasses. For instance, it does not have a category for employees that exhibit initiative. As you know, presently, I am the coordinator of our biweekly job readiness classes. Besides observing that here was a need for such classes, one of WIOA responsibility is to offer workshops.

Additionally, I coordinate the bimonthly CAPTE meetings from writing the agenda, getting a guest speaker to gathering the food and picking it up as not to incur any extra cost to Jefferson County.

In addition to the required job fairs, I volunteer for other community events. The reason I do so is I believe by participating in these events highlights Community Services and Workforce Services.

Understanding that these extra assignments are mostly voluntary, I believe they are important and I sincerely enjoy them. As you aware, I have been volunteering and going the extra mile three years ago when I initially became employed with Jefferson County Community Services and Workforce Development.

While I do not this participate in these projects for the sake of getting recognized on evaluations, I do believe that it should be noted on the evaluations. Even though I have never been rewarded as far as the evaluations are concerned, it has not deterred my efforts and my diligence: attributes that I feel are noteworthy in contributing to excellence.

I understand that you are only adhering to protocol. Lastly, thank you for your encouragement and support.

Tori,

I agree with the statements made above, but I have not been given the leeway to rate above expectations. You will notice that I did on this evaluation, but as I stated to you, I did/would if I'd be asked to remove it. Again as I stated, I rated above expectation on the only area that I could in an effort to acknowledge all that you do. As you can see it's been 3 years and the changes to the evaluation promised by the HR & the personnel Bd still remain undone. Maybe your comments will move HR staff or Personnel Bd staff to correcting the evaluation forms!

A. McElmy   11/16/18

1   A   B   Ⓒ   D   E   Meets Departmental Requirement On Compliance With Rules, Policies, And
Procedures

2   A   B   C   D   E   COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND
TRAINING PROGRAM.

3   A   B   Ⓒ   D   E   ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES.

4   A   B   C   D   E   MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS
ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED
ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT
COMPLIANCE.

5   A   B   C   D   E   REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS
&EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO
CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN
PROSPECTIVE AGENCY.

6   A   B   C   D   E   PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING
PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS
RELATED TO CONTRACTOR.

7   A   B   C   D   E   WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION
STORAGE.

8   A   B   C   D   E   PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR
PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR
PROPOSALS.

9   A   B   C   D   E   MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT.

10   A   B   C   D   E   MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES.

11   A   B   C   D   E   ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN.

12   A   B   C   D   E   MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS.

13   A   B   C   D   E   WRITE GRANT PROPOSALS, COORDINATES PROJECTS.

14   A   B   C   D   E   PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL
ORGANIZATIONS.

15   A   B   C   D   E   ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND.

## The Rules And Regulations Of The Personnel Board Of Jefferson County

### 14.4:   Appeal of Efficiency Ratings

practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.

(/forms/transferForm.pdf)

# Appraisal Statements

**HUMAN RESOURCE PLANNER**

Employee Name _Anthonerio McElroy_

| A - Below Expectations | B - Needs Improvement | C - Meets Expectations | D - Commendable | E - Exceeds Expectations |
|---|---|---|---|---|

**For each selected statement below circle A,B,C,D, or E (See above rating scale).**

Employee should be rated on no more than 10 of the statements that best reflect the employee's duties and responsibilities. Other documentation may be attached.

Anthoneria McElroy, Human Resource Planner, evaluation comments.

I agreed with the evaluation because of Mr. Strother, my supervisor's explanation; however, it is my goal to always perform above expectations.  In fact, on February 26, 2016, I asked Mr. Strother what I could do to perform at "above expectations' level."

Mr. Strother stated that since I am the learning curve, it is difficult to properly appraise me. He also stated when I asked that he had given persons in Job Development department the same evaluation.

Additionally, he stated that these duties were not our task. Because we do something totally different. However, I would like to cite things that I have done, some which were assigned and some which I took the initiative.

It is always my goal to perform above
1. The first weeks of my employment with Jefferson County Workforce, I did certification for Jefferson County Workforce Clients.
2. After a discussion in staff meeting about our clients needing ready-to-work classes, I located and compiled a list of agencies and institutions that offered these classes.
3. Working with individual assigned participants' files, I compiled a list with all information that I deemed pertinent in finding out their employment status.
4. I have called agencies and employers in search for employment opportunities.
5. I have done some reading that I felt may be beneficial in understanding Workforce Development.
6. I've assisted and written resumes for participants with little or no computer experience.
7. I've suggested to or referred clients to employment opportunities or ready-to-work classes.
8. I've met with individuals who I believed may have contacts to persons who have the ability to hire.

Harassment and age decimation

Monday, September 23, 2019, I placed on Pam Mapp, my supervisor's calendar that I would be out the following day. Even though, she had signed the leave slip a couple of minutes before, I did so because because she had asked that I do so whenever, I would be out of the office which included time off and business appointments.

However, she declined the invite that stated that I was going to be off). She said she declined because I had not put my name in front of the appointment. When I asked her why it was necessary that I put my name in front of it. she said it would save her the time of having to open it up to see who had sent it. My response was that she was questioning me about something which considering the circumstances, I felt was small. I went on to say, she did not question other employers.

By the time I had returned to my desk, I realized she had followed me down the hallway while at the same time stating in a loud voice that she too got on Sonya, the other Business Service Representative who she supervises and Derek Marshall, the Youth Coordinator who she also supervises. She stood outside my office door and proceeded to lambaste me in a very loud and bellicose tone, stating "I don't appreciate you saying that to me." She continued to scold me as if I were a child, stating, "I take offense to that and you are never to do say that again, do I make myself clear?"

Her tone was one of condescension and humiliation especially since Sonya King's office is adjacent to mine and Derek Marshall's is adjacent to Sonya King's. Both of their doors were open, I believe. I understand that the statement that I made was not one that I needed to make although I believed it to be true. Not only was her conduct unprofessional but her behavior was unbecoming to that of a supervisor.

I made this statement because of previous incidents that had happened. For instance, around July 2019, Sonya King, who had used one of the Jefferson County vehicles refused to relinquish the keys to the car that she had just used. I knocked on her door and asked for the keys twice. The second time, she opened the door and offered me her phone and told me that she had called Keith Strother to complain to him I refused to tell her where the gas card was. Not only had I agreed to tell her where it was but had offered to walk out to the car to show her. Ultimately, I had to drive my personal vehicle to my next appointment. I spoke to Ms. Mapp about the incident and asked for a meeting with Keith Strother, Nigel Roberts and her which she agreed she would do. I never heard anything else concerning the meeting.

Another concern of mine is how that the BSR's quotas are done. Pamela Mapp had made Sonya King and my quotas a combined one. I didn't believe this to be fair since Sonya comes in late pretty much every day, eats her breakfast in her office and very seldom go out to canvass for OJT clients. Since July 2019, her and my OJT employers' ratio is 5 to 2, mine being the 5. So according to Pam's quota standards, Sonya King and I will be evaluated as achieving the goal of 5 together. That is not fair.

This morning, Pam Mapp emailed asking that I put something (client that I was working with) in the computer *now*. Although I was trying to make it to a 10am appointment in Pelham, I stopped and did so. Which client was not clear, so I emailed her back asking her which client? Instead of telling me who, she sent me a list with a multitude of names which covered other case managers and business service representatives across the state I believe. I was pushed for time and became very frustrated. So, I went

to Yvette Fields, Birmingham Career Center Director and asked her if she know who I needed to put into the computer. She gave me the person's name and I was able to do. On my way to the business in Pelham, I got a call from Pam Mapp asking had I taken care of the client in the computer. I told her I had. She said, "whenever I ask you to do something in the future, you are not to leave this office until you tell me you have done it, is that understood?" I was about to answer that I was in such a rush to get to my appointment, I was remised in doing so. Instead, I changed my mind and said okay. She responded, "all right then."

I refuse to be spoken to as a child and have had to hold a lot in so I would not lose my temper.

I believe this is age discrimination and continued work place harassment.

Enclosures:
September 25, 2019 memo #1
September 25, 2019 memo #2
List that corresponds with September 25, 2019 (List) #2

Anthoneria McElroy
Workforce Planner and Business Service Representative
Community Service and Economic Development department
C: 205-542-9421/O:205-582-5264

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, October 14, 2019 11:11 AM |
| **To:** | Roberts, Nigel |
| **Subject:** | RE: |

Nigel,

Like I told you this morning, I appreciate you allowing me to work overtime along with Derek and some of the administrative assistants on last Saturday. I did get most of my contacts in and is continuing to work on them. If you'd recall, I have been asking you for permission for the last few weeks in order to get caught up with my work. I asked because I had tried something son my own working through lunch and breaks. One of your suggestions was for me to concentrate on me. I respect that but when I observe others are being treated differently than I then I feel compelled to address it. Although you addressed it as time management, I respectfully disagree. I believe it's more cause and effect. If I have more employers//contracts then ultimately I will have more work to put into the computer and more employers to communicate with. I understand that you believe that Pam and I should communicate but when I have been talked to in the manner that Ms. Mapp did, then it can not simply be communicate with her as usual. During the meeting with you and Keith, in my opinion It's hard to dictate one's feelings/emotions especially after she/he has been humiliated.

Mr. Strother continued to communicate to me as if am a child.

Like you said, if an employee doesn't like working here, then he/she should find them something else. I've always said to staff and anyone else who would listen that I enjoy my job and I'm very passionate about helping the population we serve. I love what I do and has always done whatever role management has assigned to me without complaining. I've been assigned three different ones since I've been here and not once have I had problems or voiced my dissatisfaction for my duties as others have because we/she was hired to write grants.

I still have concerns but hopefully these concerns will be addressed in the coming months.

Thanks for taking time speaking with me last Friday.

**From:** Roberts, Nigel <robertsn@jccal.org>
**Sent:** Monday, October 14, 2019 10:18 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Strother, Keith <strotherk@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:**

Toni,

As per our meeting on Thursday, October 9, 2019. The following is a recap of our meeting.

<u>Training</u> - Over the next 30 days, training will be provided for the following:

- Business Service Representative (BSR) Training
- Excel Training

If you have additional training needs, please inform Pamela Mapp, Supervisor.

1

**Work Plan** – In an effort to get you caught up with your work task.  We will start with the following:

- You have been granted permission to work overtime on Saturday, October 12th to catch up on the 15 contacts that need to be entered.

- I am directing you to allocate every Friday to making sure all contacts and contracts have been entered. ( Like I told you and Keith, in the past, I had specified Friday to do just that.)

- Develop a daily work plan/timeline to outline your desk time to complete contract and contact, meeting with business clients and program clients. As discussed, there will be distractions as part of what we do.

**Other** - Our discussion also included the following:
- All staff must follow the structure of CAPTE's organizational chart. I was ... ... ... ... in supervisory positions but in no way does that need a supervisor is allowed to abuse, but I have had those post their subordinates. In doing so, it's here to continue to communicate with that supervisor so that it will happen again.
- Work with supervisor to review work before submitting to State. The goal is to cut down on the errors and number of staffs communicating with State staff.
- Submit questions and/or concerns to Pamela Mapp as your direct supervisor
- Starting Tuesday, October 15th we will start having weekly Business Services staff meeting.
  As part of our discussion, you expressed your competitiveness, expectations and commitment to success. From that conversation, we agreed that you would focus on your performance and allow supervisors and I handle the performance of peers.  ( ... ... ... ... to scare of my peers ... ... ... for four years and management has not done anything about it. Anything quite the contrary. Of course, you were not part of management.)

I hope that our conversations and the above small steps with assist you.  Let's continue to strive for excellence and remember the people we work daily to help.

**P. Nigel Roberts, MSA, EDFP**
**Deputy Director**
Central Alabama Partnership for Training and Employment (CAPTE)
**3216 4th Avenue South, Birmingham, AL 35222**
**Office: 205-582-5266**
nroberts@capte.org

2

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, August 23, 2021 10:37 AM |
| **To:** | 'Toni McElroy' |
| **Subject:** | retaliation |
| **Attachments:** | Lawanza deviating from weekly reports.pdf |

I received an email from LaWanza on last Friday deviating from the how to told me to do the weekly report initially. I believe it to be retaliatory because in the past I wrote my report as she told me but suddenly when I grieved the past incidents of retaliation to the Personnel department, she decided she did not want the report written as such anymore.

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4ᵗʰ Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

1

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, August 20, 2021 11:25 AM |
| **To:** | Webb, LaWanza |
| **Cc:** | Mapp, Pamela |
| **Subject:** | RE: Week report 0815-8/20/21 |
| **Attachments:** | Weekly Report edited 2X.pdf |

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Friday, August 20, 2021 11:14 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Mapp, Pamela <mappp@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

Are you still working on Brother Muhammad's file? Please list the files you are working on under the "ongoing" section and resubmit.

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Friday, August 20, 2021 10:32 AM
**To:** Webb, LaWanza <webbl@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Friday, August 20, 2021 10:22 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

Toni,

Please list on your report the files you worked on during the week and list the two files you completed.

Thanks,

*LaWanza Webb, MBA, JD*

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, August 20, 2021 10:32 AM |
| **To:** | Webb, LaWanza |
| **Subject:** | RE: Week report 0815-8/20/21 |
| **Attachments:** | Weekly Report edited.pdf |

**From:** Webb, LaWanza <webbl@jccal.org>
**Sent:** Friday, August 20, 2021 10:22 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Week report 0815-8/20/21

Toni,

Please list on your report the files you worked on during the week and list the two files you completed.

Thanks,

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Friday, August 20, 2021 10:13 AM
**To:** Webb, LaWanza <webbl@jccal.org>
**Subject:** Week report 0815-8/20/21

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*

**EMPLOYEE WEEKLY ACTIVITY REPORT**

| **EMPLOYEE NAME** | | |
| Anthoneria McElroy | \| **DIVISON Workforce** | \|**WEEK-08/02/2021** |

## COMPLETED TASK

1. Corrected and submitted 4 OJT trainee files
2. Submitted two other trainee files
3. Submitted corrected employer file
4. Submitted additional employer file
5. Responding to Susan's email, (missing providers) submitted 18 trainees' files
6. Responding to Donna Rowe request, submitted 19 OJT Trainee files with end dates, identifying whether they successfully or unsuccessfully completed training.

## ONGOING TASK

Will continue to work on files.

**APPROVED BY:**                      **DATE:**

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Thursday, August 19, 2021 9:18 AM |
| **To:** | Employee Relations |
| **Cc:** | Webb, LaWanza; Mapp, Pamela |
| **Subject:** | Form A document for grievance |
| **Attachments:** | pattern of management denying employee defending him or herself.pdf |

*Toni McElroy*, *Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4ᵗʰ Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

## McElroy, Anthoneria

**Sent:**          Tuesday, August 10, 2021 10:52 PM
**To:**            Toni McElroy
**Subject:**       FW: Meeting

**From:** McElroy, Anthoneria
**Sent:** Tuesday, July 6, 2021 9:56 AM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Good morning Ms. Samuelson,

I am preparing my grievance which received from you last week on the June 30, 2021. According to my calculations, since tomorrow will be the 7th day. So I'm assuming I have until tomorrow. Just wanted to make sure. Definitely don't want to miss the deadline.
Thanks.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 1:00 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Thank you – I wanted to make sure my team hadn't inadvertently given misinformation!  Go ahead and get your grievance filed. Upon receipt of Form 3, after the completion of the original 2 forms, we will make a determination of its timeliness.

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:46 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Actually, the lobby front desk security guard called and whoever he spoke to told him that the Personnel Board was located the County in the Annex building. So I walked over there and ended up where I believed he might be sending me, the County Personnel Board. After speaking with the front desk receptionist and because of my insistence she went

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, August 13, 2021 11:42 AM |
| **To:** | Terrell McCants |
| **Subject:** | FW: Grievance form and grievance |
| **Attachments:** | RE: Meeting |

Terrell,
Just in case you do not have a copy of the procedure, I am forwarding you the link and conversations that the Personnel Board and I had concerning the grievance.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Tuesday, July 6, 2021 2:18 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Employee Relations <er@pbjcal.org>
**Subject:** RE: Grievance form and grievance

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Ms. McElroy,

Please be advised, the email chain you forwarded with your grievance was not the entirety of our email communication. I have attached a copy of our entire chain for your records. Additionally, please be aware you attached an empty copy of form 3. Furthermore, form 3 cannot be filed with the PBJC until the completion of forms 1A/B and forms 2A/B.

Thank you,

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Tuesday, July 6, 2021 1:28 PM
**To:** Hamilton, Frederick <hamiltonf@jccal.org>; Employee Relations <er@pbjcal.org>
**Subject:** Grievance form and grievance

## appraisals

McElroy, Anthoneria <mcelroya@jccal.org>

Thu 8/5/2021 11:55 AM

To: Toni McElroy <mtoni52@hotmail.com>

New person, Mr. Crenshaw, has come in to help with appraisals. He stated his goal was to make it so there would not be any surprises. He stated that for decades our appraisals have been complicated and he wants to make it easier for employees to understand our expectations and what we do. Helping us

So there will be no surprises. According to Dr. Hamilton, he wants our appraisals to be objective so there will be no surprises. Seems as though he stated that they have be subjective.

Nigel Roberts stated he appreciates the supervisors and the work that they do.

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 1:00 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Thank you – I wanted to make sure my team hadn't inadvertently given misinformation!  Go ahead and get your grievance filed. Upon receipt of Form 3, after the completion of the original 2 forms, we will make a determination of its timeliness.

Jennifer

 Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:46 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Actually, the lobby front desk security guard called and whoever he spoke to told him that the Personnel Board was located the County in the Annex building. So I walked over there and ended up where I believed he might be sending me, the County Personnel Board. After speaking with the front desk receptionist and because of my insistence she went to the back and came out and gave me the 205-279-3500 phone number. I then called and was given Guy Dewees phone number who I called that same day. He returned my called but when I explained why I wanted to speak to him, he gave me your name and number. I thought I had emailed him, but I did not find confirmation in my "sent" email.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 12:36 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

You can absolutely still send your grievance in to us; we will make a determination regarding whether it is something we will review upon reaching Form 3.  As we discussed, Forms 1 and Forms 2 are used to facilitate conversation between the employee and the jurisdiction.  Upon the proper filing of Form 3, my team will review it   With whom did you speak on June 23 when you came to the Personnel Board?  Did you speak with someone in Employee Relations?

Thank you,

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:28 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

I came down to the personnel board on 6/23/21 but was directed back to the County. I was eventually given the (205) 279-3500 phone number and I ended up getting Guy Dewees who gave me your name and number.  I don't want to forfeit my chance to grieve when I was not aware.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 11:54 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

The link I sent to you contains all pertinent deadline – Form 1A must be filed within seven calendar days of the grieved instance.
You will have to start with Form 1A and move forward from that point.

Please let me know if that helps,

Jennifer



Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 11:04 AM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Good morning,

to the back and came out and gave me the 205-279-3500 phone number. I then called and was given Guy Dewees phone number who I called that same day. He returned my called but when I explained why I wanted to speak to him, he gave me your name and number. I thought I had emailed him, but I did not find confirmation in my "sent" email.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 12:36 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

You can absolutely still send your grievance in to us; we will make a determination regarding whether it is something we will review upon reaching Form 3. As we discussed, Forms 1 and Forms 2 are used to facilitate conversation between the employee and the jurisdiction. Upon the proper filing of Form 3, my team will review it   With whom did you speak on June 23 when you came to the Personnel Board?  Did you speak with someone in Employee Relations?

Thank you,

Jennifer

 **Personnel Board**
A career. A purpose. A life.

Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 12:28 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

I came down to the personnel board on 6/23/21 but was directed back to the County. I was eventually given the (205) 279-3500 phone number and I ended up getting Guy Dewees who gave me your name and number.  I don't want to forfeit my chance to grieve when I was not aware.

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Thursday, July 1, 2021 11:54 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

The link I sent to you contains all pertinent deadline – Form 1A must be filed within seven calendar days of the grieved instance.
You will have to start with Form 1A and move forward from that point.

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Sunday, July 18, 2021 4:34 PM |
| **To:** | Frederick.Hamilton@jccal.org |
| **Cc:** | Employee Relations |
| **Subject:** | Grievance |
| **Attachments:** | grievance personnel board dr hamilton.pdf |

Please let me know if that helps,

Jennifer

 Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Thursday, July 1, 2021 11:04 AM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** RE: Meeting

Good morning,

Hope you are well.

For some reason, I could not open form 3. Is there a maximum of days that I can go back when filing the grievance?

**From:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Sent:** Wednesday, June 30, 2021 12:52 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** RE: Meeting

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Per our conversation, please find the below link regarding how to file a grievance.

https://www.pbjcal.org/documents/emprelations/Employee_Grievance_Procedure.pdf

Thank you,

Jennifer

 Jennifer Samuelson, SPHR, SHRM-SCP
jennifer.samuelson@pbjcal.org   |   205-279- 3478

CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, June 30, 2021 12:21 PM
**To:** Samuelson, Jennifer <jennifer.samuelson@pbjcal.org>
**Subject:** Meeting


Good afternoon Jennifer,

Hope you are doing well.
I would really appreciate a meeting with you as soon as you can spare some time. It is urgent.
I called and left a message on your voicemail but left **the wrong cell** number. My nerves I guess.


*Looking forward to hearing from you,*

*Toni McElroy, Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4ᵗʰ Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

# NOTICE TO EMPLOYEE OF
# CONTEMPLATED DISCIPLINARY ACTION

TO:      ANTHONERIA McELROY, WORKFORCE PLANNER

FROM:    DR. FREDERICK L. HAMILTON, DIRECTOR OF COMMUNITY
         SERVICES & WORKFORCE DEVELOPMENT

DATE:    JULY 27, 2021

You are hereby notified that disciplinary action is contemplated against you for the following reasons:

## SEE ATTACHMENT

You are advised that you have the right to respond to the foregoing in writing and in a hearing before the County Manager. The hearing will not be adversary and there will not be any examination of witnesses.

In order to exercise your rights, the attached RESPONSE TO NOTICE OF CONTEMPLATED DISCIPLINARY ACTION must be completed and returned to the undersigned Responsible Official by **THURSDAY, JULY 29, 2021, 10:00 A.M.** If you fail to return said RESPONSE TO NOTICE OF CONTEMPLATED DISCIPLINARY ACTION to the undersigned Responsible Official by the time and date set out above, it will be assumed that you do not wish a hearing and do not wish to present any response, and a decision may be made without further notice to you. You will be notified of the decision in writing. Any changes to the foregoing must be agreed to in writing by the undersigned Responsible Official.

(Signature of Responsible Official)

## CERTIFICATE OF SERVICE

A copy of the foregoing was delivered by (U.S. Mail) (hand) to the above named employee on ____ 27, 2021 (date) at 12:05 (time).

(Signature of Deliverer)

Notice to Employee Anthoneria McElroy
of Contemplated Disciplinary Action
July 27, 2021
Page 1 of 2

# **ATTACHMENT**

*Violation of Personnel Board Rule 12.2(c), conduct unbecoming a classified employee; Rule 12.2(g), incompetence or inefficiency; Rule 12.2(h), insubordination; Rule 12.2(j), neglect of duty; Rule 12.2(l), failure to comply with instructions made and given by a superior officer or a supervisor; and, Rule 12.2(p), any other legitimate and non-discriminatory reason that constitutes good cause for disciplinary action, is reasonably specific, is consistent with the Act and these Rules, and is not motivated by any non-work related preference or animus for or against any person.*

In that on or about July 19, 2021, you were directed by Heather Hall to resubmit May's time and attendance sheet instead of June's due to mistakes and misrepresentations. Also, you were insubordinate on this date as you were asked to provide a "copy of a directive" to Ms. Webb, and you replied that you would do so if time demanded it and refused to provide the directive given to you by Ms. Webb.

On or around June of 2020, your work performance declined significantly, e.g., your work would have to be fixed for backdating agreements and inserting wrong information on disclosure forms. You have failed to complete the justification for OJT on a contract and have continued to backdate contracts such as the St. Vincent's contract.

Further, you have demonstrated a lack of understanding of MOU's as specified in the OJT guide as well as a lack of understanding of the payment system for the OJT program. On or about September, 2020, your office was contacted by Ascension (part of St. Vincent's Hospital healthcare career programs) because you were submitting contracts late and you were requesting contracts back due to your errors which was impacting the start date of their participants. It was discovered that you had a lack of understanding of Microsoft Excel, which led to two in house staff trainings.

Finally, in January, 2021, after continuous performance problems, you were placed on a PIP. You were provided supplemental training, e.g. file ordering, Alabama Works, OJT and ITA Guidelines. Immediately after this training was complete, you continue to submit files with inaccuracies and errors, and fail to follow instructions regarding the processing of your work and OJT clients.

Notice to Employee Anthoneria McElroy
of Contemplated Disciplinary Action
July 27, 2021
Page 2 of 2


You are advised that in deciding what discipline, if any, will be awarded, the Appointing Authority will consider your entire work history with Jefferson County, Alabama, including, but not limited to, the following:

1.    All prior disciplinary actions.
2.    Performance evaluations.
3.    All reprimands and records of counseling.
4.    Your leave and attendance record.
5.    The recommendation of your supervisors.
6.    Any other aggravating or mitigating factors.

## TO THE EMPLOYEE:

You have received a NOTICE TO EMPLOYEE OF CONTEMPLATED DISCIPLINARY ACTION. The disciplinary action contemplated against you may result in reprimand, suspension, demotion or termination. You also may be exonerated from the charges. In order for you to take advantage of your rights, you must place a mark ("X") in the boxes beside your selections and sign on the line at the bottom. This form must be returned to the Responsible Official below by the date and time indicated below.

# RESPONSE TO NOTICE OF
# CONTEMPLATED DISCIPLINARY ACTION

TO:      DR. FREDERICK L. HAMILTON, DIRECTOR OF COMMUNITY
         SERVICES & WORKFORCE DEVELOPMENT

FROM:   ANTHONERIA McELROY, WORKFORCE PLANNER

DATE AND TIME THIS RESPONSE IS DUE:   THURSDAY, JULY 29, 2021, 10:00 A.M.
                                                                          PM

### SECTION I:  RESPONSES

You may select either one or both of the following:

☐   (1)  I wish to present a **written response** to the NOTICE TO EMPLOYEE OF CONTEMPLATED
        DISCIPLINARY ACTION for forwarding to the County Manager. (IMPORTANT NOTE The **written
        response** must be returned with this form to the Responsible Official by the date and time set out
        above.)

☐   (2)  I wish to have a **hearing** before the County Manager. (A time and date for the **hearing** will be
        arranged for you by the Responsible Official and you will be notified.) **This hearing will not be of an
        adversary nature and no examination of witnesses will be permitted.**

### SECTION II:  WAIVER OF ALL RESPONSES

☐   I hereby waive my right to present a written response and I hereby waive my right to a hearing before
    the County Manager on this matter.  I understand that a decision on the contemplated disciplinary
    action may be made without any further notice to me.

### SECTION III:  REPRESENTATION BY COUNSEL

I will ☐, will not ☐, (check appropriate box) be represented by counsel in the event that I request an oral
hearing.  The name of my counsel is _____

_____

I have read the foregoing document or I have had someone read it to me.  I understand what it says.  I have
marked the box or boxes which pertain to me.

_____

12/29/21, 1:49 PM                                                     Mail - Toni McElroy - Outlook

## appraisals

**McElroy, Anthoneria <mcelroya@jccal.org>**

Thu 8/5/2021 11:55 AM

To: Toni McElroy <mtoni52@hotmail.com>

New person, Mr. Crenshaw, has come in to help with appraisals. He stated his goal was to make it so there would not be any surprises. He stated that for decades our appraisals have been complicated and he wants to make it easier for employees to understand our expectations and what we do.  Helping us

So there will be no surprises. According to Dr. Hamilton, he wants our appraisals to be objective so there will be no surprises.  Seems as though he stated that they have be subjective.

Nigel Roberts stated he appreciates the supervisors and the work that they do.

*Toni McElroy*, *Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)244-8519 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Thursday, August 12, 2021 5:45 PM |
| **To:** | Roberts, Nigel |
| **Cc:** | Hamilton, Frederick; Jackson, Walter; Petelos, Tony |
| **Subject:** | RE: Jefferson County Disciplinary hearing reccomendation |

Mr. Roberts,

For the benefit of record, you texted me on yesterday and advised me to make sure I checked my email. As a result of me doing so, I discovered two past erroneous infractions which your and supervisors had given me.  Obviously, I was confused why you were sending them to me.
However, I reported to work this morning but around 9AM, LaWanza Webb instructed me leave the office immediately because I had been suspended for five days and gave me a copy of the 5 day suspension. Needless to say, I was embarrassed to walk out of the office with my purse on my arm which I'm sure everyone probably knew the reason because of your carelessness with the contemplated hearing notice which led to notices being strewn from one end of the office to the other.

Sent from Mail for Windows

**From:** Roberts, Nigel
**Sent:** Wednesday, August 11, 2021 4:32 PM
**To:** McElroy, Anthoneria
**Cc:** Hamilton, Frederick
**Subject:**
**Importance:** High

Good evening Toni,

Please review the attached  Notice of Employee Disciplinary Action.  If you have any questions, please contact me at 205-325-4880.

Nigel

P. Nigel Roberts | Deputy Director Community Services and Workforce Development
Jefferson County Commission | 716 Richard Arrington Jr. Blvd. | Birmingham, AL 35203
Office: 205.325.4880 | E-mail:robertsn@jccal.org





**Personnel Board**
of Jefferson County

**GRIEVANCE FORM 3**

Rule 15 of the Personnel Board Rules & Regulations governs the grievance process. It is important to review this Rule prior to completing this form. Before completing this Form 3, the grievant should thoroughly review and consider any information provided by the department head in Form 2B. This Form 3 is the final submission in the grievance procedure and should be completed by the grievant *only if he/she is dissatisfied with the response provided by the supervisor in Form 2B* and wishes to submit the grievance to the Personnel Board for a determination on whether the matter is adjustable under Rule 15 of the Personnel Board Rules & Regulations and subject to a hearing. **This Form 3 should be submitted to the Personnel Board Employee Relations Department (EmployeeRelations@pbjcal.org), with a copy provided to the department head, within five calendar days of receipt of Form 2B (or within five calendar days of the due date of Form 2B, if the department head fails to respond).** If you wish to withdraw your grievance, please email Personnel Board Employee Relations Department (EmployeeRelations@pbjcal.org)

## Grievant Contact Information

Name: _Anthonena McElroy_          Employer: _Jefferson Co. Commission_

Job Title: _Work Force Planner_     Preferred Phone: _205 ) 542742_

*Home Mailing Address*              Email Address: _mcelroya @ sccal.org_

Street: _917 Terry Lne_

City: _Irondale_                    State: _Al_   Zip: _35210_

## Response to Form 2B

Did you receive a Form 2B response from your department head?  ○ Yes   ○ No

If you indicated "Yes" above, indicate the date the Form 2B was submitted to you: _____

Provide any additional information pertinent to the issue being grieved or response provided by your department head in Form 2B:

## Date and Signature

_A. Mcs_
Grievant Signature                  Date Form Submitted to the Personnel Board: _1/28/21_

This Form 3 should be submitted to the Personnel Board Employee Relations Department (EmployeeRelations@pbjcal.org), with a copy provided to the department head, within five calendar days of receipt of Form 2B (or within five calendar days of the due date of Form 2B, if the department head fails to respond).

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | Webb, LaWanza |
| **Sent:** | Wednesday, September 22, 2021 11:47 AM |
| **To:** | McElroy, Anthoneria; Mapp, Pamela |
| **Subject:** | RE: Please Participate in HABD's 2021 Employment & Community Resource Fair |

Good morning Ms. McElroy,

Pam will assign staff for all events. Pam please contact the HABD and have them to add you as the new WIOA contact.

Thanks,

*LaWanza Webb, MBA, JD*
**WIOA Programs Manager\ Grants Administrator**
**Jefferson County Community Services & Workforce Development**
**CAPTE**
**3216 4th Avenue South**
**Birmingham, AL 35222**
**(205) 582-5254 - Office**
**(205) 441-4522 – Cell**
Lawanza.webb@jccal.org

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, September 22, 2021 11:41 AM
**To:** Webb, LaWanza <webbl@jccal.org>; Mapp, Pamela <mappp@jccal.org>
**Subject:** FW: Please Participate in HABD's 2021 Employment & Community Resource Fair

LaWanza and Pam,

Housing Authority has invited me to attend the above event.

**From:** Nicole Crenshaw <ncrenshaw@habd.net>
**Sent:** Thursday, September 16, 2021 11:21 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** Please Participate in HABD's 2021 Employment & Community Resource Fair

**CAUTION:** This message was sent from outside of Jefferson County. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe.

Hi Ms. McElroy,

It is always a pleasure to talk with you. As stated, HABD is Hosting an Employment & Community Resource Fair on October 14, 2021. Please see attached documents and return form to me via email. I look forward to hearing from you! If you have any questions, please let me know.

Thank you

Nicole Crenshaw
PH FSS Coordinator

1

Housing Authority of the Birmingham District
1826 3rd Avenue South
Birmingham, AL 35233

Phone: 205.521.0687
Cell:205.909.7553
Fax: 205.449.1221





**HOUSING AUTHORITY**
**BIRMINGHAM DISTRICT**

CONFIDENTIALITY NOTICE: This email message may contain privileged or confidential information. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way. If you received this message in error, please return it by forwarding the message and its attachments to the sender. The Housing Authority of the Birmingham District does not accept liability for any errors, omissions, corruption, or virus in the contents of this message.



# Performance Improvement Plan (PIP)

The intent of this document is to identify and outline performance gaps, areas of concern, and to recap expectations of Jefferson County's Department of Community Services and Workforce Development. The purpose is to identify performance deficiencies and to provide a clear concise mechanism for improving performance to a standard of "Meets Expectations". Every effort will be made to provide training and support what's necessary for the successful completion of this Performance Improvement Plan. Items contained in this plan are subject to modification under several circumstances.

**Employee Name: Anthoneria McElroy**

**Supervisor Name: Pamela Mapp        Division: Workforce Development**

**Date: January 21, 2021**

**Step 1: Performance Problem** (*describe the performance problem in specific terms- indicate reason's for poor performance …i.e. lack of knowledge, skills, inappropriate behavior, etc.*):

1. Inappropriate behavior (Insubordination, lack of cooperation, hostility, failure or refusal to follow directions, unwillingness to take responsibility, conflicts with others - customers, coworkers, supervisors; impatient, inconsiderate, argumentative); intimidating behavior towards others in the workplace, unprofessional emails);
   - o   has failed to comply with orders,
   - o   procedures and protocol on multiple occasions,
   - o   was instructed by her supervisor to not come on the floor with eligibility staff,
   - o   due to issues and confrontations, she continues to have with eligibility staff members,
   - o   failed to comply with that order and still comes on the floor,
   - o   was instructed to take a file to a staff member but she refused,
   - o   telling supervisor to take the file due to an inability to work well with others,
   - o   has engaged in inappropriate emails and verbal altercations with administrative staff, senior staff, and state staff. As a result, the situation has become so toxic that staff members have expressed that they would prefer not to deal with Ms. McElroy at all,
   - o   has been instructed not to make any changes to the formatting of the excel document and not to cut and paste in the excel document because she destroys the formulas, however, she continues to disregard those instructions.
2. Lack of knowledge (OJT rules and regulations, Alabama Department of Commerce OJT Training Guidelines, correct processing of OJT participant files, correct processing of OJT employer files, AlabamaWorks data entry; Microsoft Excel, computer drives; use of desktop printer;)
   - o   has received several sessions of one-on-one BSR training,

**Week 2 Day 1—On-the-Job Training Trainees - file composition; On-the-Job Training Employers – file composition; Day 1—Labor Exchange Services for Individuals and Employers.**

**Week 2 Day 2—Training Agreement Management - completion of error-free submissions.**

**Week 2—Alabama Works Training - Day 2—Labor Exchange Services for Employers and Staff; Day 3— WIOA Case Management.**

**Week 3 -Day 1- 3—DevelopU Training on appropriate work behaviors to assist in working well with others; review of OJT Training Guidelines Manual.**

**Week 4 –Ms. McElroy will continue DevelopU Training and attend weekly periodic review meetings with Pamela Mapp and LaWanza Webb.   Ms. McElroy will also continue to work with Pamela Map on the proper setup and maintenance of existing client/employer files during this time period.**

**Ms. McElroy will work on training assignments from 8-10 am; from 10 am to 2 pm (taking an hour break for lunch); from 2-5 pm, Ms. McElroy will work on correcting and creating files, entering participant and employer data into AlabamaWorks and participant follow-up.**

**Ms. McElroy will not recruit any new employers or clients during the next 30 days. During the next 30 days Ms. McElroy's employer files, client files, follow-up, and Alabama Works entries will be corrected and checked weekly during her PIP meeting by her immediate supervisor Pamela Mapp.  Ms. McElroy will submit her files to her immediate supervisor Pam Mapp weekly for review.**

**Comments: Ms. McElroy will receive DevelopU training in the following: Developing a Personal Accounting Framework; Microsoft Excel; Becoming more Professional through Business Etiquette; Confronting your Assumptions; Cultivating Relationships with Your Peers. Ms. McElroy will receive OJT Training via the Alabama Department of Commerce WDD OJT Training Guideline. Ms. McElroy will receive AlabamaWorks Training via GEO Solutions Training Guidelines.**

**Acknowledgment**: (I acknowledge that a copy of the above action has been given to me this day and that a copy of this document will be placed in my personnel file)

Employee (signature):_____ Date: _____

Supervisor (signature):_____ Date: _____

**Periodic Review Notes**

| Comments | Employee Initials | Supervisor Initials | Date |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

**CHECK ONE:**

☒ Performance Action Plan satisfactorily completed on: 3/4/2021

☒ Corrective Action required

Failure to meet and sustain improved performance may lead to disciplinary action, up to and including termination. Corrective action may be taken in conjunction with, during, or after the performance plan.

**Reviewed and accepted by:**

**Employee (signature):** _____ **Date:** _____

**Reviewed completed by:**

**Supervisor (signature):** _____ **Date:** _____

*This performance plan is not intended to be an employment contract or guarantee of continuing employment.*

4

- o has attended multiple OJT training group sessions, but continues to submit paperwork with errors, continues to damage excel reports and invoices, which have to then be reformatted,
- o has failed to follow the steps emailed regarding the processing of OJT clients and providers,
- o did not comply with the directions and emails regarding adherence to the OJT eligibility process necessary due to issues consistently had with eligibility staff. Contrary to the directions provided, has failed to comply with the process and self-assigned client appointments; the reason given for non-compliance, "It was a habit".

3. Quality of work (Inaccuracies and errors with routine work assignments for the position of Workforce Planner/ Business Service Representative);
   - o consistently submits contracts and invoices with multiple errors,
   - o goes back and forth via email daily in order to correctly process a single client or invoice,
   - o can't seem to understand what needs to be done.

4. Quality of Work (Slow or no response to work requests, untimely completion of assignments, failure to complete assignments; turns in work products other than those requested; unable to comprehend oral or written instructions; directions repeatedly provided for the same issue on how to process work);
   - o has not submitted weekly reports to supervisor as instructed,
   - o has not updated weekly reports on the share drive as instructed,
   - o failed to scan files into database,
   - o participant files remain out of order thru many attempts at working with her to order the files,
   - o was provided a sample "file order" file, but files returned almost exactly as sent,
   - o files missing required federal documentation.

5. Failure to respond to supervisors' emails (has insisted on multiple occasions that she did not read or see an email sent by her direct supervisors. However, the read receipts show the email was read.)
   - o Usually, these emails that Ms. McElroy states, she did not see are emails directing her to complete a task that she either ends up submitting late or not at all.

**Step 2: Improvement Plan** (*what is expected, how it should be accomplished, and in what timeframe; include action to be taken by the supervisor to assist the employee and give a timeframe for assistance*):

**Ms. McElroy will be provided a 30-day improvement plan that will include:**

**DevelopU Training on appropriate work behaviors to assist in working well with others; formal critical OJT job function training in AlabamaWorks, Microsoft Excel, and OJT file set up and management from Pamela Mapp and LaWanza Webb. OJT job function training will provide Ms. McElroy a repeat of training received and an overview of required knowledge to effectively perform the task of the position.**

**Formal training will include the following:**

**Week— 1—Microsoft Excel Training- Day 1-Getting Started with Excel, Day 2-Cells and Tables, inserting and Manipulating Data; Day 3- locating the H drive; how to use the desktop printer.**

1.    After Heather Hall came aboard, she began the OJT process with St. Vincent's by directing me to write and resubmit the contract to her. In fact, she stated it was "Easy peasy."

2.    Although the trainees began work on January 27, 2020. The contract was not signed off on until March 5, 2020, which was one (1) and five days after the training began working.

3.    All of the above was done with LaWanza Webb approval.

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | Hall, Heather S <Heather.Hall@alcc.alabama.gov> |
| **Sent:** | Thursday, March 5, 2020 7:59 AM |
| **To:** | McElroy, Anthoneria |
| **Subject:** | RE: 91403057 ADULT NEW HIRE ST VINCENTS HEALTH SYSTEM.pdf |

The contract has the January date on it. I'm sure she will see that and understand. As long as the start date is on or after the contract date, we are fine.

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, March 4, 2020 4:30 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Subject:** RE: 91403057 ADULT NEW HIRE ST VINCENTS HEALTH SYSTEM.pdf

Hey heather,

Does Tina realize that the contract was initiated on 1/24/2020? I'm getting ready to submit timesheets retroactive to that day is why I'm asking.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, March 4, 2020 3:00 PM
**To:** Moore, Tina F <Tina.Moore@labor.alabama.gov>
**Cc:** McElroy, Anthoneria <mcelroya@jccal.org>
**Subject:** 91403057 ADULT NEW HIRE ST VINCENTS HEALTH SYSTEM.pdf

Good afternoon, please see the attached signed and approved agreement for St. Vincent's Health System. Let me know if you have any questions.

Agreement Number: **91403057**

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Wednesday, February 26, 2020 3:29 PM |
| **To:** | Hall, Heather S |
| **Cc:** | 'LaWanza Webb'; Comer, Terry |
| **Subject:** | RE: St. Vincent's Nurses |
| **Attachments:** | St. Vincent's resubmitted contract.pdf |

Heather,

Per your directives, I am resubmitting the January 24, 2020 contract.

Thanks for all your assistance!

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 12:54 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Basically, just fix your original contract so its correct and then have the employer re-sign the contract pg.1 and submit.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 12:33:25 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

Ok, I will.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 12:31 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Ahh, ok. In that case, since there isn't an active contract in place, write a new contract with the January dates.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 12:06:14 PM

1

**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

No, it was submitted but not approved because of the amount of hours that was given as opposed to the 1040. The contract was fine, it was just the hours that were the problem. I began to talk to LaWanza and Terry at this point.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 12:03 PM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Was the agreement never approved?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 11:59:42 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

Hey Heather,

Since we were not sure how we would continue with their hours, I don't have an agreement number. Because of that, I have not been able to enter the participants into alabamajoblink.gov. The administrative Assistant who did the eligibility on the three 440 hours' participants has not been able to do anything to them in alabamajoblink.gov. We don't know if it is because possibly they have not been closed out from their previous service or what.

Again, thanks!

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 10:53 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

If you want,  send it to me before getting the signature so we can make sure it's accurate and ready to go.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 10:45:22 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

2

No ma'am! You definitely have done more than enough! I will write the mod, get it signed by the employer and email it to you.

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 10:28 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

You're welcome. Let me know if you have any difficulties with the mod. I'll be back on Friday and in the Birmingham Career center on Monday if all goes as planned.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 10:24:01 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** RE: St. Vincent's Nurses

Will do. LaWanza and I was wondering but LaWanza wanted to make sure that was the way you wanted to handle it. Really appreciate your support with this!

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 10:13 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Terry Sullivan <tsul@alatempcorp.com>
**Subject:** Re: St. Vincent's Nurses

Ok, because everyone has started, all we need to do is modify the contract to reduce the training hours for the ITA graduates. Easy peasy. 😊

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Wednesday, February 26, 2020 8:50:38 AM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Terry Sullivan <tsul@alatempcorp.com>
**Subject:** RE: St. Vincent's Nurses

Good morning Heather,

It's ten which includes the 3 that was enrolled in WIOA prior to beginning their job at St. Vincent's. All of them began on January 27th. As I stated to all concerned parties, Terry, LaWanza, and you, it is not a problem reducing the three that have already used WIOA funds hours to 440.
Thanks Heather!

3

**From:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Sent:** Wednesday, February 26, 2020 6:34 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** Re: St. Vincent's Nurses

Good morning. Can you send me a copy of the original contract? How many are on it and for how many hours? When did the individuals start or if some haven't yet? Give me your plan.  If no one has started,  we'll simply write a new contract with the participants who are ready to start. The ITA folks at 440 and the other people at 1040. ...send me what you have and I will look it over on a break today. I should be back in the office Friday morning.
Best regards,
Heather

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

_____        _____ ____

**From:** McElroy, Anthoneria <mcelroya@jccal.org>
**Sent:** Tuesday, February 25, 2020 5:00:11 PM
**To:** Hall, Heather S <Heather.Hall@alcc.alabama.gov>
**Cc:** Webb, LaWanza <webbl@jccal.org>; Comer, Terry <Terry.Comer@commerce.alabama.gov>
**Subject:** St. Vincent's Nurses

Hi Heather,

Sorry to bother you again, but LaWanza wanted me to check with you to see if I need to rewrite the contract and use January 24th 2020 date, the date that I initially submitted the contract or should I mod it. Remember, three of the nurses will only get 440 hours because they had received WIOA funds for their nursing degree.


A very appreciative,


*Toni McElroy*, *Workforce Planner/Business Service Representative (BSR)*
*Jefferson County Community Services & Workforce Development*
*3216 4th Avenue South*
*Birmingham, AL 35222*
*Phone: (205)582-5264 Fax: (205)323-7148*
*Cell: (205) 542-9421*
Email: mcelroya@jccal.org

1. Initially submitted the contract on January 24, 2020, to Ruby Beezley who at that time was the On-the-Job-Training (OJT) supervisor for Area 4 which is Jefferson County.

2. On January 30, 2020, Ruby Beezley, emailed me with concerns about giving the nursing these 6 months of training. However, after I spoke to LaWanza Webb, she encouraged me to speak with Terry Comer in order to give St. Vincent trainees the six months of training hours.

3. On January 31, Heather Hall came aboard as the new OJT supervisor. LaWanza spoke to her about giving the participants more hours which Heather Hall agreed.

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Monday, February 3, 2020 12:15 PM |
| **To:** | 'LaWanza Webb' |
| **Subject:** | FW: OJT Contracts for RNs |

LaWanza,

Initially St Vincent's talked to Montgomery and Pam and Keith about 90 days which was approved. But after I spoke with St. Vincent's personnel, they asked about the six months. As you will recall, you and I both thought the six months could be doable. I definitely don't want to give them less hours that they were promised initially. Please look into this for me because it would be bad faith on our part if we took hours less hours they were promised. Not only did I put a lot of hard work into the contract, but St. Vincent's staff did as well.

Thanks LaWanza!

**From:** Beezley, Ruby J <Ruby.Beezley@alcc.alabama.gov>
**Sent:** Thursday, January 30, 2020 11:17 AM
**To:** McElroy, Anthoneria <mcelroya@jccal.org>
**Cc:** Mapp, Pamela <mappp@jccal.org>; Roberts, Nigel <robertsn@jccal.org>; Strother, Keith <strotherk@jccal.org>; King, Sonya <kings@jccal.org>; susan.kozlowski@alcc.alabama.gov; Reno, Amber 'Lane' <Amber.Reno@alcc.alabama.gov>; King, Sonya <kings@jccal.org>; Robinson, Tawanna L Jones <tawanna.robinson@alcc.alabama.gov>; Hall, Heather <Heather.Hall@alcc.alabama.gov>
**Subject:** OJT Contracts for RNs

**Good Morning Toni,**

**There are some training hour limitations for OJT trainees in an employment field where classroom training and certification is required in order for an individual to be hired in that specific vocation. RN is one of those jobs where OJT hours are limited due to the applicant having to complete anywhere from 12 to 24 months in classroom training prior to being eligible for hire.**

**RN OJT training hours are limited to 440 hours per trainee. If St. Vincent's is still interested in the contract to train RNs, please correct the contract form and resubmit.**

**I am copying the other BSRs so that they will be aware of this situation.**

**Thank you,**

*Ruby*

**Ruby Beezley**
**Area 2 Manager**
**Cell: 334-328-4796**
Ruby.beezley@alcc.alabama.gov

1

## McElroy, Anthoneria

| | |
|---|---|
| **From:** | McElroy, Anthoneria |
| **Sent:** | Friday, January 24, 2020 4:04 PM |
| **To:** | Beezley, Ruby J |
| **Subject:** | St. Vincent's Health System contract |
| **Attachments:** | contract.pdf |

Thanks Ruby!

**Dated: June 2018 WIOA**

### OJT - AGREEMENT PACKAGE √ LIST (New Hire, Performance-Based, Public/Non Profit)

### ALL DOCUMENTS MUST BE ORIGINALS, SIGNED IN INK, AND THE FORMS/DOCUMENTS NEED TO BE SUBMITTED IN THIS ORDER. THANKS.

✓ OJT AGREEMENT *(Page 1)*

✓ ASSURANCES AND CERTIFICATIONS *(Page2) (Employer signature & Date is required)*

✓ TRAINING AND EVALUATION PLAN(S) *(Employer signature is required)*

✓ STATE OF ALABAMA DISCLOSURE STATEMENT   *(Agreements exceeding $5,000.00 - Amount is cumulative and should include OJT, IWT, AIDT, etc., for the past two years; Page 2 must be signed, stamped, and dated by a Notary)*

✓ VERIFICATION OF WORKMEN'S COMPENSATION OR HEALTH & ACCIDENT INSURANCE *(Current policies, please provide policy numbers)*

_____ EMPLOYER PERFORMANCE EVALUATION FORM *(Employers that had previous agreements in the past two years)*

_____ LETTER OF CONCURRENCE *(Letter from Union representative where a collective bargaining agreement exists)*

_____ LETTER OF EXPLANATION *(If there is a third party employee leasing agency or temp. agency involved and etc.)*

✓ OJT EMPLOYERS MUST COMPLETE THE BEASON-HAMMON CERTIFICATE of COMPLIANCE/ALABAMA'S IMMIGRATION LAW

_____ OJT  EMPLOYERS MUST ENROLL IN THE E-VERIFY PROGRAM. *SUBMISSION OF THE FOLLOWING PAGES OF THE E-VERIFY MEMORANDUM OF UNDERSTANDING IS REQUIRED FOR DOCUMENTATION:*

*\*The First Page of the E-Verify MOU*

*\*The Electronic Signature Page*

*\*The page that includes the TIN / FEIN Number*

*\*Any Company Profile Pages that may be applicable such as the page listing multiple sites.*

## 3- REQUIREMENTS LISTED BELOW PERTAIN TO PERFORMANCE-BASED AGREEMENTS ONLY
_____**EMPLOYER JOB DESCRIPTIONS**

_____**STATEMENT OF WORK**

_____**EMPLOYEE LISTING** *(Names, SSN, ONET, start date, training hours, wages, etc.)* *\*Please submit the list with the first invoice.*

BUSINESS SERVICE REPRESENTATIVE SIGNATURE: _____
SUPERVISOR SIGNATURE: _____
DATE: 1/24/2020

## ALABAMA DEPARTMENT OF LABOR (ADOL)
## NEW HIRE ON-THE- JOB TRAINING AGREEMENT

| 32 | House |
|----|-------|
| 11 | Senate |
| 073 | County Code |

County __Jefferson__   Agreement No. _____   Fund __Adult__

**Name of Employer** St. Vincent's Health System

**Address** 2660 10th Avenue South, POB 1 Suite 400

Birmingham, Alabama 35205

**Telephone Number** 205-939-7296   Erin Addison, CPD Program Consultant, Acute Care

(Name and Title of Contact Person)

**Federal ID # (FEIN)** 63-0931008   **Product or Service** Healthcare

**Number of Employees:** 2250   **Number of OJT Trainees to be Hired:** 10

**OJT Agreement Dates** 1/27/2020   **Completion** 1/27/2021

**Enrollment Period** From: 1/27/2020   To: 4/25/2020   (not to exceed 90 days from start date)

**Business Service Representative (BSR):** Toni McElroy

**BSR Office Location** Birmingham Career Center   **Telephone #** 205-582-5264

### OCCUPATIONAL AND COST OUTLINE

| Occupational Title(s) and O*NET Code(s) Column A | SVP Range -B | # of Trainees C | Training Hrs Per Trainee D | Total Training Hours CxD=E | Hourly Unit Cost F | Total Cost Per Occupy. ExF=G | Trainee Wages Start H | Trainee Wages End I |
|---|---|---|---|---|---|---|---|---|
| Registered Nurses/29-1141.00 | 6<7 | 10 | 1040 | 10,400 | $11.50 | $119,600.00 | $23.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTALS** | | 10 | | 10,400 | | $119,600.00 | | |

Hourly unit cost: (1-50 employees at 75%)(More than 50 employees at 50%) of the starting hourly wage rate.

**TOTAL PAYMENT PERMITTED UNDER THIS AGREEMENT SHALL NOT EXCEED** $119,600.00

The attachments to this agreement, specifically including one training plan per occupational title listed above, are hereby expressly incorporated into and made a part of this agreement.

**COLLECTIVE BARGAINING AGENT OCCURRENCE:** Is the occupation in which employment and training is to be offered, covered under a collective bargaining agreement?   **YES** _____   **NO** _____
If "yes", a signed letter from the labor organization representative stating the union name, the representative's title and concurring with the terms of the agreement must be attached.

| EMPLOYER | ADOL Authorized Representative |
|---|---|
| The undersigned, as the duly authorized representative of the employer with authority to commit the employer to this agreement, hereby agrees in good faith to this agreement and to the assurances and certifications found on the second page of this document. | |
| **SIGNATURE** _(signature)_ | **SIGNATURE** _____ |
| **TYPED NAME** Erin Addison | **DATE** _____ |
| **TITLE** CPD Program Consultant | |
| **DATE** 1/24/2020 | |

WDD-21 AL Rev. 6/2018 (Pg.1 of 2) WIOA   Original - ADOL/OJT   Copy - Career Center   Copy - Employer

**All Signatures Must Be Submitted in Ink**

**McElroy, Anthoneria**

| | |
|---|---|
| **From:** | Beezley, Ruby J <Ruby.Beezley@alcc.alabama.gov> |
| **Sent:** | Friday, January 31, 2020 11:10 AM |
| **To:** | McElroy, Anthoneria; King, Sonya; Reno, Amber 'Lane'; Robinson, Tawanna L Jones |
| **Cc:** | susan.kozlowski@alcc.alabama.gov; Roberts, Nigel; Mapp, Pamela; Webb, LaWanza; Moore, Tina F; Hall, Heather; Bridier, Michael D |
| **Subject:** | Cc... to Heather Hall |

Good Morning All,

I have begun copying all my OJT contract-related correspondence to Heather Hall. She will be the new CAPTE OJT Supervisor and will be taking my place. Heather was a very successful BSR in her previous job and knows the "ins and outs" of OJT. She will truly be an asset to the CAPTE organization.

I wanted her to see how we normally communicate and some of the subjects we cover since it will be a few days before I can sit down with her and show her what I have been doing. She can see a lot of my normal daily activities by seeing the emails. So, that is why you will see her name on many of the items I send to you.

Have a great Friday!

Ruby

**Files that I submitted to Pam on April 23, 2020**



I submitted the files on April 23, 2020 as I was directed. Ms. Mapp stated that she was not aware that I had so many files and that it was too much work to do. Later Ms. Mapp brought the files to my office and placed them in one of my clients' chairs and stated that the files had already been exited. She never stated to me to give them back to her. I assumed that she was not going to check them because according to her they had already been exited. However, I did not file them because I figured this would come up later.

Although ten of the above clients' dates reflects January, they were backdated for that date because the contract wasn't approved until March 3, 2020, by Heather Hall with LaWanza Webb Approval. The contract was initially submitted to Ruby Beezley, the On-the-Job Training supervisor prior to Ms. Hall taking this position.

On April 22, I received an email from Ms. Mapp stating the process which I was to follow in submitting the files. However, it was illogical which I stated to her in my reply. I did not see then, nor do I remember seeing that I have to submit to Ms. Mapp or anyone else before submitting my contracts to Heather Hall.

Furthermore, the OJT Employer Training checklist requires an agreement number and agreement date which at this time we will not have. The contract has to be written and deemed eligible with this information.

*March 21, priority list*

*Development Service*

*Workforce*

*Jefferson*

Skip to main content    ⊛ Accessibility Overview

🔍
**W**    Search    ⊗

# My Applications

Turn off the new tables view
☑

32 items

| Date AppliedSort and filter column | Job TitleSort and filter column | LocationSort and filter column | Candidate Recruiting StatusSort and filter column | Candidate Disp ReasonSort and fi |
|---|---|---|---|---|
| 11/30/2021 | Senior Administrative Analyst | Birmingham Personnel Board of Jeff Co | Your Candidacy is Under Review | |
| 11/17/2021 | Talent Sourcing Specialist | | Your Candidacy is Under Review | |
| 11/17/2021 | Talent Sourcing Specialist | Birmingham Merit System | Your Candidacy is Under Review | |
| 10/01/2021 | Administrative Analyst | | Your Candidacy is Under Review | |
| 09/29/2021 | Senior Administrative Analyst | Birmingham Merit System | Your Candidacy is Under Review | |
| 08/27/2021 | Talent Sourcing Specialist | | Eligible | |
| 08/17/2021 | Senior Administrative Analyst | Birmingham | Forwarded for Employment Consideration | |
| 08/17/2021 | Senior Administrative Analyst | Birmingham | Does Not Meet Qualifications | Audited and Removed |
| 06/29/2021 | Senior Administrative Analyst | Birmingham | Your Candidacy is Under Review | |
| 06/23/2021 | Senior Administrative Analyst | Birmingham Merit System | Your Candidacy is Under Review | |
| 05/28/2021 | Senior Administrative Analyst | | Eligible | |
| 03/15/2021 | Talent Sourcing Specialist | Birmingham | Does Not Meet Qualifications | Expired |
| 02/03/2021 | Talent Sourcing Specialist | Birmingham | Your Candidacy is Under Review | |
| 11/02/2020 | Talent Sourcing Specialist | Birmingham | Your Candidacy is Under Review | |
| 04/06/2020 | Administrative Services Manager | Birmingham Merit System | Your Candidacy is Under Review | |
| 03/13/2020 | Talent Sourcing Specialist | | Does Not Meet Qualifications | Expired |
| 01/08/2020 | Senior Administrative Analyst | Birmingham | Your Candidacy is Under Review | |
| 10/30/2019 | Senior Administrative Analyst | Jefferson County | Your Candidacy is Under Review | |
| 10/22/2019 | Talent Sourcing Specialist | Birmingham | Does Not Meet Qualifications | Expired |
| 09/17/2019 | Administrative Services Manager | Birmingham | Your Candidacy is Under Review | |
| 05/22/2019 | Senior Administrative Analyst | Birmingham | Your Candidacy is Under Review | |
| 04/30/2019 | Senior Administrative Analyst | Birmingham | Does Not Meet Qualifications | |
| 04/30/2019 | Senior Administrative Analyst | Birmingham | Does Not Meet Qualifications | |

| Date AppliedSort and filter column | Job TitleSort and filter column | LocationSort and filter column | Candidate Recruiting StatusSort and filter column | Candidate Disposition ReasonSort and filter column |
|---|---|---|---|---|
| 04/19/2019 | Human Resources Project Coordinator - Health Department | Merit System | Does Not Meet Qualifications | Did Not Meet Minimum Experience Requirement |
| 04/05/2019 | Administrative Analyst | Merit System | Eligible | |
| 03/29/2019 | Administrative Services Manager | Merit System | Does Not Meet Qualifications | Expired |
| 03/27/2019 | Senior Administrative Analyst | Birmingham | Does Not Meet Qualifications | |
| 03/27/2019 | Senior Administrative Analyst | Jefferson County | Forwarded for Employment Consideration | |
| 03/27/2019 | Senior Administrative Analyst | Personnel Board of Jeff Co | Does Not Meet Qualifications | |
| 02/13/2019 | Talent Sourcing Specialist | Birmingham | Does Not Meet Qualifications | |

‹

1
2
›

*descrimenation*

Harassment and age decimation

Monday, September 23, 2019, I placed on Pam Mapp, my supervisor's calendar that I would be out the following day. Even though, she had signed the leave slip a couple of minutes before, I did so because because she had asked that I do so whenever, I would be out of the office which included time off and business appointments.

However, she declined the invite that stated that I was going to be off). She said she declined because I had not put my name in front of the appointment. When I asked her why it was necessary that I put my name in front of it. she said it would save her the time of having to open it up to see who had sent it. My response was that she was questioning me about something which considering the circumstances, I felt was small. I went on to say, she did not question other employers.

By the time I had returned to my desk, I realized she had followed me down the hallway while at the same time stating in a loud voice that she too got on Sonya, the other Business Service Representative who she supervises and Derek Marshall, the Youth Coordinator who she also supervises. She stood outside my office door and proceeded to lambaste me in a very loud and bellicose tone, stating "I don't appreciate you saying that to me." She continued to scold me as if I were a child, stating, "I take offense to that and you are never to do say that again, do I make myself clear?"

Her tone was one of condescension and humiliation especially since Sonya King's office is adjacent to mine and Derek Marshall's is adjacent to Sonya King's. Both of their doors were open, I believe. I understand that the statement that I made was not one that I needed to make although I believed it to be true. Not only was her conduct unprofessional but her behavior was unbecoming to that of a supervisor.

I made this statement because of previous incidents that had happened. For instance, around July 2019, Sonya King, who had used one of the Jefferson County vehicles refused to relinquish the keys to the car that she had just used. I knocked on her door and asked for the keys twice. The second time, she opened the door and offered me her phone and told me that she had called Keith Strother to complain to him I refused to tell her where the gas card was. Not only had I agreed to tell her where it was but had offered to walk out to the car to show her. Ultimately, I had to drive my personal vehicle to my next appointment. I spoke to Ms. Mapp about the incident and asked for a meeting with Keith Strother, Nigel Roberts and her which she agreed she would do. I never heard anything else concerning the meeting.

Another concern of mine is how that the BSR's quotas are done. Pamela Mapp had made Sonya King and my quotas a combined one. I didn't believe this to be fair since Sonya comes in late pretty much every day, eats her breakfast in her office and very seldom go out to canvass for OJT clients. Since July 2019, her and my OJT employers' ratio is 5 to 2, mine being the 5. So according to Pam's quota standards, Sonya King and I will be evaluated as achieving the goal of 5 together. That is not fair.

This morning, Pam Mapp emailed asking that I put something (client that I was working with) in the computer *now*. Although I was trying to make it to a 10am appointment in Pelham, I stopped and did so. Which client was not clear, so I emailed her back asking her which client? Instead of telling me who, she sent me a list with a multitude of names which covered other case managers and business service representatives across the state I believe. I was pushed for time and became very frustrated. So, I went

to Yvette Fields, Birmingham Career Center Director and asked her if she know who I needed to put into the computer. She gave me the person's name and I was able to do. On my way to the business in Pelham, I got a call from Pam Mapp asking had I taken care of the client in the computer. I told her I had. She said, "whenever I ask you to do something in the future, you are not to leave this office until you tell me you have done it, is that understood?" I was about to answer that I was in such a rush to get to my appointment, I was remised in doing so. Instead, I changed my mind and said okay. She responded, "all right then."

I refuse to be spoken to as a child and have had to hold a lot in so I would not lose my temper.

I believe this is age discrimination and continued work place harassment.

Enclosures:
September 25, 2019 memo #1
September 25, 2019 memo #2
List that corresponds with September 25, 2019 (List) #2

Anthoneria McElroy
Workforce Planner and Business Service Representative
Community Service and Economic Development department
C: 205-542-9421/O:205-582-5264

The rest of my appraisals during my tenure with Jefferson County Workforce

The Personnel Board of Jefferson County Alabama                                    Page 1 of

# The Personnel Board of Jefferson County Alabama

## Annual Appraisal

| | |
|---|---|
| **7 Digit Employee ID or Last 4 of SSN** | 2785 |
| **Employee Name** | ANTHONERIA MCELROY |
| **Jurisdiction** | 001 |
| **Status** | FULL-TIME |
| **Class Title** | WORKFORCE PLANNER |
| **Merit Increase Date** (must be within + - 8 days of the anniversary date) N/A if not applicable) | 11/25/2020 |

**Period applicable to this appraisal from 11/25/2019        to 11/25/2020**

## How To Use This Form

**Step 1:** Supervisor (Rater) completes task statement review (see page 2 of this form).

**Step 2:** Rater reviews performance appraisal with higher level management official. Rater and management official sign Box #1 following review.

**Step 3:** Rater reviews performance appraisal with employee. Employee signs Box #2 reflecting agreement/disagreement.

**Step 4:** Return form to Personnel Board of Jefferson County 2121 8th Avenue North Suite 100; Birmingham, AL 35203

## Review Acknowledgement

This employee received a total of                     marks in the "Below Expectations

**Management Approvals**

**Rater Signature** _Pamela Mapp_

**Rating Date** _10-7-20_

**Rater (Print Name Here)** _Pamela Mapp_

**Rater's Phone #** _205-244-8516_

**Rater's Email Address** _mapp@jcca.org_

**Rater's Employee ID#** _____

**Management Official's Signature** _____

**Date** _____

**Employee Acknowledgement**

My supervisor has reviewed this appraisal with me and:

☐ agree with it

☐ disagree with it

(You may attach supporting documents)

☐ The employee refuses to sign this appraisal

## Appraisal Statements

### Workforce Planner

Employee Name ___Anthoneria McElroy___

**A - Below Expectations**

**B - Needs Improvement**

**C - Meets Expectations**

**D - Commendable**

**E - Exceeds Expectations**

**For each selected statement below circle A,B,C,D, or E (See above rating scale).** Employee should be rated on no more than 10 of the statements that **best** reflect the employee's duties and responsibilities. Other documentation may be attached.

| # | A | B | C | D | E | Statement |
|---|---|---|---|---|---|---|
| 1 | A | (B) | C | D | E | Meets Departmental Requirement On Compliance With Rules, Policies, And Procedures |
| 2 | A | B | C | D | E | COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND TRAINING PROGRAM. |
| 3 | A | B | C | D | E | ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES. |
| 4 | A | B | (C) | D | E | MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT COMPLIANCE. |
| 5 | (A) | B | C | D | E | REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS &EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN PROSPECTIVE AGENCY. |
| 6 | A | (B) | C | D | E | PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS RELATED TO CONTRACTOR. |
| 7 | (A) | B | C | D | E | WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION STORAGE. |
| 8 | A | B | C | D | E | PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR PROPOSALS. |
| 9 | A | B | C | D | E | MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT. |

Appraisal Statements - The Personnel Board of Jefferson County Alabama                                    Page 2 of

| 10 | A | B | C | D | E | MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES. |
| 11 | A | B | C | D | E | ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN. |
| 12 | A | B | C | D | E | MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS. |
| 13 | A | B | C | D | E | WRITE GRANT PROPOSALS, COORDINATES PROJECTS. |
| 14 | A | B | C | D | E | PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL ORGANIZATIONS. |
| 15 | A | B | C | D | E | ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND. |

### The Rules And Regulations Of The Personnel Board Of Jefferson County

| 14.4: | Appeal of Efficiency Ratings |

Individuals responsible for completing efficiency ratings shall discuss such ratings with their respective Employees. An Employee who disagrees with his or her rating may file a written request to meet with the Reviewing Officer and Department Head within seven (7) calendar days after receipt of the efficiency rating. The Reviewing Officer and the Department Head will, as soon as practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.

Close

Print

1. Ms. McElroy's participant files remain out of order thru many attempts at working with her to get the files in order. Ms. McElroy was provided with a sample file as to how to put her files together and yet files are returned for review almost exactly as they were returned back to her. Ms. McElroy has been instructed in detail about what needs to be done with each of her files in order to correctly put the file together, but still remains unable to properly compose the file. Most files are missing required federal documentation.

2. Ms. McElroy, contrary to the instructions provided in training, has completed zero employer files, although she has many employers under contract.

3. Ms. McElroy has been unable to submit employer contracts or invoices without multiple errors.

4. Directions must be repeatedly provided for the same issue, both written and orally, on how to process her work.

5. Ms. McElroy seems to be unable to comprehend oral or written instructions.

6. Ms. McElroy fails to turn work in on time.

7. Ms. McElroy turns in work products other than those requested.

Anthoneria McElroy Rebuttal to disciplinary

I. Employee disputes the allegation and requests documented proof thereof.

2. 7/8/2020, I received an email from Ms. Webb admonishing me with interfering with Jessica Norman, one of the Administrative clerk's eligibility process. Since she chose not to allow the professional curtesy or fairness of hearing my side or explanation, I will share it now. Ms. Webb's accusations of my following my participants to the eligibility department is ludicrous and false. I was there for two reasons, (1) for Ms. Norman to show me how to access something in Alaworks (2) I went to the front because I was called by the Birmingham Career Service's receptionist that my second participant had arrived and signed in. So, I went to introduce myself to her and point out the office procedure. These two clients had failed to send in the Customer Information Form, so they had to wait longer. The client that

3. my weekly reports are done weekly. In fact, right after the meeting, I gave Nigel Roberts a copy of the report because I did not want anyone to say I did the report after the meeting.

4. Ms. Webb asked that I submit the files to Ms. Mapp by on April 23, 2020 which I did.

5. Not only do I talk and explain their prospective employer and WIOA/OJT relationship, I screen them to see if they are possibly eligible for the program. Once I determine their marital, children, and income status, I curtail the documents needed to what they shared with me. I follow up with an email stating exactly what we have gone over via phone. In addition, I attach the CIF forms, the WIOA information

6. I was making appointments out of habit because I had always done so before the pandemic and because of the May 14th email that Ms. Webb had issued. In doing so, Ms. Webb policy was still followed. 7. Ms. Hall compliments me on my contracts' submission and invoices. Will send copies of emails refuting this.

7. Employee disputes the allegation and requests documented proof thereof

8. Employee disputes the allegation and requests documented proof thereof.

9. Employee disputes the allegation and requests documented proof thereof.

10. Employee disputes the allegation and requests documented proof thereof.

11. I did not participate in staff meetings because of illnesses.

12. Employee disputes the allegation and requests documented proof thereof.

Enclosures: Two participants' letter

Participant who I was accused that is the subject of # 8

# Appraisal Statements

**Workforce Planner**

Employee Name _Anthonenia V Elroy_

**A - Below Expectations**

**B - Needs Improvement**

**C - Meets Expectations**

**D - Commendable**

**E - Exceeds Expectations**

**For each selected statement below circle A,B,C,D, or E (See above rating scale).** Employee should be rated on no more than 10 of the statements that **best** reflect the employee's duties and responsibilities. Other documentation may be attached.

| 1 | A | B | C | D | E | Meets Departmental Requirement On Compliance With Rules, Policies, And Procedures |
|---|---|---|---|---|---|---|
| 2 | A | B | C | D | E | COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND TRAINING PROGRAM. |
| 3 | A | B | C | D | E | ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES. |
| 4 | A | B | C | D | E | MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT COMPLIANCE. |
| 5 | A | B | C | D | E | REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS &EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN PROSPECTIVE AGENCY. |
| 6 | A | B | C | D | E | PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS RELATED TO CONTRACTOR. |
| 7 | A | B | C | D | E | WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION STORAGE. |
| 8 | A | B | C | D | E | PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR PROPOSALS. |

## The Merit System Performance Appraisal Cover Page

**Annual Appraisal**

| | |
|---|---|
| **Employee ID** | 2785 |
| **Employee Name** | Anthoneria Mcelroy |
| **Jurisdiction** | 001 |
| **Status** | Full Time |
| **Class Title** | WORKFORCE PLANNER |
| **Merit Increase Date**<br>(must be within + - 8 days of the<br>anniversary date) N/A if not applicable | 11/25/2019 |

Period applicable to this appraisal from 11/25/19 to 11/25/20

### HOW TO USE THIS FORM

Step 1:  Supervisor (Rater) completes task statement review (see page 2 of this form).

Step 2:  Rater reviews performance appraisal with higher level management official. Rater and management official sign Box #1 following review.

Step 3:  Rater reviews performance appraisal with employee. Employee signs Box #2 reflecting agreement/disagreement.

Step 4:  Return form to Human Resources Department; 716 Richard Arrington Boulevard Room A610; Birmingham, AL 35203

### REVIEW ACKNOWLEDGEMENT

A merit increase cannot be awarded if employee receives two or more marks in the "Below Expectations" column.

This employee received a total of _____ marks in the "Below Expectations" column.

| BOX 1 **Management Approvals** | BOX 2 **Employee Acknowledgement** |
|---|---|
| Rater Signature              Rating Date | |
| | My supervisor has reviewed this appraisal with me and: |
| Rater Print Name Here | ☑ I agree with it |
| | ☐ I disagree with it (You may attach supporting documents) |
| Rater's Phone# | |
| Rater's E-Mail Address | ☐ The employee refuses to sign this appraisal |
| Rater's Employee ID# | |
| Management Official's Signature          Date | Employee's Signature          Date |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | A | B | C | D | E | MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT. |
| 10 | A | B | C | D | E | MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES. |
| 11 | A | B | C | D | E | ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN. |
| 12 | A | B | C | D | E | MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS. |
| 13 | A | B | C | D | E | WRITE GRANT PROPOSALS, COORDINATES PROJECTS. |
| 14 | A | B | C | D | E | PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL ORGANIZATIONS. |
| 15 | A | B | C | D | E | ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND. |

**The Rules And Regulations Of The Personnel Board Of Jefferson County**

**14.4:   Appeal of Efficiency Ratings**

Individuals responsible for completing efficiency ratings shall discuss such ratings with their respective Employees. An Employee who disagrees with his or her rating may file a written request to meet with the Reviewing Officer and Department Head within seven (7) calendar days after receipt of the efficiency rating. The Reviewing Officer and the Department Head will, as soon as practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.

Close                                  Print

# The Merit System Performance Appraisal Cover Page

**Annual Appraisal**

| | |
|---|---|
| **Employee ID** | 2785 |
| **Employee Name** | Anthoneria Mcelroy |
| **Jurisdiction** | 01 |
| **Status** | Permanent |
| **Class Title** | Workforce Planner |

**Merit Increase Date**
(must be within + - 8 days of the
anniversary date)  N/A if not applicable

Period applicable to this appraisal from <u>11/25/2018</u> to <u>11/25/2019</u>

## HOW TO USE THIS FORM

**Step 1:** Supervisor (Rater) completes task statement review (see page 2 of this form).

**Step 2:** Rater reviews performance appraisal with higher level management official. Rater and management official sign Box #1 following review.

**Step 3:** Rater reviews performance appraisal with employee. Employee signs Box #2 reflecting agreement/disagreement.

**Step 4:** Return form to Human Resources Department; 716 Richard Arrington Boulevard Room A610; Birmingham, AL 35203

## REVIEW ACKNOWLEDGEMENT

A merit increase cannot be awarded if employee receives two or more marks in the "Below Expectations" column.

This employee received a total of ____ marks in the "Below Expectations" column.

**BOX 1  Management Approvals**

_____    _____
Rater Signature              Rating Date  11-2-18

_____
Rater Print Name Here

Rater's Phone# _____

Rater's E-Mail Address _____

Rater's Employee ID# _____

_____   _____
Management Official's Signature   Date

**BOX 2  Employee Acknowledgement**

My supervisor has reviewed this appraisal with me and:

☑ I agree with it

☐ I disagree with it (You may attach supporting documents)

☐ The employee refuses to sign this appraisal

_____   _____
Employee's Signature        Date  11/14/18

Comments: *See Typed page #3*

# Appraisal Statements

## Workforce Planner



Employee Name ___Anthaneria McElvoy___

**A - Below Expectations**

**B - Needs Improvement**

**C - Meets Expectations**

**D - Commendable**

**E - Exceeds Expectations**

**For each selected statement below circle A,B,C,D, or E (See above rating scale).** Employee should be rated on no more than 10 of the statements that **best** reflect the employee's duties and responsibilities. Other documentation may be attached.

1   A   B   C   D   E   Meets Departmental Requirement On Compliance With Rules, Policies, And Procedures

2   A   B   C   D   E   COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND TRAINING PROGRAM.

3   A   B   C   D   E   ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES.

4   A   B   C   D   E   MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT COMPLIANCE.

5   A   B   C   D   E   REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS &EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN PROSPECTIVE AGENCY.

6   A   B   C   D   E   PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS RELATED TO CONTRACTOR.

7   A   B   C   D   E   WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION STORAGE.

Appraisal Statements - The Personnel Board of Jefferson County Alabama          Page 2 of

8   A   B   C   D   E   PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR PROPOSALS.

9   A   B   C   D   E   MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT.

10  A   B   C   D   E   MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES.

11  A   B   C   D   E   ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN.

12  A   B   C   D   E   MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS.

13  A   B   C   D   E   WRITE GRANT PROPOSALS, COORDINATES PROJECTS.

14  A   B   C   D   E   PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL ORGANIZATIONS.

15  A   B   C   D   E   ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND.

## The Rules And Regulations Of The Personnel Board Of Jefferson County

### 14.4:   Appeal of Efficiency Ratings

Individuals responsible for completing efficiency ratings shall discuss such ratings with their respective Employees. An Employee who disagrees with his or her rating may file a written request to meet with the Reviewing Officer and Department Head within seven (7) calendar days after receipt of the efficiency rating. The Reviewing Officer and the Department Head will, as soon as practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.



Close                                    Print

G. McEy   11/16/8

As I stated in my conversation with you when you presented me with my evaluation last week, I have concerns for which this evaluation encompasses. For instance, it does not have a category for employees that exhibit initiative. As you know, presently, I am the coordinator of our biweekly job readiness classes. Besides observing that here was a need for such classes, one of WIOA responsibility is to offer workshops.

Additionally, I coordinate the bimonthly CAPTE meetings from writing the agenda, getting a guest speaker to gathering the food and picking it up as not to incur any extra cost to Jefferson County.

In addition to the required job fairs, I volunteer for other community events. The reason I do so is I believe by participating in these events highlights Community Services and Workforce Services.

Understanding that these extra assignments are mostly voluntary, I believe they are important and I sincerely enjoy them. As you aware, I have been volunteering and going the extra mile three years ago when I initially became employed with Jefferson County Community Services and Workforce Development.

While I do not this participate in these projects for the sake of getting recognized on evaluations, I do believe that it should be noted on the evaluations. Even though I have never been rewarded as far as the evaluations are concerned, it has not deterred my efforts and my diligence: attributes that I feel are noteworthy in contributing to excellence.

I understand that you are only adhering to protocol. Lastly, thank you for your encouragement and support.

*Toni,*

*I agree with the statements made above, but I have not been given the leeway to rate above expectations. You will notice that I did on this evaluation, but as I stated to you, I did know if I'd be asked to remove it. Again, as I stated, I rated above expectation on the only area that I could in an effort to acknowledge all that you do. As you can see it's been 3 years and the change to the evaluation promised by the HR + the Personnel Dept. still remain undone. Maybe your comments will move HR staff or Personnel Dept staff to correcting the evaluation forms.*

*A. McElroy — 11/16/18*

1   A   B   Ⓒ   D   E   Meets Departmental Requirement On Compliance With Rules, Policies, And
                        Procedures

2   A   B   C   D   E   COORDINATES, MONITORS, AND EVALUATES THE SUMMER YOUTH EMPLOYMENT AND
                        TRAINING PROGRAM.

3   A   B   Ⓒ   D   E   ASSISTS THE DIRECTOR IN VARIOUS ACTIVITIES.

4   A   B   C   D   E   MONITORS & EVALUATES JOB TRAINING PARTNERSHIP ACT CONTRACTS; CONDUCTS
                        ON-SITE VISITS, INTERVIEWS PROGRAM PARTICIPANTS, AND PERFORMS DETAILED
                        ANALYSES OF PROGRAMMATIC AND BUDGETARY DATA TO ENSURE CONTRACT
                        COMPLIANCE.

5   A   B   C   D   E   REVIEWS REQUISITIONS TO DETERMINE LEGITIMACY OF PAYMENT CLAIM; REVIEWS
                        &EVALUATES PROPOSED TRAINING CONTRACTS; MAKES RECOMMENDATIONS AS TO
                        CONTRACTS FEASIBILITY & FUNDING; ARRANGES SUB-GRANT AGREEMENTS BETWEEN
                        PROSPECTIVE AGENCY.

6   A   B   C   D   E   PROVIDES TECHNICAL ASSISTANCE TO CONTRACTORS; INTERPRETS JOB TRAINING
                        PARTNERSHIP ACT RULES AND REGULATIONS; EXPLAINS LOCAL POLICY DIRECTIVES AS
                        RELATED TO CONTRACTOR.

7   A   B   C   D   E   WORKS WITH COMPUTERIZED RECORD KEEPING PROCESS FOR PROPER INFORMATION
                        STORAGE.

8   A   B   C   D   E   PREPARES WRITTEN REPORTS & MAKES RECOMMENDATIONS ON REQUEST FOR
                        PROPOSED CANDIDATES; ASSISTS IN DEVELOPING & REVISING REQUEST FOR
                        PROPOSALS.

9   A   B   C   D   E   MAINTAINS INVENTORY OF ALL JOB TRAINING PARTNERSHIP ACT EQUIPMENT.

10  A   B   C   D   E   MONITORS & EVALUATES PROGRAMS, CENTERS & PROVIDERS OF MEDICAID SERVICES.

11  A   B   C   D   E   ASSISTS IN THE DEVELOPMENT OF A MULTI-YEAR AREA PLAN.

12  A   B   C   D   E   MONITORS THE ACCOMPLISHMENT OF OBJECTIVES & QUALITY OF PROGRAMS.

13  A   B   C   D   E   WRITE GRANT PROPOSALS, COORDINATES PROJECTS.

14  A   B   C   D   E   PROVIDES TECHNICAL ASSISTANCE TO LEGISLATIVE BODIES & POLITICAL
                        ORGANIZATIONS.

15  A   B   C   D   E   ASSISTS WITH ORGANIZATION'S HOSPITALITY FUND.

## The Rules And Regulations Of The Personnel Board Of Jefferson County

14.4:    **Appeal of Efficiency Ratings**

practicable, but in no event later than thirty (30) calendar days from the date of the rating, review the rating with the Employee. There shall be no appeal of efficiency ratings to the Director or to the Board.

(/forms/transferForm.pdf)

2121 Rev. Abraham Woods, Jr.,Blvd, Suite 100 Birmingham, Alabama 35203-2387 (205)279-3500 or toll-free (866)241-9001 8:00am – 5:00pm Monday – Friday © Copyright 2016 Equal Opportunity Employer (../eeo.aspx)

# Appraisal Statements

**HUMAN RESOURCE PLANNER**

Employee Name *Anthonedia MCElroy*

| A - Below Expectations | B - Needs Improvement | C - Meets Expectations | D - Commendable | E - Exceeds Expectations |

**For each selected statement below circle A,B,C,D, or E (See above rating scale).**

Employee should be rated on no more than 10 of the statements that best reflect the employee's duties and responsibilities. Other documentation may be attached.

Anthoneria McElroy, Human Resource Planner, evaluation comments.

I agreed with the evaluation because of Mr. Strother, my supervisor's explanation; however, it is my goal to always perform above expectations. In fact, on February 26, 2016, I asked Mr. Strother what I could do to perform at "above expectations' level."

Mr. Strother stated that since I am the learning curve, it is difficult to properly appraise me. He also stated when I asked that he had given persons in Job Development department the same evaluation.

Additionally, he stated that these duties were not our task. Because we do something totally different. However, I would like to cite things that I have done, some which were assigned and some which I took the initiative.

It is always my goal to perform above
1. The first weeks of my employment with Jefferson County Workforce, I did certification for Jefferson County Workforce Clients.
2. After a discussion in staff meeting about our clients needing ready-to-work classes, I located and compiled a list of agencies and institutions that offered these classes.
3. Working with individual assigned participants' files, I compiled a list with all information that I deemed pertinent in finding out their employment status.
4. I have called agencies and employers in search for employment opportunities.
5. I have done some reading that I felt may be beneficial in understanding Workforce Development.
6. I've assisted and written resumes for participants with little or no computer experience.
7. I've suggested to or referred clients to employment opportunities or ready-to-work classes.
8. I've met with individuals who I believed may have contacts to persons who have the ability to hire.

Harassment and age decimation

Monday, September 23, 2019, I placed on Pam Mapp, my supervisor's calendar that I would be out the following day. Even though, she had signed the leave slip a couple of minutes before, I did so because because she had asked that I do so whenever, I would be out of the office which included time off and business appointments.

However, she declined the invite that stated that I was going to be off). She said she declined because I had not put my name in front of the appointment. When I asked her why it was necessary that I put my name in front of it. she said it would save her the time of having to open it up to see who had sent it. My response was that she was questioning me about something which considering the circumstances, I felt was small. I went on to say, she did not question other employers.

By the time I had returned to my desk, I realized she had followed me down the hallway while at the same time stating in a loud voice that she too got on Sonya, the other Business Service Representative who she supervises and Derek Marshall, the Youth Coordinator who she also supervises. She stood outside my office door and proceeded to lambaste me in a very loud and bellicose tone, stating "I don't appreciate you saying that to me." She continued to scold me as if I were a child, stating, "I take offense to that and you are never to do say that again, do I make myself clear?"

Her tone was one of condescension and humiliation especially since Sonya King's office is adjacent to mine and Derek Marshall's is adjacent to Sonya King's. Both of their doors were open, I believe. I understand that the statement that I made was not one that I needed to make although I believed it to be true. Not only was her conduct unprofessional but her behavior was unbecoming to that of a supervisor.

I made this statement because of previous incidents that had happened. For instance, around July 2019, Sonya King, who had used one of the Jefferson County vehicles refused to relinquish the keys to the car that she had just used. I knocked on her door and asked for the keys twice. The second time, she opened the door and offered me her phone and told me that she had called Keith Strother to complain to him I refused to tell her where the gas card was. Not only had I agreed to tell her where it was but had offered to walk out to the car to show her. Ultimately, I had to drive my personal vehicle to my next appointment. I spoke to Ms. Mapp about the incident and asked for a meeting with Keith Strother, Nigel Roberts and her which she agreed she would do. I never heard anything else concerning the meeting.

Another concern of mine is how that the BSR's quotas are done. Pamela Mapp had made Sonya King and my quotas a combined one. I didn't believe this to be fair since Sonya comes in late pretty much every day, eats her breakfast in her office and very seldom go out to canvass for OJT clients. Since July 2019, her and my OJT employers' ratio is 5 to 2, mine being the 5. So according to Pam's quota standards, Sonya King and I will be evaluated as achieving the goal of 5 together. That is not fair.

This morning, Pam Mapp emailed asking that I put something (client that I was working with) in the computer *now*. Although I was trying to make it to a 10am appointment in Pelham, I stopped and did so. Which client was not clear, so I emailed her back asking her which client? Instead of telling me who, she sent me a list with a multitude of names which covered other case managers and business service representatives across the state I believe. I was pushed for time and became very frustrated. So, I went

to Yvette Fields, Birmingham Career Center Director and asked her if she know who I needed to put into the computer. She gave me the person's name and I was able to do. On my way to the business in Pelham, I got a call from Pam Mapp asking had I taken care of the client in the computer. I told her I had. She said, "whenever I ask you to do something in the future, you are not to leave this office until you tell me you have done it, is that understood?" I was about to answer that I was in such a rush to get to my appointment, I was remised in doing so. Instead, I changed my mind and said okay. She responded, "all right then."

I refuse to be spoken to as a child and have had to hold a lot in so I would not lose my temper.

I believe this is age discrimination and continued work place harassment.

Enclosures:
September 25, 2019 memo #1
September 25, 2019 memo #2
List that corresponds with September 25, 2019 (List) #2

Anthoneria McElroy
Workforce Planner and Business Service Representative
Community Service and Economic Development department
C: 205-542-9421/O:205-582-5264

2:23cv62c MB

1/17/2023

Good Afternoon, your honor,

Although My Right to sue letter was dated 9/27/2022, I did not recieve it until after 10/18/22.

I spoke with an EEOC supervisor, Ms. Eless Brown who stated the letter wasn't mailed until 10/14/2022

Thanks for your understanding

Anthoneria McElroy
717 Terry lane
Irondale Al 35210
(205) 729-3583